UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: CALCATERRA POLLACK LLP

---

NICOLE STEWART, ETAL

Plaintiff(s)

Index # 2:21-CV-00678-JS-AYS

- against -

Purchased February 8, 2021

HAIN CELESTIAL GROUP, INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 12, 2021 at 12:00 PM at

C/O CT CORPORATION SYSTEM
28 LIBERTY STREET, MESSENGER CENTER
NEW YORK, NY10005

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on HAIN CELESTIAL GROUP, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to GINA MARTINEZ, SECURITY GUARD personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 30 | 5'5 | 135 |
| GLASSES | | | | | |

BY SERVING SAME ON IT'S AUTHORIZED AGENT

Sworn to me on: February 12, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

CHRISTOPHER J. KLEIN
License #: 1188546
Invoice #: 759237

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045