UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE, and SUMMER APICELLA, individually and on behalf of all others similarly situated<br><br>    Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>    Defendant. | Case No. 2:21-cv-678-JS-AYS<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Alexander M. Smith, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for Defendant The Hain Celestial Group, Inc. ("Hain Celestial") in the above-captioned matter. In support of this motion, I state as follows:

1. I am a partner at Jenner & Block LLP, 633 West 5th Street, Suite 3600, Los Angeles, CA 90071, which represents Hain Celestial in the above-captioned matter.

2. I am a member in good standing of the bar of the State of California, to which I was admitted in 2013. The official or office maintaining the roll of the members of this bar is the State Bar of California, 180 Howard Street, San Francisco, CA 94105.

3. I am a member in good standing of the bar of the United States Court of Appeals for the Seventh Circuit, to which I was admitted in 2019. The official or office maintaining the roll of the members of this bar is the Office of the Clerk, United States Court of Appeals for the Seventh Circuit, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Room 2722, Chicago, IL 60604.

4. I am a member in good standing of the bar of the United States Court of Appeals for the Ninth Circuit, to which I was admitted in 2015. The official or office maintaining the roll

of the members of this bar is the Clerk's Office, United States Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, CA 94103.

5. I am a member in good standing of the bar of the United States District Court for the Central District of California, to which I was admitted in 2014. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Central District of California, 350 West 1st Street, Suite 4311, Los Angeles, CA 90012.

6. I am a member in good standing of the bar of the United States District Court for the Eastern District of California, to which I was admitted in 2016. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Eastern District of California, 501 I Street, Room 4-200, Sacramento, CA 95814.

7. I am a member in good standing of the bar of the United States District Court for the Northern District of California, to which I was admitted in 2015. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

8. I am a member in good standing of the bar of the United States District Court for the Southern District of California, to which I was admitted in 2017. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Southern District of California, 333 West Broadway, Suite 420, San Diego, CA 92101.

9. I am a member in good standing of the bar of the United States District Court for the District of Colorado, to which I was admitted in 2021. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the District of Colorado, Alfred A. Arraj Courthouse, 901 19th Street, Denver, CO 80294.

10. No disciplinary proceedings are pending or proposed against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

11. Pursuant to Local Rule 1.3(c), attached to this Motion is a Certificate of Good Standing from the Supreme Court of California.

Dated:  February 25, 2021         By:    /s/  Alexander M. Smith
                                                 Alexander M. Smith
                                                 Jenner & Block LLP
                                                 633 West 5th Street, Suite 3600
                                                 Los Angeles, CA 90071
                                                 Telephone: (213) 239-5100
                                                 Facsimile: (213) 239-5199