UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE, and SUMMER APICELLA, individually and on behalf of all others similarly situated<br><br>          Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>          Defendant. | Case No. 2:21-cv-678-JS-AYS<br><br>**PROPOSED ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

The motion of Alexander M. Smith for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is an active member in good standing of the State Bar of California, and that his contact information is as follows:

> Alexander M. Smith
> Jenner & Block LLP
> 633 West 5th Street, Ste. 3600
> Los Angeles, CA 90071
> Telephone: (213) 239-5100
> Facsimile: (213) 239-5199
> Email: asmith@jenner.com

Having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant The Hain Celestial Group, Inc. in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-entitled matter in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED:**

Dated: _____, 2021        By: _____
                                                                    The Honorable Joanna Seybert
                                                                 Senior United States District Judge