United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

   2:21   CV  00970 (SJF)(ARL)

1) indicated that this case is related to the following case(s):

   2:21      CV  00088 (DRH)(ST)
   2:21      CV  00678 (JS)(AYS)
   2:21      CV  00758 (JS)(SIL)
   2:21      CV  00805 (SJF)(SIL)
   1:21      CV  00870 (DG)(SJB)

2) was directly assigned as a Pro Se case related to