UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE, and SUMMER APICELLA, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>Defendant. | Case No. 2:21-cv-678-JS-AYS<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Dean N. Panos, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for Defendant The Hain Celestial Group, Inc. ("Hain Celestial") in the above-captioned matter. In support of this motion, I state as follows:

1. I am a partner at Jenner & Block LLP, 353 North Clark Street, Chicago, IL 60654, which represents Hain Celestial in the above-captioned matter.

2. I am an active member in good standing of the bar of the State of Illinois, to which I was admitted in 1990. The official or office maintaining the roll of the members of this bar is the Attorney Registration & Disciplinary of the Supreme Court of Illinois, 3161 West White Oaks Drive, Suite 301, Springfield, IL 62704.

3. I am an inactive member in good standing of the bar of the State of Indiana, to which I was admitted in 1990. The official or office maintaining the roll of the members of this bar is the Indiana State Bar Association, One Indiana Square, Suite 530, Indianapolis, IN 46204.

4. I am a member in good standing of the Supreme Court of the United States, to which I was admitted in 2006. The official or office maintaining the roll of the members of this bar is the Clerk of the United States Supreme Court, One First Street, NE, Washington, DC 20543.

5. I am a member in good standing of the bar of the United States Court of Appeals for the Second Circuit, to which I was admitted in 2017. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States Court of Appeals for the Second Circuit, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

6. I am a member in good standing of the bar of the United States Court of Appeals for the Sixth Circuit, to which I was admitted in 2004. The official or office maintaining the roll of the members of this bar is the Office of the Clerk, United States Court of Appeals for the Sixth Circuit, 540 Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, OH 45202.

7. I am a member in good standing of the bar of the United States Court of Appeals for the Seventh Circuit, to which I was admitted in 1993. The official or office maintaining the roll of the members of this bar is the Office of the Clerk, United States Court of Appeals for the Seventh Circuit, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Room 2722, Chicago, IL 60604.

8. I am a member in good standing of the bar of the United States Court of Appeals for the Ninth Circuit, to which I was admitted in 2009. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, CA 94103.

9. I am a member in good standing of the bar of the United States District Court for the Northern District of Illinois, to which I was admitted in 1990. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

10. No disciplinary proceedings are pending or proposed against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

11. Pursuant to Local Rule 1.3(c), attached to this Motion are Certificates of Good Standing from the State Bar of Illinois and the State Bar of Indiana.

Dated:  February 26, 2021              By:    /s/   Dean N. Panos
                                                      Dean N. Panos
                                                     Jenner & Block LLP
                                                     353 North Clark Street
                                                     Chicago, IL 60654
                                                     Telephone: (312) 222-9350
                                                     Facsimile: (312) 527-0484