UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE, and SUMMER APICELLA, individually and on behalf of all others similarly situated<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>　　　　Defendant. | Case No. 2:21-cv-678-JS-AYS<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

　　　　I, Dean N. Panos, declare and state as follows pursuant to 28 U.S.C. § 1746:

　　　　1.　　I am an attorney at the law firm of Jenner & Block LLP, 353 North Clark Street, Chicago, IL 60654.

　　　　2.　　I submit this declaration in support of my motion for admission to appear as counsel *pro hac vice* to Defendant The Hain Celestial Group, Inc. in the above-captioned case.

　　　　3.　　As shown in the attached certificates of good standing, I am an active member in good standing of the State Bar of Illinois and an inactive member in good standing of the State Bar of Indiana.

　　　　4.　　I have never been convicted of a felony.

　　　　5.　　I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

　　　　6.　　There are no pending disciplinary proceedings against me in any state or federal court.

　　　　7.　　I respectfully request that I be admitted to practice before this Court in the above-captioned case.

1

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and accurate.

Executed on February 26, 2021 in Western Springs, IL.

By:    /s/   Dean N. Panos
       Dean N. Panos
       Jenner & Block LLP
       353 North Clark Street
       Chicago, IL 60654
       Telephone: (312) 222-9350
       Facsimile: (312) 527-0484