# INDIANA SUPREME COURT

200 W Washington St | Rm 216
Indianapolis, Indiana 46204

**Office of Judicial Administration**

COURTS.IN.GOV

February 19, 2021

Dean N. Panos
Attn: Dylan Doppelt
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654

To whom it may concern:

Under Indiana law, an Indiana attorney may elect to assume "inactive good standing" status by filing an affidavit stating that he is currently in active good standing and that he neither holds judicial office nor is engaged in the practice of law in Indiana. Inactive status allows the attorney to remain on Indiana's "Roll of Attorneys," subject to reactivation at a later date, provided he has: (1) paid one half of his annual attorney registration fee in a timely manner, (2) has complied to that point with the Supreme Court's continuing legal education requirements; and (3) is not then subject to disciplinary action affecting the attorney's good standing.

**Dean Nicholas Panos** has asked us to certify that he is in inactive good standing status in Indiana. Our records show **Dean Nicholas Panos** elected inactive good standing status on **September 27, 2017** and remains in inactive good standing status as of this date. We can report that **Dean Nicholas Panos** was admitted to the Indiana bar on **June 15, 1990.**

We can also report that our records indicate he has never been subject to any formal disciplinary proceeding initiated by the Indiana Supreme Court Disciplinary Commission.

Please call if you have any questions.

Sincerely,

Gregory R. Pachmayr
Clerk of the Indiana Supreme Court

GRP/dl