353 NORTH CLARK STREET, CHICAGO, IL 60654

**JENNER&BLOCK** LLP

February 26, 2021

Dean N. Panos
Tel +1 312 222 9350
dpanos@jenner.com

**VIA ECF**

The Honorable Anne Y. Shields
United States Magistrate Judge
U.S.D.C., Eastern District of New York
100 Federal Plaza, PO Box 830
Central Islip, NY 11722

Re:   *Stewart v. Hain Celestial Group, Inc.*, Case No. 2:21-cv-678-JS-AYS
      Letter Motion for Continuance of Deadline to File Responsive Pleading

Dear Judge Shields:

I represent Defendant The Hain Celestial Group, Inc. in the above-referenced action.

Pursuant to Section III of this Court's Individual Practice Rules, I write to request a 45-day continuance of Hain Celestial's deadline to file a responsive pleading from March 5, 2021 until April 19, 2021. Hain Celestial seeks this extension so that it can have additional time to investigate the factual allegations set forth in Plaintiffs' complaint and consider whether, and how, this lawsuit should be coordinated with the numerous other lawsuits pending in federal courts around the country concerning the alleged presence of heavy metals in certain of Hain Celestial's baby foods.

This is Hain Celestial's first request for an extension or adjournment of any kind, and the extension will not affect any pending deadlines set by Court order. I have conferred with counsel for Plaintiffs, Janine Pollock and Lori Feldman, who have confirmed that Plaintiffs consent to the extension sought herein.

Respectfully submitted,

/s/ Dean N. Panos
     Dean N. Panos