**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------ X

NICOLE STEWART, ELIZABETH AGRAMONTE and SUMMER APICELLA, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

HAIN CELESTIAL GROUP, INC.,

Defendant.

CASE NO.
2:21-cv-00678-JS-AYS

------------------------------------------------------ X

SALLY BREDBERG and REBECCA BROMBERG, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

THE HAIN CELESTIAL GROUP, INC.,

Defendant.

2:21-cv-00758

------------------------------------------------------ X

ALYSSA MAYS, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

HAIN CELESTIAL GROUP, INC.,

Defendant.

2:21-cv-00805

------------------------------------------------------ X

------------------------------------------------------- X

MICHELLE WALLS, on behalf of herself and all others similarly situated; and N.W., a minor child, by his parent and general guardian Michelle Walls, on behalf of himself and all others similarly situated,

Plaintiffs,

-against- 1:21-cv-00870

BEECH-NUT NUTRITION COMPANY; THE HAIN CELESTIAL GROUP, INC.; NURTURE, INC. D/B/A HAPPY FAMILY ORGANICS; GERBER PRODUCTS COMPANY; and PLUM PBC.,

Defendants.

------------------------------------------------------- X

LEE BOYD, individually and on behalf of all others similarly situated,

Plaintiff,

-against- 2:21-cv-00884

HAIN CELESTIAL GROUP, INC.,

Defendant.

------------------------------------------------------- X

KELLY MCKEON, RENEE BRYAN, and MARILYN CARSON, individually and on behalf of all others similarly situated,

Plaintiffs,

-against- 2:21-cv-00938

HAIN CELESTIAL GROUP, d/b/a Earth's Best Organics,

Defendant.

------------------------------------------------------- X

------------------------------------------------------ X
LEIBA BAUMGARTEN, individually and on behalf of all others similarly situated,

Plaintiff,

-against- 2:21-cv-00944

THE HAIN CELESTIAL GROUP, INC.,

Defendant.
------------------------------------------------------ X
CHARLOTTE WILLOUGHBY,

Plaintiff,

-against- 2:21-cv-00970

HAIN CELESTIAL GROUP, d/b/a Earth's Best Organics,

Defendant.
------------------------------------------------------ X

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court, Plaintiffs Nicole Stewart, Elizabeth Agramonte and Summer Apicella ("the *Stewart* Plaintiffs"), hereby move this Court, before the Honorable Joanna Seybert, United States District Court, Eastern District of New York, Alfonse M. D'Amato Federal Building, United States District Court, 100 Federal Plaza, Courtroom 1030, Central Islip, New York 11722, pursuant to Fed. R. Civ. P. 42(a), for the entry of an Order consolidating the above-captioned actions and granting such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*/s/ Janine L. Pollack*___________________
Janine L. Pollack, Esq.
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Phone: (917) 899-1765
Fax: (332) 206-2073
Email: jpollack@calcaterrapollack.com

**GEORGE GESTEN MCDONALD, PLLC**
Lori G. Feldman (LF-3478)
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (561) 232-6002
Fax: (888) 421-4173
*LFeldman@4-Justice.com*

**GEORGE GESTEN MCDONALD, PLLC**
David J. George, Esq. (*pro hac vice* forthcoming)*
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33463
Phone: (561) 232-6002
Fax: (888) 421-4173
*DGeorge@4-Justice.com*

*Attorneys for Plaintiffs Nicole Stewart, Elizabeth Agramonte and Summer Apicella and the Proposed Class in the Stewart Action*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 28, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Janine L. Pollack*
Janine L. Pollack