**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X
NICOLE STEWART, ELIZABETH
AGRAMONTE and SUMMER APICELLA,
on behalf of themselves and all others similarly
situated,

                       Plaintiffs,

          -against-

HAIN CELESTIAL GROUP, INC.,

                       Defendant.
------------------------------------------------------------ X
SALLY BREDBERG and REBECCA
BROMBERG, individually and on behalf of
all others similarly situated,

                       Plaintiffs,

          -against-

THE HAIN CELESTIAL GROUP, INC.,

                       Defendant.
------------------------------------------------------------ X
ALYSSA MAYS, individually and on behalf
of all others similarly situated,

                       Plaintiffs,

          -against-

HAIN CELESTIAL GROUP, INC.,

                       Defendant.
------------------------------------------------------------ X

CASE NO.
2:21-cv-00678-JS-AYS

2:21-cv-00758

2:21-cv-00805

```
------------------------------------------------------- X
MICHELLE WALLS, on behalf of herself
and all others similarly situated; and N.W.,
a minor child, by his parent and general
guardian Michelle Walls, on behalf of himself
and all others similarly situated,

                        Plaintiffs,

        -against-                                              1:21-cv-00870

BEECH-NUT NUTRITION COMPANY;
THE HAIN CELESTIAL GROUP, INC.;
NURTURE, INC. D/B/A HAPPY FAMILY
ORGANICS; GERBER PRODUCTS
COMPANY; and PLUM PBC.,

                        Defendants.
------------------------------------------------------- X
LEE BOYD, individually and on behalf of all
others similarly situated,

                        Plaintiff,

        -against-                                              2:21-cv-00884

HAIN CELESTIAL GROUP, INC.,

                        Defendant.
------------------------------------------------------- X
KELLY MCKEON, RENEE BRYAN, and
MARILYN CARSON, individually and on
behalf of all others similarly situated,

                        Plaintiffs,

        -against-                                              2:21-cv-00938

HAIN CELESTIAL GROUP, d/b/a Earth's
Best Organics,

                        Defendant.
------------------------------------------------------- X
```

```
------------------------------------------------------ X
LEIBA BAUMGARTEN, individually and on
behalf of all others similarly situated,

                        Plaintiff,

            -against-                                          2:21-cv-00944

THE HAIN CELESTIAL GROUP, INC.,

                        Defendant.
------------------------------------------------------ X
CHARLOTTE WILLOUGHBY,

                        Plaintiff,

            -against-                                          2:21-cv-00970

HAIN CELESTIAL GROUP, d/b/a Earth's
Best Organics,

                        Defendant.
------------------------------------------------------ X
```

## [PROPOSED] ORDER

WHEREAS, there are currently eight related putative class actions (captioned above) for violations of various state statutes and common law based on the same facts and issues of law, and

WHEREAS, entry of this Order will promote judicial economy, avoid duplicative law and motion and discovery proceedings, and streamline adjudication of related matters,

IT IS HEREBY ORDERED THAT:

1. The above actions are hereby consolidated before the Honorable Joanna Seybert and shall hereafter be identified as: *In re Hain Celestial Heavy Metals Baby Food Litigation*, Master File No. 2:21-cv-00678.

2. Any other consumer actions now pending or hereafter filed in, or transferred or removed to, this District which arise out of the same facts and claims as alleged in this action

shall be consolidated with this action for all purposes if, as, and when the Court is apprised of them. The parties shall notify the Court of any other action which is pending or filed outside of this District which may be related to the subject matter of this action if and when they become aware of such actions.

3. Every pleading in *In re Hain Celestial Heavy Metals Baby Food Litigation*, Master File No. 2:21-cv-00678, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION** )<br>)<br>)<br>)<br>**This Document Relates To:**            ) | ) **Master File No.: 2:21-cv-00678-JS-AYS** |

4. When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates to:" in the caption set out above. When a pleading is intended to be applicable only to some, but not all, of such actions, this Court's docket number for each individual action to which the paper is intended to be applicable and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates to:" in the caption described above.

5. The deadline for the filing of motions in the Related Actions seeking interim lead counsel appointment pursuant to Fed. R. Civ. P. 23(g) is ten (10) business days following the entry of this Order. The deadline for the filing of a consolidated amended complaint is 45 days following the entry of an order under Rule 23(g).

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE