United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

  2:21   CV  01062 (GRB)(ST)

1) indicated that this case is related to the following case(s):

  2:21    CV  00678 (JS)(AYS)

2)   was directly assigned as a Pro Se case related to