United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

   2:21   CV  01076 (JS)(AYS)   

1) indicated that this case is related to the following case(s):

   2:21        CV  00678 (JS)(AYS)
   2:21        CV  00758 (JS)(SIL)
   2:21        CV  00938 (JMA)(SIL)

2)   was directly assigned as a Pro Se case related to