United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

   2:21    CV  01067 (KAM)(AYS)  

1) indicated that this case is related to the following case(s):

2:21        CV  00678 (JS)(AYS)

2)       was directly assigned as a Pro Se case related to