United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

　2:21　 CV　01118 (JMA)(AKT)　

1) indicated that this case is related to the following case(s):

| | |
|---|---|
| 2:21 | CV　00678 (JS)(AYS) |
| 2:21 | CV　00758 (JS)(SIL) |
| 2:21 | CV　00805 (SJF)(SIL) |
| 1:21 | CV　00870 (DG)(SJB) |
| 2:21 | CV　00884 (JS)(AKT) |
| 2:21 | CV　00938 (JMA)(SIL) |
| 2:21 | CV　00970 (SJF)(ARL) |
| 2:21 | CV　01045 (GRB)(AKT) |
| 2:21 | CV　01062 (GRB)(ST) |
| 2:21 | CV　01067 (KAM)(AYS) |
| 2:21 | CV　01076 (JS)(AYS) |

2)       was directly assigned as a Pro Se case related to