UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE, and SUMMER APICELLA, individually and on behalf of all others similarly situated<br><br>      Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>      Defendant. | Case No. 2:21-cv-678-JS-AYS<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Kate T. Spelman, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for Defendant The Hain Celestial Group, Inc. ("Hain Celestial") in the above-captioned matter.  In support of this motion, I state as follows:

1.      I am a partner at Jenner & Block LLP, 633 West 5th Street, Suite 3600, Los Angeles, CA 90071, which represents Hain Celestial in the above-captioned matter.

2.      I am a member in good standing of the bar of the State of California, to which I was admitted in 2010.  The official or office maintaining the roll of the members of this bar is the State Bar of California, 180 Howard Street, San Francisco, CA 94105.

3.      I am a member in good standing of the bar of the United States Court of Appeals for the Ninth Circuit, to which I was admitted in 2011.  The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, CA 94103.

4.      I am a member in good standing of the bar of the United States District Court for the Central District of California, to which I was admitted in 2011. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Central District of California, 350 West 1st Street, Suite 4311, Los Angeles, CA 90012.

5.      I am a member in good standing of the bar of the United States District Court for the Eastern District of California, to which I was admitted in 2019. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Eastern District of California 501 I Street, Room 4-200, Sacramento, CA 95814.

6.      I am a member in good standing of the bar of the United States District Court for the Northern District of California, to which I was admitted in 2010. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

7.      I am a member in good standing of the bar of the United States District Court for the Southern District of California, to which I was admitted in 2011. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Southern District of California, 333 West Broadway, Suite 420, San Diego, CA 92101.

8.      No disciplinary proceedings are pending or proposed against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

9.      Pursuant to Local Rule 1.3(c), attached to this Motion is a Certificate of Good Standing from the Supreme Court of California.


Dated:  March 3, 2021                    By:    /s/  Kate T. Spelman
                                              Kate T. Spelman
                                              Jenner & Block LLP
                                              633 West 5th Street, Suite 3600
                                              Los Angeles, CA 90071
                                              Telephone: (213) 239-5100
                                              Facsimile: (213) 239-5199