UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE, and SUMMER APICELLA, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>Defendant. | Case No. 2:21-cv-678-JS-AYS<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Kate T. Spelman, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Jenner & Block LLP, 633 West 5th Street, Suite 3600, Los Angeles, CA 90071.

2. I submit this declaration in support of my motion for admission to appear as counsel *pro hac vice* to Defendant The Hain Celestial Group, Inc. in the above-captioned case.

3. As shown in the attached certificate of good standing, I am a member in good standing of the State Bar of California.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

7. I respectfully request that I be admitted to practice before this Court in the above-captioned case.

1

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and accurate.

Executed on March 3, 2021 in Los Angeles, CA.

By:   /s/ Kate T. Spelman
       Kate T. Spelman
       Jenner & Block LLP
       633 West 5th Street, Suite 3600
       Los Angeles, CA 90071
       Telephone: (213) 239-5100
       Facsimile: (213) 239-5199