UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE, and SUMMER APICELLA, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>Defendant. | Case No. 2:21-cv-678-JS-AYS<br><br>**PROPOSED ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

The motion of Kate T. Spelman for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is an active member in good standing of the State Bar of California, and that her contact information is as follows:

Kate T. Spelman
Jenner & Block LLP
633 West 5th Street, Ste. 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
Email: kspelman@jenner.com

Having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant The Hain Celestial Group, Inc. in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-entitled matter in the United States District Court for the Eastern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED:**

Dated: _____, 2021          By: _____
                                                                                             The Honorable Joanna Seybert
                                                                                            Senior United States District Judge