**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE and SUMMER APICELLA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>HAIN CELESTIAL GROUP, INC.,<br><br>Defendant. | Case No.: 21-cv-00678-JS-AYS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT Glenn T. Graham of the firm of Kelley Drye & Warren LLP hereby enters his appearance in the above-captioned matter as counsel for Gerber Products Company and requests that copies of all notices, pleadings and other papers in this matter, be served upon him by adding attorney Glenn T. Graham to your ECF distribution list.

Dated:  March 15, 2021

                                            KELLEY DRYE & WARREN LLP

                                            By: */s/ Glenn T. Graham*
                                                  Glenn T. Graham
                                                  3 World Trade Center
                                                  175 Greenwich Street
                                                  New York, NY 10007
                                                  T: (212) 808-7800
                                                  F: (212) 808-7897
                                                  ggraham@kelleydrye.com

                                                  *Attorney for Gerber Products Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2021, I caused a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court via the Court's ECF system which will send notification of such filing to all counsel of record.

      By:    */s/ Glenn T. Graham*
                  Glenn T. Graham