**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE and SUMMER APICELLA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>HAIN CELESTIAL GROUP, INC.,<br><br>        Defendant. | CASE NO.<br>2:21-cv-00678-JS-AYS<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Gerber Products Company ("Gerber") hereby submits the following Corporate Disclosure Statement:

  Gerber is wholly-owned by Nestlé Holdings, Inc., a wholly-owned subsidiary of Nestlé S.A., a publicly-traded Swiss corporation, the shares of which are publicly traded in the U.S. in the form of American Depositary Receipts.

DATED:  March 15, 2021
      New York, New York

                  Respectfully submitted,

                  KELLEY DRYE & WARREN LLP

                  /s/ *Geoffrey W. Castello, III*
                  Geoffrey W. Castello, III
                  Glenn T. Graham
                  3 World Trade Center
                  175 Greenwich Street
                  New York, NY 10007
                  (212) 808-7800
                  gcastello@kelleydrye.com
                  ggraham@kelleydrye.com

                  WHITE & CASE LLP
                  Bryan A. Merryman (*pro hac vice* motion forthcoming)
                  Catherine S. Simonsen (*pro hac vice* motion

forthcoming)

555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
T: (213) 620-7700
F: (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

*Attorneys for Gerber Products Company*