**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE and SUMMER APICELLA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> HAIN CELESTIAL GROUP, INC., <br><br> Defendant. | CASE NO. <br> 2:21-cv-00678-JS-AYS |

**NOTICE OF MOTION TO INTERVENE**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court, Gerber Products Company ("Gerber") hereby moves this Court, before the Honorable Joanna Seybert, United States District Court, Eastern District of New York, Alfonse M. D'Amato Federal Building, United States District Court, 100 Federal Plaza, Courtroom 1030, Central Islip, New York 11722, pursuant to Fed. R. Civ. P. 24(b)(1)(B), for the entry of an Order permitting Gerber to intervene for the limited purpose of addressing Plaintiff's motion to consolidate in the above-captioned action and granting such other and further relief as the Court may deem just and proper.

Dated: March 15, 2021

Dated: March 15, 2021

        KELLEY DRYE & WARREN LLP

        /s/ *Geoffrey W. Castello, III*
        Geoffrey W. Castello, III
        Glenn T. Graham
        3 World Trade Center
        175 Greenwich Street
        New York, NY 10007
        (212) 808-7800
        gcastello@kelleydrye.com
        ggraham@kelleydrye.com

        WHITE & CASE LLP
        Bryan A. Merryman (*pro hac vice* motion forthcoming)
        Catherine S. Simonsen (*pro hac vice* motion forthcoming)

        555 South Flower Street, Suite 2700
        Los Angeles, CA 90071-2433
        T: (213) 620-7700
        F: (213) 452-2329
        bmerryman@whitecase.com
        catherine.simonsen@whitecase.com

        *Attorneys for Gerber Products Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 15, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

/s/ *Geoffrey W. Castello, III*
Geoffrey W. Castello, III