# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE and SUMMER APICELLA, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>HAIN CELESTIAL GROUP, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 2:21-cv-678-JS-AYS<br><br>**NOTICE OF APPEARANCE OF MARK CHEFFO** |

**PLEASE TAKE NOTICE** that Mark Cheffo hereby appears on behalf of Plum, PBC in the above-captioned action, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: March 15, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　/s/ *Mark Cheffo*
　　　　　　　　　　　　　　　　　　　　Mark Cheffo (Attorney ID 2395671)
　　　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　　　1095 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　Tel. 212-698-3500
　　　　　　　　　　　　　　　　　　　　Fax 212-698-3599
　　　　　　　　　　　　　　　　　　　　mark.cheffo@dechert.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Plum, PBC*