UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE, and SUMMER APICELLA, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>HAIN CELESTIAL GROUP, INC.,<br><br>      Defendant. | Civil Action No.: 2:21-cv-00678 |
| SALLY BREDBERG and REBECCA BROMBERG, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>      Defendant. | Civil Action No.: 2:21-cv-00758 |
| ALYSSA MAYS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>      Defendant. | Civil Action No.: 2:21-cv-00805 |

1

| | |
|---|---|
| MICHELLE WALLS, on behalf of herself and all others similarly situated; and N.W., a minor child, by his parent and general guardian Michelle Walls, on behalf of himself and all others similarly situated;<br><br>      Plaintiffs,<br><br> v.<br><br>BEECH-NUT NUTRITION COMPANY; THE HAIN CELESTIAL GROUP, INC.; NURTURE, INC. D/B/A HAPPY FAMILY ORGANICS; GERBER PRODUCTS COMPANY; and PLUM PBC.;<br><br>      Defendants. | Civil Action No.: 1:21-cv-00870 |
| LEE BOYD, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>HAIN CELESTIAL GROUP, INC.,<br><br>      Defendant. | Civil Action No.: 2:21-cv-00884 |
| KELLY MCKEON, RENEE BRYAN, and MARILYN CARSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>HAIN CELESTIAL GROUP, INC., d/b/a Earth's Best Organics,<br><br>      Defendant. | Civil Action No.: 2:21-cv-00938 |

| | |
|---|---|
| LEIBA BAUMGARTEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>      Defendant. | Civil Action No.: 2:21-cv-00944 |
| CHARLOTTE WILLOUGHBY,<br><br>      Plaintiff,<br><br> v.<br><br>HAIN CELESTIAL GROUP, INC., d/b/a Earth's Best Organics,<br><br>      Defendant. | Civil Action No.: 2:21-cv-00970 |

## *WALLS* PLAINTIFFS' RESPONSE IN OPPOSITION TO STEWART PLAINTIFFS' MOTION TO CONSOLIDATE

Plaintiffs Michelle Walls and N.W.[1] (by his mother and general guardian Michelle Walls) ("*Walls* Plaintiffs"), Case No. 1:21-cv-00870-DG-SJB, respectfully oppose plaintiff-movants Nicole Stewart, Elizabeth Agramonte, and Summer Apicella's (the "*Stewart* Plaintiffs"), Case No. 2:21-cv-00678, motion for consolidation and to set deadlines, *see Stewart* Mot. to Consolidate (ECF No. 19). The *Stewart* Plaintiffs seek to consolidate several actions in this judicial district, including *Walls*. Earlier today, the *Walls* Plaintiffs filed an opposition to the *Stewart* Plaintiffs' motion on the *Walls* docket. *See Walls et al. v. Beech-Nut Nutrition Co. et al.*, Case No. 1:21-cv-

---

[1] Plaintiff N.W. is a minor and is identified here by his initials. *See* Fed. R. Civ. P. 5.2.

3

00870-DG-SJB, ECF No. 25 (Mar. 15, 2021).  For ease of this Court's consideration of the *Stewart* Plaintiffs' motion and opposing memorandum of law, the *Walls* Plaintiffs have joined the *Stewart* docket as respondents and file this opposition, attaching their substantive memorandum of law in opposition to the motion from the *Walls* docket.  *See id.* (attached as Ex. A).  For all the reasons stated in the *Walls'* opposing memorandum, the *Stewart* Plaintiffs' motion should be denied.

Date:   March 15, 2021
        New York, NY                     */s/ Christopher K. Leung*

                                         Christopher K. Leung
                                         Max E. Rodriguez
                                         POLLOCK COHEN LLP
                                         60 Broad St., 24th Fl.
                                         New York, NY 10004
                                         Tel.: (917) 985-3995
                                         Email: Chris@PollockCohen.com

                                         *Counsel for Plaintiffs and Proposed Class*
                                         *Representatives Michelle Walls and N.W.*