# CALCATERRA POLLACK LLP

March 17, 2021

**VIA NYSCEF**

Honorable Judge Joanna Seybert
Eastern District of New York
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

      RE:    ***Stewart v. Hain Celestial Group, Inc.*, Case No. 2:21-cv-00678-JS-AYS**
               Letter Motion Requesting Increased Page Limit for Reply in Support of Motion to Consolidate

Dear Judge Seybert,

      We represent the *Stewart* Plaintiffs in the above-referenced case. On February 28, 2021, the *Stewart* Plaintiffs filed their motion for consolidation of all cases against Hain Celestial Group, Inc. pending in this District. *See* ECF No. 19. On March 15, 2021, seven briefs by various parties were filed in response. The *Stewart* Plaintiffs' reply is due this Monday, March 22, 2021. For the convenience of the Court, the *Stewart* Plaintiffs intend to file a single omnibus reply to all seven briefs, rather than seven separate replies of ten pages each. As such, they hereby respectfully request, pursuant to Rule III.D.1 of the Court's Individual Rules and Practices, that they be granted a page extension to combine the seven reply briefs of ten pages each into one and file a single omnibus reply brief of no more than 20 pages.

                                      Respectfully submitted,

                                        /s/ *Janine L. Pollack*
                                        Janine L. Pollack

cc: Counsel of Record (via ECF)

1140 AVENUE OF THE AMERICAS      PO BOX 257      TEL: 212.899.1760
9TH FLOOR      NEW SUFFOLK NY 11956      FAX: 332.206.2073
NEW YORK, NY 10036-5803

CALCATERRAPOLLACK.COM