## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, ELIZABETH AGRAMONTE and SUMMER APICELLA, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> HAIN CELESTIAL GROUP, INC., <br><br> *Defendant*. | Case No. 2:21-cv-00678-JS-AYS <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that James Aliaga hereby appears on behalf of the Plaintiffs Nicole Stewart, Elizabeth Agramonte and Summer Apicella. This notice is for the purpose of receiving ECF alerts from the District Court.

Dated: April 30, 2021

                                                               Respectfully submitted,

                                                               /s/ James Aliaga
                                                               James Aliaga
                                                               CALCATERRA POLLACK LLP
                                                               1140 Avenue of the Americas, 9th Floor
                                                               New York, NY 10036-5803
                                                               Tel: (212) 899-1763
                                                               Fax: (332) 206-2073
                                                               jaliaga@calcaterrapollack.com

                                                               *Counsel for Plaintiffs*