# CALCATERRA POLLACK LLP

May 3, 2021

**VIA ECF**

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

>       Re:    ***Stewart v. Hain Celestial Group, Inc.*, Case No. 2:21-cv-00678-JS-AYS**

Dear Judge Seybert,

I am writing to request that my appearance as counsel for plaintiffs Nicole Stewart, Elizabeth Agramonte and Summer Apicella ("Plaintiffs") be withdrawn in the above-referenced matter.  The three above-named Plaintiffs will continue to be represented by Janine L. Pollack and James Aliaga of my firm, as well as by Lori G. Feldman, David J. George and Brittany L. Brown of George Gesten McDonald, PLLC.  Accordingly, no parties would be prejudiced if this motion is granted.  Thank you for your attention to this matter.

>                                   Respectfully submitted,
>
>                                   /s/ *Michael Liskow*
>                                   Michael Liskow

cc:       Counsel of record (via ECF)

1140 AVENUE OF THE AMERICAS          PO BOX 257                          TEL: 212.899.1760
9TH FLOOR                            NEW SUFFOLK NY 11956                FAX: 332.206.2073
NEW YORK, NY 10036-5803

CALCATERRAPOLLACK.COM