353 NORTH CLARK STREET, CHICAGO, IL 60654

**JENNER & BLOCK** LLP

May 13, 2021

Dean N. Panos
Tel +1 312 923 2765
dpanos@jenner.com

**VIA ECF**

The Honorable Joanna Seybert
United States District Judge
U.S.D.C., Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, NY 11722

Re: *In re Hain Celestial Heavy Metals Baby Food Litigation*, Case No. 2:21-cv-678-JS-AYS
Request for Consolidation of Related Cases

Dear Judge Seybert:

    I represent Defendant The Hain Celestial Group, Inc. in the above-referenced action. I write to notify the Court of the following cases pending in this District, which assert "consumer protection type claims" against Hain Celestial and not against any other defendant:

1. *Gray v. Hain Celestial Group, Inc.*, Case No. 2:21-cv-1569-JS-SIL; and

2. *Anderson v. Hain Celestial Group, Inc.*, Case No. 2:21-cv-1621-JMA-ARL.

A copy of the complaint in *Gray* is attached as Exhibit A, and a copy of the complaint in *Anderson* is attached as Exhibit B.

    Pursuant to the Court's order consolidating all similar consumer fraud actions against Hain Celestial into a single Consolidated Action (ECF No. 47), Hain Celestial respectfully requests that these two actions—which post-date the filing of the *Stewart* plaintiffs' motion for consolidation—be consolidated into the Consolidated Action.

                                     Respectfully submitted,

                                     /s/ Dean N. Panos
                                      Dean N. Panos