

| MINNESOTA OFFICE | | CALIFORNIA OFFICE |
|---|---|---|
| CANADIAN PACIFIC PLAZA | | 600 B STREET |
| 120 S. 6TH ST., STE 2600 | | 17TH FLOOR |
| MINNEAPOLIS, MN 55402 | | SAN DIEGO, CA 92101 |

**DANIEL E. GUSTAFSON**
dgustafson@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

May 17, 2021

<u>**VIA ECF**</u>
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>**In re Hain Celestial Heavy Metals Baby Food Litigation**</u>
     <u>**Case No. 2:21-cv-00678-JS-AYS**</u>

Dear Clerk of Court:

  I write to request that Raina C. Borrelli be removed from the consolidated docket as counsel for Plaintiffs Renee Bryan, Marilyn Cason, Kelly McKeon, Najah A. Henry, Chanel J. Jackson, Alexis Dias and Holly Buffinton in the above-referenced case.

  Ms. Borrelli is no longer an attorney at Gustafson Gluek PLLC. Prior to consolidation, Ms. Borrelli was terminated as counsel for Plaintiffs Renee Bryan, Marilyn Cason and Kelly McKeon in *McKeon, et al. v. Hain Celestial Group*, Case No. 2:21-cv-00938-JMA-SIL by electronic Order dated April 28, 2021.

  In addition, although Ms. Borrelli appears on the docket as counsel for Plaintiffs Najah A. Henry, Chanel J. Jackson, Alexis Dias and Holly Buffinton in *Henry, et al. v. Hain Celestial Group*, Case No. 2:21-cv-01293, she was never admitted in that case and did not enter an appearance for those Plaintiffs.

Page 2
May 17, 2021

    As such, we respectfully request that Ms. Borrelli be removed from the consolidated docket with regard to the above-mentioned Plaintiffs.

    Please contact us if you have any questions.

                                            Sincerely,

                                            GUSTAFSON GLUEK PLLC

                                            Daniel E. Gustafson

DEG/sam

cc:    Counsel of Record (via ECF)