UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION** | Case No. 2:21-cv-00678-JS-AYS<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF SUSANA CRUZ HODGE** |

I, SUSANA CRUZ HODGE, being duly sworn, hereby depose and say as follows:

1. I am a Member with the law firm of Lite DePalma Greenberg & Afanador, LLC located at 570 Broad Street, Suite 1201, Newark, New Jersey 07102.

2. I submit this affidavit in support of my motion for admission to appear as counsel *pro hac vice* to Plaintiff Charlotte Willoughby in the above-captioned case.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of New Jersey.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Number:   New Jersey – 046772006

859308.1

2

8. Wherefore, I respectfully submit that I be permitted to appear as counsel before this Court in the and advocate *pro hac vice* in the above-captioned case for Plaintiff Charlotte Willoughby.

                                      **LITE DEPALMA GREENBERG
                                        & AFANADOR, LLC**

Dated: May 18, 2021               */s/ Susana Cruz Hodge*
                                         Susana Cruz Hodge
                                         570 Broad Street, Suite 1201
                                         Telephone:(973) 623-3000
                                         Facsimile: (973) 623-0858
                                         E-mail: scruzhodge@litedepalma.com

                                         *Attorneys for Plaintiff Charlotte Willoughby*

859308.1