UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION** ) ) ) **This document relates to:** ) ) Charlotte Willoughby, No. 21-cv-0970 ) ) ) ) | Case No. 21-cv-0678 (JS) (AYS) **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I, Krista K. Freier, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Lockridge Grindal Nauen P.L.L.P. and a member in good standing of the bar(s) of the State of Minnesota as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Charlotte Willoughby. There are no pending disciplinary proceedings against me in any state or federal court.

557436.1

| | |
|---|---|
| Dated:  May 20, 2021 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | By: s/ Krista K. Freier |
| | Robert K. Shelquist, *Pro Hac Vice* |
| | Rebecca A. Peterson, *Pro Hac Vice* |
| | Krista K. Freier |
| | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |
| | Telephone: (612) 339-6900 |
| | Facsimile: (612) 339-0981 |
| | E-mail: rkshelquist@locklaw.com |
| | rapeterson@locklaw.com |
| | kkfreier@locklaw.com |
| | **Attorneys for Plaintiffs** |

557436.1