UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION** ) <br> ) <br> **This document relates to:** ) <br> ) <br> Charlotte Willoughby, No. 21-cv-0970 ) <br> ) <br> ) <br> ) | Case No. 21-cv-0678 (JS) (AYS) <br><br><br><br> **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Krista K. Freier, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Lockridge Grindal Nauen P.L.L.P.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Minnesota.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Number(s) if applicable:  0390223

8. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in case 21-cvv-0678 for Plaintiff Charlotte Willoughby.

557436.1

Dated: May 20, 2021

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*Krista Freier*

Robert K. Shelquist, *Pro Hac Vice*
Rebecca A. Peterson, *Pro Hac Vice*
Krista K. Freier
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
        rapeterson@locklaw.com
        kkfreier@locklaw.com

Signed and sworn before me
this 20th day of May, 2021.

*Barbara R. Gilles*

BARBARA R. GILLES
Notary Public-Minnesota
My Commission Expires Jan 31, 2025

557436.1