# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

KRISTA KYUNG FREIER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 30, 2009

Given under my hand and seal of this court on

May 20, 2021

Emily J. Eschweiler, Director
Office of Lawyer Registration