UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re Hain Celestial Heavy Metals
Baby Food Litigation

This Document Relates to:
*Henry, et al. v. Hain Celestial Group,* (Case No. 21-cv-01293)
*McKeon, et al. v. Hain Celestial Group*, (Case No. 21-cv-00938)

-----------------------------------------------------------X

Case No. 2:21-cv-00678-JS-AYS

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Catherine Sung-Yun K. Smith will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Gustafson Gluek PLLC and a member in good standing of the bar(s) of the State(s) of Minnesota, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiffs Kelly McKeon, Renee Bryan, Marilyn Cason, Naja A. Henry, Chanel J. Jackson, Alexis Dias and Holly Buffinton. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: May 21, 2021

Respectfully submitted,

Signature of Movant
Firm Name Gustafson Gluek PLLC
Address 120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Email csmith@gustafsongluek.com
Phone (612) 333-8844