UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

In re Hain Celestial Heavy Metals
Baby Food Litigation

Case No. 2:21-cv-00678-JS-AYS

This Document Relates to:
*Henry, et al. v. Hain Celestial Group,* (Case No. 21-cv-01293)
*McKeon, et al. v. Hain Celestial Group,* (Case No. 21-cv-00938)

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

------------------------------------------------------------

I, Catherine Sung-Yun K. Smith _____, being duly sworn, hereby depose and say as follows:

1.  I am a(n) Partner _____ with the law firm of Gustafson Gluek PLLC

2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.  As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Minnesota.

4.  There are no pending disciplinary proceedings against me in any state or federal court True

5.  I Have not _____ been convicted of a felony. If you have, please describe facts and circumstances.

6.  I Have not _____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7.  Attorney Registration Number(s) if applicable: 353723

8.  Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case Case No. 2:21-cv-00678-JS-AYS for Plaintiffs Kelly McKeon, Renee Bryan, Marilyn Cason, Naja A. Henry, Chanel J. Jackson, Alexis Dias and Holly Buffinton.

Date 5/21/21 _____

Hennepin County _____, MN

Signature of Movant _____

Firm Name Gustafson Gluek PLLC

Address 120 South 6th Street

Suite 2600

Minneapolis, MN 55402

Email csmith@gustafsongluek.com

Phone (612) 333-8844

**NOTARIZED**

Subscribed and sworn to before me
this 21st day of May, 2021.

Notary Public

SARAH A MOEN
Notary Public
State of Minnesota
My Commission Expires
January 31, 2023