# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION** | Case No. 2:21-cv-00678-JS-AYS |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| *McKeon, et al. v. Hain Celestial Group*, (Case No. 21-cv-00938) | |
| *Henry, et al v. Hain Celestial Group, Inc.*, (Case No. 21-cv-01293) | |

The undersigned attorney hereby notifies the Court and counsel that Catherine Sung-Yun K. Smith shall appear as counsel of record for Plaintiffs Kelly McKeon, Renee Bryan, Marilyn Cason, Najah A. Henry, Chanel J. Jackson, Alexis Dias, and Holly Buffinton in this case.

Dated:  May 25, 2021

    *s/Catherine Sung-Yun K. Smith*
Catherine Sung-Yun K. Smith
(admitted *pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
csmith@gustafsongluek.com

*Attorney for Plaintiffs*