**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION | Case No. 2:21-cv-678-JS-AYS<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* **OF JOSEPH J. DEPALMA** |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I Joseph J. DePalma will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an order allowing the admission of movant, a member of the firm of Lite DePalma Greenberg & Afanador, LLC and a member in good standing of the bar of the State of New Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Charlotte Willoughby. There are no pending disciplinary proceedings against me in any state or federal court.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: May 25, 2021

 /s/ Joseph J. DePalma
Joseph J. DePalma
570 Broad Street, Suite 1201
Telephone:(973) 623-3000
Facsimile: (973) 623-0858
E-mail: jdepalma@litedepalma.com

*Attorneys for Plaintiff Charlotte Willoughby*

1

859308.1