UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION** | Case No.: 2:21-cv-00678-JS-AYS<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF GARY F. LYNCH** |

PLEASE TAKE NOTICE that, upon the annexed affidavit of Gary F. Lynch ("Movant") in support of this motion, and the Certificates of Good Standing annexed thereto, Movant will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an order allowing the admission of Movant, a member of the firm Carlson Lynch LLP and a member in good standing of the bar of the States of New York and Pennsylvania, as attorney pro hac vice for Plaintiffs Lisa Gray and Heather Age in the above-captioned matter. There are no pending disciplinary proceedings against Movant in any state or federal court.

Dated: May 25, 2021

                                              **CARLSON LYNCH LLP**

                                        By:  */s/ Gary F. Lynch*
                                                      Gary F. Lynch
                                                      1133 Penn Avenue, Floor 5
                                                      Pittsburgh, PA 15222
                                                      Tel.    412-322-9243
                                                      Fax:   412-231-0246
                                                      glynch@carlsonlynch.com

                                                      *Attorneys for Plaintiffs*
                                                      *Lisa Gray and Heather Age*