UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION** | Case No.: 2:21-cv-00678-JS-AYS <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF GARY F. LYNCH** |

I, Gary F. Lynch, being duly sworn, hereby depose and say as follows:

1. I am a partner at Carlson Lynch LLP, 11133 Penn Avenue, Floor 5, Pittsburgh, Pennsylvania 15222, which represents Plaintiffs Lisa Gray and Heather Age ("Plaintiffs") in the above-captioned matter.

2. I submit this affidavit in support of my motion for admission to appear as counsel pro hac vice for Plaintiffs in the above-captioned case.

3. As shown in the attached Certificates of Good Standing, I am a member in good standing of the State Bar of New York (Bar No. 5553854) and the Commonwealth of Pennsylvania (Bar No. 56887).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

7. Wherefore, I respectfully request that I be admitted to practice pro hac vice before this Court in the above-captioned case.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and accurate.

Executed on May 25, 2021, in San Diego, CA.

Dated: May 25, 2021

**CARLSON LYNCH LLP**

By: */s/ Gary F. Lynch*
Gary F. Lynch
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Tel.   412-322-9243
Fax:   412-231-0246
glynch@carlsonlynch.com

*Attorneys for Plaintiffs*
*Lisa Gray and Heather Age*