

Hon. Joanna Seybert
May 27, 2021


**VIA ECF**

May 27, 2021

The Honorable Joanna Seybert
United States District Judge
U.S.D.C., Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, NY 11722

Re:   *In re Hain Celestial Heavy Metals Baby Food Litigation*, Case No. 2:21-cv-678-JS-AYS
      Request for Consolidation of Related Case

Dear Judge Seybert:

    I represent Plaintiff Matthew Hanson in the above-referenced action. I write to notify the Court of the filing of *Lawson v. Hain Celestial Group, Inc.*, Case No. 2:21-cv-2986, which asserts "consumer protection type claims" against Hain Celestial and not against any other defendant. A copy of the complaint is attached as Exhibit A.

    Pursuant to the Court's order consolidating all similar consumer fraud actions against Hain Celestial into a single Consolidated Action (ECF No. 47), Plaintiff Hanson respectfully requests that the *Lawson* action—which post-dates the filing of the *Stewart* plaintiffs' motion for consolidation—be consolidated into the Consolidated Action.

                                       Respectfully submitted,

                                       Annick M. Persinger