UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION, <br><br> This document relates to: <br><br> All Actions | Case No. 2:21-cv-0678-(JS)(AYS) <br><br> **NOTICE OF STEWART MOVANTS' MOTION FOR APPOINTMENT OF LORI G. FELDMAN AND REBECCA A. PETERSON AS INTERIM CO-LEAD COUNSEL** <br><br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, declarations, and exhibits thereto, Plaintiffs Nicole Stewart, Elizabeth Agramonte, Summer Apicella, Charlotte Willoughby, Lee Boyd, Kelly McKeon, Renee Bryan, Marilyn Cason, Najah Henry, Chanel Jackson, Alexis Dias, and Holly Buffinton, will and do hereby move this Court before the Honorable Judge Joanna Seybert, at the Alfonse D'Amato United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722, at a time and date to be set by the Court for an Order for the appointment of Lori G. Feldman and Rebecca A. Peterson as Interim Co-Lead Counsel and for the appointment of an Executive Committee ("Stewart Movants' Lead Counsel Motion").

Pursuant to the Court's Orders dated May 13, 2021 [Dkt. 47] and May 18, 2021 [Dkt. 50], the following briefing schedule shall apply to the Stewart Movants' Lead Counsel Motion: Motions papers are due by May 27, 2021; Opposition papers are due by June 10, 2021; Reply papers, if any, are due by June 17, 2021.

Dated: May 27, 2021

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: s/ Rebecca A. Peterson
Rebecca A. Peterson (*Pro Hac Vice*)
Robert K. Shelquist (*Pro Hac Vice*)
Krista K. Freier (*Pro Hac Vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
rkshelquist@locklaw.com
kkfreier@locklaw.com

GEORGE GESTEN MCDONALD, PLLC

By: s/ Lori G. Feldman
Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
Facsimile: (888) 421-4173
E-mail: LFeldman@4-justice.com
E-service: eService@4-justice.com

**Plaintiffs' Proposed Co-Lead Interim Counsel**

Catherine Sung-Yun K. Smith (*Pro Hac Vice*)
Daniel E. Gustafson (*Pro Hac Vice*)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
E-Mail: csmith@gustafsongluek.com
dgustafson@gustafsongluek.com

Stephen R. Basser (*Pro Hac Vice forthcoming*)
BARRACK RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
E-mail: sbasser@barrack.com

Susana Cruz Hodge (*Pro Hac Vice*)
Joseph DePalma (*Pro Hac Vice*)
LITE DEPALMA GREENBERG & AFANADOR
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: scruzhodge@litedepalma.com
          jdepalma@litedepalma.com

**Plaintiffs' Proposed Executive Committee**

David J. George
GEORGE GESTEN MCDONALD, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33463
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
E-mail: dgeorge@4-Justice.com

Janine L. Pollack
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Telephone: (917) 899-1765
Facsimile: (332) 206-2073
E-Mail: jpollack@calcaterrapollack.com

Kevin Landau
Miles Greaves
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
E-Mail: klandau@tcllaw.com
         mgreaves@tcllaw.com

Kenneth A. Wexler
Kara A. Elgersma
WEXLER WALLACE, LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
E-Mail:  kaw@wexlerwallace.com
            kae@wexlerwallace.com

Simon B. Paris
Patrick Howard
SALTZ, MONGELUZZI & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 575-3895
E-Mail:  sparis@smbb.com
            phoward@smbb.com

Matthew D. Schelkopf
Lori G. Kier
Davina C. Okonkwo
SAUDER SCHELKOPF
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
E-Mail:  mds@sstriallawyers.com
            lgk@sstriallawyers.com
            dco@sstriallawyers.com

Marc H. Edelson
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (215) 867-2399
E-Mail:  Medelson@edelson-law.com

Joshua H. Grabar
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Facsimile:  (267) 507-6048
E-Mail: Jgrabar@grabarlaw.com

**Attorneys for Plaintiffs**