# EXHIBIT 2



**ABOUT US**

For over 40 years, Lockridge Grindal Nauen P.L.L.P. has served clients throughout the Midwest and in Washington, D.C. Our attorneys have extensive experience in litigation concerning consumer fraud, antitrust, business, campaign finance, data breach, governmental, health care, employment, environmental, ERISA, intellectual property, real estate, securities, and tribal law.

Our firm represents clients of all shapes and sizes, taking the time to understand each client's goals and aspirations before tailoring our representation to meet their individual needs, whether they be in the courtroom, the halls of Congress, city hall, or in their state capitol.

Lockridge Grindal Nauen is one of the preeminent class action law firms in the country, has vast experience representing banks, financial institutions, shareholders, and other institutional investors in complex litigation, and has extensive experience litigating cases in Minnesota and across the country. Our work also encompasses claims directed at a diverse range of products, including asbestos products, electrical appliances, industrial accidents, construction products, and construction equipment.

As to consumer fraud litigation, the group recently obtained a judgment on behalf of a nationwide class of farmer-consumers in excess of $60 million. Our attorneys, paralegals and support staff litigate as a team effectively, aggressively and efficiently and have earned a national reputation for work product excellence and effective advocacy.

LGN also practices extensively in antitrust litigation. The firm has litigated major cases and class actions involving price fixing, industry cartels, predatory pricing, price discrimination, and other antitrust and trade regulation issues in courts nationwide.  LGN attorneys have been recognized by courts, peer review publications, and other professional organizations as leading antitrust lawyers. In the last ten years alone, LGN and its co-counsel have recovered more than $2 billion for their clients and class members in antitrust cases.

Lockridge Grindal Nauen's attorneys and government relations professionals are assisted by an extensive support staff. The firm has offices in Minneapolis, Minnesota, Bismarck, North Dakota, and Washington, D.C.



## DIVERSITY AND INCLUSION

Lockridge Grindal Nauen is committed to embracing and reflecting the diversity of the clients we serve and our community. LGN recognizes our firm is stronger when we include all individuals regardless of gender, race, ethnicity, national origin, sexual orientation, gender identity or expression, or physical ability.

We have worked hard to develop an inclusive work environment. Women make up half of LGN's attorneys and almost 40% of our partners—a figure well ahead of the national average. We are also proud that LGN was the first law firm in Minnesota to publicly oppose the 2012 proposed "Marriage Amendment," which would have banned gay marriage in Minnesota, and we worked closely with Minnesotans United for All Families on the "Vote No" effort.

### Supporting a diverse legal profession

We partner with and sponsor organizations that work to expand diversity in the legal profession, such as the Minnesota Urban Debate League, the Page Education Foundation, the Sanneh Foundation, and Meet Me In The Middle—each of which works to expand educational opportunities and professional opportunities to high school and college students.

We work within the legal community to build a diverse profession. Since 2013, LGN has participated in the Hennepin County Bar Association Minority Clerkship Program (formerly the MSBA Minority Clerkship program), which matches 1L summer associates with LGN. In addition, LGN supports the following programs, either through financial sponsorship or active attorney involvement:

- Minnesota Chapter of the Federal Bar Association, Diversity Committee
- American Bar Association, Membership and Diversity Committees
- Minnesota Mother Attorneys Association
- Minnesota Women Lawyers
- Minnesota American Indian Bar Association
- National American Indian Bar Association
- Jewish Community Relations Council
- William McGee Civil Rights Moot Court
- American Constitution Society
- Community Action Partnership of Hennepin County
- Mid-Minnesota Legal Aid One Hour of Sharing Campaign (100% Associate participation in 2016)

**Helping Our Clients Make an Impact in Our Community**

Through our legislative and legal work, LGN assists its clients in making a positive impact in the community. Representative work includes:

- Augsburg College (obtaining funding for an East African teacher training program)
- Boys and Girls Club (obtaining funding for job readiness and after school tutoring)
- Sanneh Foundation (obtaining funding for after school programs)
- Mille Lacs Band of Ojibwe (lobbying and legal work regarding various tribal matters at local and state levels)
- Leech Lake Band of Ojibwe (state and federal lobbying)
- Legal counseling to minority-owned medical providers that focus on providing health care services to diverse communities.



