## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION** | Case No. 2:21-cv-678-JS-AYS |

## MOTION OF ASYIA ANDREWS TO APPOINT LABATON SUCHAROW AS INTERIM LEAD COUNSEL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion of Asyia Andrews to Appoint Labaton Sucharow as Interim Lead Counsel through undersigned counsel, will and hereby do move this Court for an Order appointing Labaton Sucharow as Interim Lead Counsel and for such further relief as this Court deems just and proper.

Plaintiff makes this Motion pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure and on the grounds that appointment of interim co-lead class counsel is appropriate at this time to "fairly and adequately represent the interests of the class" and because Labaton Sucharow will best represent the interests of the class. This Motion is based upon this notice of motion, the accompanying memorandum of law, the concurrently filed Declaration of Michael P. Canty, and any additional briefing and argument presented to the Court before or at the hearing on this Motion.

WHEREFORE, Andrews respectfully requests that the Court grant this motion and enter an Order: appointing Labaton Sucharow as Interim Lead Counsel; and granting such other and further relief as the Court may deem just and proper.

Date: May 27, 2021

Respectfully submitted,

/s/     *Michael P. Canty*
Michael P. Canty
Carol C. Villegas
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com
cvillegas@labaton.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2021 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

_/s/   Michael P. Canty_
