UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION** | Case No. 2:21-cv-678-JS-AYS |

# DECLARATION OF MICHAEL P. CANTY IN SUPPORT OF ASYIA ANDREWS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Michael P. Canty, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to Practice before this Court. I am a partner at the law firm of Labaton Sucharow LLP Proposed Interim Lead Counsel for the Class. I submit this declaration in support of the motion filed by Lead Plaintiff motion Asyia Andrews for entry of an Order: (1) appointing Labaton Sucharow as Interim Lead Counsel; and (2) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibit A is a true and correct copies of the Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Date: May 27, 2021

Respectfully submitted,

/s/     *Michael P. Canty*
Michael P. Canty
Carol C. Villegas
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com
cvillegas@labaton.com