# PRO BONO

The firm's attorneys, paralegals and staff dedicate hundreds of hours per year toward pro bono legal representation and volunteer activities coordinated by a committee of partners and associates. LGN attorneys have been recognized as MSBA North Star Lawyers (for providing at least 50 hours of pro bono legal services) since the North Star Lawyer program began in 2013. Attorneys and paralegals receive credit against firm billable requirements for up to fifty hours of pro bono legal representation.

Many of LGN's attorneys are members of the Volunteer Lawyers' Network and have taken cases through the Minnesota Federal Bar Association's *Pro Se* Project referral program. Others have helped disadvantaged businesses and non-profit organizations with corporate formation and other legal matters. Still others have worked on guardian ad litem cases or represented children in the foster care system, veterans' benefits appeals, environmental matters and, in cooperation with Minnesota Advocates for Human Rights, have secured legal residency for asylum seekers who feared harm or persecution in their home countries of China, Rwanda and Tibet. Many LGN attorneys also provide free legal assistance at walk-in clinics around the Twin Cities.

## *Pro Bono Cases*

### Commercial

LGN attorneys successfully defended an elderly Dallas-area man accused of defaulting on an agreement to repay a loan that funded a so-called "life settlement" insurance policy. The plaintiff filed several similar lawsuits against senior citizens in federal court in Minnesota. LGN invested more than 500 hours in the case, initially referred to LGN by the Minnesota Federal Bar Association's Pro Se Project. After LGN's attorneys overcame the plaintiff's motion for summary judgment, the parties negotiated a settlement of the case.

### Asylum

Many LGN attorneys have represented numerous individuals and families seeking asylum, including:

- After two and a half years of work, a team of LGN attorneys and paralegals won Permanent Residency for a Rwandan client who was orphaned as a child and fled to the United States to avoid violence in her native country. The team won a unique immigration status for the client called Special Immigrant Juvenile Status, which is granted to only 1,200 orphaned child-immigrants each year. The team successfully

- argued that the client met the criteria for Special Immigrant Juvenile Status on the basis that she was an orphan and a Minnesota court placed her under the
- guardianship of a Minnesota relative prior to her becoming 18 years old. LGN volunteered over 450 hours to achieve this victory for the client after the case was referred to LGN by the Advocates for Human Rights.
- LGN attorney Brian Clark won permanent resident status for a 10-year old girl from Liberia. The girl qualified for a unique status available to immigrant children whose parents are unable to care for them.
- After eight years of working with a family from Nepal that feared persecution on account of their Tibetan nationality, LGN partner Anna Horning Nygren, with the assistance of LGN paralegal Heather Potteiger and administrative assistant Cheryl Evans, obtained citizenship in 2016 for a family of four. Ms. Horning Nygren and her team first obtained asylum for the entire family, then helped the family obtain permanent residency status and, ultimately, citizenship.
- LGN attorneys have represented numerous individuals and families from other countries, including China, Rwanda, Eritrea, Turkey and Tibet, who have sought asylum in the United States on religious or political grounds.

## Veterans

LGN attorneys succeeded in obtaining survivor benefits from the U.S. Department of Veterans Affairs ("VA") for a pro bono client. The case was complicated by a mistake on the veteran's death certificate that resulted in denial of survivor benefits for the veteran's spouse. As a result, LGN filed litigation in the state where the veteran died to correct the mistake on the death certificate and subsequently assisted the widower in obtaining approval of his application by the VA. LGN invested over 70 hours of time to achieve this victory for the client. The case was initially referred to LGN by the Minnesota Federal Bar Association's Pro Se Project.

## Appellate Public Defender

LGN attorneys have participated in the MSBA Appellate Section's Pro Bono Project with the Appellate Public Defender. Through the program, LGN has represented several criminal defendants in appealing to the Court of Appeals and preparing a petition for review to the Minnesota Supreme Court. The work helps ensure that each person convicted of a crime in the State of Minnesota is able to fully exercise their right to have their conviction reviewed by an appellate body.

## Children

Several LGN attorneys have represented children through guardian ad litem cases, or foster children and children who are wards of the state, in cooperation with the Children's Law Center. In October 2011, the firm received the Children's Law Center's Distinguished Service Award.

- LGN Attorney Elizabeth Odette assisted her 14-year-old client in testifying in camera before the Judge at a trial for termination of her mother's parental rights. The court ruled that it was in the best interest of the child to transfer custody to a foster parent

rather than terminate parental rights based largely on the child's testimony that maintaining her relationship with her mother was very important to her.

## Organizations

LGN attorneys dedicate hundreds of hours every year in support of a variety of organizations, including:

- Children's Law Center of Minnesota. LGN received the Children's Law Center's 2011 Distinguished Service Award for its work representing foster children and children who are wards of the state.
- The Advocates for Human Rights. LGN successfully obtained asylum and citizenship for several clients.
- The Dignity Center, serving individuals transitioning from homelessness.
- Twin Cities Cardozo Society's Minneapolis Urban League Legal Aid Clinic.
- Twin Cities Cardozo Society's St. Paul Legal Aid Clinic, in partnership with Southern Minnesota Regional Legal Aid Services and Interfaith Action.
- Minnesota State Bar Association's Public Defender Appellate Pro Bono Project.
- Federal Bar Association Minnesota Chapter *Pro Se* Project. Our *Pro Se* Project cases have included obtaining survivor benefits from the U.S. Department of Veteran Affairs and many other matters.
- Volunteer Lawyer's Network's criminal expungement program.





**Rebecca A. Peterson**
*Partner*
612-339-6900
rapeterson@locklaw.com

### Practices

Securities Litigation
Products Liability & Consumer Fraud Litigation

### Education

USD School of Law, 2005
St. Olaf College, 1998

### Bar Admissions

Minnesota
California

### Court Admissions

U.S. District Court, Northern District of California
U.S. District Court, District of Minnesota
U.S. District Court, North Dakota
U.S. District Court, Central and Southern Districts of California
U.S. District Court, Eastern District of California
U.S. District Court, District of Colorado
U.S. District Court, Central District of Illinois
U.S. District Court, Eastern District of Wisconsin
U.S. Court of Appeals, Second Circuit
U.S. Court of Appeals, Sixth Circuit
U.S. Court of Appeals, Seventh Circuit

# Rebecca A. Peterson

Rebecca A. Peterson is a partner in the firm's class action group with a focus on consumer protection, product liability, and pet food regulation cases and accompanying regulatory issues. Ms. Peterson has been part of successful prosecution of actions on behalf of consumers in both state and federal courts. Ms. Peterson has been appointed lead counsel and, alongside a group of attorneys, was recognized as Attorney of the Year by Minnesota Lawyer for her work on behalf of U.S. farmers. Prior to joining the firm, Ms. Peterson practiced in California and had extensive experience in complex class actions, appeals and public relations. Ms. Peterson carries that experience over to her practice today in fighting to protect the rights of consumers in both federal and state courts, as well as before regulatory and quasi-regulatory bodies. Ms. Peterson has been involved in several trials. Ms. Peterson recently won class certification in a pet food case alleging heavy metals in the dog food. See *Zeiger et al. v. WellPet LLC et al.*

Ms. Peterson is admitted to the state bar of the States of Minnesota and California. She received her law degree from the University of San Diego School of Law and her B.A. from St. Olaf College. She is an Advisory Board Member of the Page Education Foundation and a Board Member of the animal rescue and sanctuary of Misfit Hounds.

### Representative Cases

- *In re FCA US LLC Monostable Elec. Gearshift Litig.*, No. 2:16-md-02744 (E.D. Mich.)
- *Gold, et al. v. Lumber Liquidators, Inc.*, No. 14-cv-05373 (N.D. Cal.)
- *Helmer, et al. v. The Goodyear Tire & Rubber Co.*, No. 1:12-cv-00685-RBJ-MEH (D. Colo.) (trial team)
- *Hiddlestone, et al. v. The Honest Co. Inc.*, No. 2:16-cv-07054 JAK (AGRx) (C.D. Cal.)
- *Johnson v. Bobcat Co.*, No. 0:15-cv-02097-JRT-HB (D. Minn.)
- *Michael, et al. v. The Honest Company Inc.*, No. 2:15-cv-07059-JAK-AGR (C.D. Cal.)
- *In re Nat'l Hockey League Players' Concussion Injury Litig.*, MDL No. 14-2551 (SRN/JSM) (D. Minn.)
- *In re Rust-Oleum Restore Mktg., Sales Practices & Prods. Liab. Litig.*, No. 1:15-cv-1364 (N.D. Ill.)
- *In re Syngenta AG MIR162 Corn Litig.*, No. 14-md-2591-JWL-JPO (D. Kan.)

From the Courtroom to the Capitol®

- U.S. Court of Appeals, Eighth Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. Court of Appeals, Tenth Circuit

**Professional Recognition**

- Attorney of the Year (Syngenta litigation team) by Minnesota Lawyer in 2017

- *In re Syngenta Litig. (Minn. Producers)*, No. 27-cv-15-3785 (Henn. Co. Dist. Ct., Minn.)
- *Colangelo v. Champion Petfoods USA, Inc. et al.,* No. 6:18-cv-01228-LEK-DEP (N.D.N.Y.)
- *Zarinebaf et al v. Champion Petfoods USA, Inc. et al.*, No. 1:18-cv-06951 (N.D. Ill.)
- *In re Big Heart Pet Brands Litig.*, No. 4:18-cv-00861-JSW (N.D. Cal.)
- *Grossman v. Schell & Kampeter, Inc. et al.*, No. 2:18-cv-02344-JAM-AC (E.D. Cal.)
- *Zeiger et al. v. WellPet LLC et al.*, No. 3:17-cv-04056-WHO (N.D. Cal.)
- *In re Toll Roads Litigation No.* 8:16-cv-00262-ODW-ADS (C.D. Cal)

### Civic Associations

- Advisory Board Member, Page Education Foundation
- Board Member, Misfit Hounds



From the Courtroom to the Capitol®



# Robert K. Shelquist

**Robert K. Shelquist**
*Partner*
612-339-6900
rkshelquist@locklaw.com

## Practices

Products Liability & Consumer Fraud Litigation
Antitrust Law
Business Litigation

## Education

University of Minnesota Law School, 1990, *cum laude*

## Bar Admissions

1990, Minnesota

## Court Admissions

Minnesota
U.S. District Court, District of Minnesota
Eighth Circuit Court of Appeals
U.S. Supreme Court

Rob K. Shelquist is a partner in the firm, and heads the firm's consumer protection and products liability litigation practice groups. During the course of his career, he has represented individuals, small businesses, and corporations in a wide range of civil litigation including defective and mispriced products, securities and ERISA, anti-competitive conduct, privacy, and the use of sharp business practices, fraud, misrepresentations, and other statutory violations in conjunction with the sale of goods and services. Mr. Shelquist has represented plaintiffs as court-appointed counsel and was one of the trial attorneys in two national class actions tried to verdict. In *Peterson v. BASF Corp.*, a judgment in excess of $60 million was paid following a jury verdict, multiple state appellate opinions, and two trips to the U.S. Supreme Court.

Mr. Shelquist has been and continues to be named Lead, Executive Committee, Plaintiff Steering Committee, and Committee Chair in complex litigation in both federal and state courts throughout the United States. Over the course of his career, Mr. Shelquist has led cases which have collectively resulted in close to $1 billion worth of recoveries by way of judgment and settlement.

A 1987 graduate of the University of California at Berkeley with a double major in Legal Studies and Political Science (with high honors), Mr. Shelquist was elected to the Golden Key Society. He received his J.D. Degree from the University of Minnesota Law School, *cum laude*, in 1990. He continues to lecture at continuing legal education events on a variety of topics, has been involved in the leadership of the consumer section of the Bar Association, and is a member of a working group for Standards and Best Practices, Duke Law Center for Judicial Studies.

## Representative Cases

- *In re CertainTeed Corp. Roofing Shingle Prods. Liab. Litig.*, MDL 1817 (E.D. Pa.) (Co-Lead Counsel)
- *Eliason v. Gentek Building Prods., Inc., et al.*, No. 10-cv-2093 (N.D. Ohio) (Executive Committee)
- *In Re HardiePlank Fiber Cement Siding Litig.*, MDL No. 2359 (D. Minn.) (Lead Counsel)

### From the Courtroom to the Capitol®

## Professional Associations

- AAJ
- Federal Bar Association
- Minnesota Bar Association

## Professional Recognition

- Named a Minnesota Super Lawyer® from 2003-2020
- Listed in the Guide to Leading American Attorneys
- Attorney of the Year (Syngenta litigation team) by Minnesota Lawyer in 2017

## Presentations

Mr. Shelquist lectures on a variety of legal topics.

## Community Involvement

Mr. Shelquist is involved with a number of community organizations as a volunteer.

- *In Re IKO Roofing Shingle Prods. Liab. Litig.*, MDL No. 2104 (C.D. Ill.) (Co-Lead Counsel)
- *In Re Kitec Plumbing Sys. Prods. Liab. Litig.*, MDL No. 2098 (N.D. Tex.) (Co-Lead Counsel)
- *McFerren v. AT&T Mobility LLC*, No. 2008-cv-151322 (Superior Court Fulton County, GA) (Chairman of Plaintiffs' Steering Committee)
- *In Re Medtronic, Inc. Sprint Fidelis Leads Prods. Liab. Litig.*, MDL 08-1905 (D. Minn.) (Liaison Counsel)
- *In Re Navistar Diesel Engine Prods. Liab. Litig.*, MDL No. 2223 (N.D. Ill.) (Plaintiffs' Steering Committee)
- *In Re Northstar Educ. Fin., Inc. Contract Litig.*, MDL 08-1990 (D. Minn.) (Co-Lead Counsel)
- *Cynthia Walker v. Cellfish Media, LLC*, No. 08 CH 40592 (Ill. Cir. Ct.) (Plaintiffs' Steering Committee)
- *Patricia Wright, et al. v. Owens Corning*, MDL No. 1567 (W.D. Pa) (Co-Lead Counsel)
- *In re Google Android Consumer Privacy Litig.*, MDL No. 2264 (N.D. Calif.) (Interim Co-Lead Counsel)
- *In Re Zurn Pex Prods. Liab. Litig.,* MDL 1958 (D. Minn.) (Co-Chair Plaintiffs' Steering Committee)
- *In Re Aredia and Zometa Prods. Liab. Litig.*, MDL 06-1760 (M.D. Tenn.) (Plaintiffs' Steering Committee)
- *In Re Baycol Prods. Litig.*, MDL No. 1431 (D. Minn.) (Discovery and Briefing Committees)
- *In Re Blue Cross Blue Shield Subscriber Litig.*, No. 19-C3-98-7780 (Dakota Cnty. Dist. Ct., Minn.) (Co-Chair Discovery Committee)
- *Davenport, et al. v. Illinois Farmers Ins. Co., et al.*, No. CIV-03-158-F (W.D. Okla.)
- *In Re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, MDL No. 05-1708 (DWF/AJB) (D. Minn.) (Trial Team)
- *In Re IPhone Application Litig.*, No. 10-CV-05878-LHK (N.D. Cal.) (Executive Committee)
- *In Re Medtronic, Inc., Inplantable Defibrillators Prods. Liab. Litig.*, MDL No. 05-1726 (JMR/AJB) (D. Minn.) (Trial Team)
- *In Re Meridia Prods. Liab. Litig.*, MDL 1481 (N.D. Ohio) (Co-Chair Discovery Committee)
- *In Re Milk Prods. Antitrust Litig.*, No. 3-96-458 (D. Minn.) (Co-Chair Discovery Committee)
- *In Re National Arbitration Forum Litig.*, No. 09-1939 (D. Minn.) (Plaintiffs' Lead Counsel Committee)
- *Robert Smale v. Sears Roebuck & Co. & Whirlpool Corp.*, No. C3-04-8891 (Hennepin Cnty. Dist. Court) (Liaison Counsel)
- *George v. Uponor Corp., et al.*, No. 12-249 (D. Minn.) (Co-Lead Counsel)



From the Courtroom to the Capitol®



# Krista K. Freier

Krista Freier practices in the firm's class action group with an emphasis in products liability. She is a 2009 graduate of Hamline University School of Law where she was a Student Attorney in Hamline's Child Advocacy Clinic and interned with the Honorable Gregory G. Galler in Minnesota State Court. While attending law school, Krista clerked with the Hennepin County Attorney's Office in the divisions of Juvenile Prosecution-Victim Witness and Child Support. Before law school, Krista graduated from Concordia College in Moorhead, Minnesota, with a Bachelor of Arts in Spanish and History with a minor in Economics. Prior to joining the firm, Krista worked for the University of Minnesota and a local nonprofit organization.

**Krista K. Freier**
*Associate*
612-339-6900
kkfreier@locklaw.com

**Practices**
Products Liability & Consumer Fraud Litigation

**Education**
Concordia College, Moorhead, MN
Hamline University School of Law, 2009

**Bar Admissions**
2009, Minnesota

**Court Admissions**
Minnesota

## Representative Cases

- *In re Syngenta Litig. (Minn. Producers)*, No. 27-cv-15-3785 (Henn. Co. Dist. Ct., Minn.)
- *Zeiger et al. v. WellPet LLC et al.*, No. 3:17-cv-04056-WHO (N.D. Cal.)



From the Courtroom to the Capitol®

© Lockridge Grindal Nauen P.L.L.P. 2018 | Minneapolis, MN (612) 339–6900 | Washington, D.C. (202) 544–9840 | Bismarck, ND (701) 426-7940 | LOCKLAW.COM