# EXHIBIT A



# Firm Resume

## Consumer Protection and Data Privacy Litigation

2021

# TABLE OF CONTENTS

About the Firm  2

Awards and Accolades  4

Consumer Protection and Data Privacy  5

Commitment to Diversity, Equity, & Inclusion  7

Professional Profiles  9



# ABOUT THE FIRM

*Labaton Sucharow has recovered billions of dollars for investors, businesses, and consumers.*

Founded in 1963, Labaton Sucharow LLP has earned a reputation as one of the leading plaintiffs' firms in the United States.  For more than half a century, Labaton Sucharow has successfully exposed corporate misconduct and recovered billions of dollars in the United States and around the globe on behalf of investors and consumers.  Our mission is to continue this legacy and to continue to advance market fairness and transparency in the areas of securities, antitrust, corporate governance and shareholder rights, and data privacy and cybersecurity litigation, as well as whistleblower representation.  Our Firm has recovered significant losses for investors and secured corporate governance reforms on behalf of the nation's largest institutional investors, including public pension, Taft- Hartley, and hedge funds, investment banks, and other financial institutions.

Along with securing newsworthy recoveries, the Firm has a track record for successfully prosecuting complex cases from discovery to trial to verdict.  As *Chambers and Partners* has noted, the Firm is "considered one of the greatest plaintiffs' firms," and *The National Law Journal* "Elite Trial Lawyers" recently recognized our attorneys for their "cutting-edge work on behalf of plaintiffs."  Our appellate experience includes winning appeals that increased settlement values for clients and securing a landmark U.S. Supreme Court victory in 2013 that benefited all investors by reducing barriers to the certification of securities class action cases.

Our Firm provides global securities portfolio monitoring and advisory services to more than 250 institutional investors, including public pension funds, asset managers, hedge funds, mutual funds, banks, sovereign wealth funds, and multi-employer plans—with collective assets under management (AUM) in excess of $2 trillion.  We are equipped to deliver results due to our robust infrastructure of more than 70 full-time attorneys, a dynamic professional staff, and innovative technological resources.  Labaton Sucharow attorneys are skilled in every stage of business litigation and have challenged corporations from every sector of the financial market.  Our professional staff includes financial analysts, paralegals, e-discovery specialists, certified public accountants, certified fraud examiners, and a forensic accountant.  We have one of the largest in-house investigative teams in the securities bar.



WITH OFFICES IN NEW YORK, DELAWARE, AND WASHINGTON, D.C., LABATON SUCHAROW IS ON THE GROUND IN KEY JURISDICTIONS FOR PROTECTING INVESTORS



## FIRM HIGHLIGHTS

For more than 50 years, Labaton Sucharow has focused on all forms of financial litigation and has pioneered alternative avenues of recovery for investors.  In recent years, we have secured landmark recoveries against corporate actors like AIG, Countrywide, and Facebook.

- A $650 million settlement in a data privacy class action against Facebook, Inc., the largest cash settlement ever resolving a privacy related lawsuit.  The suit alleged that Facebook collected biometric information in the form of face prints, for the purpose of supporting its "face tagging" feature, in violation of the Illinois Biometric Information Privacy Act.

- Appointed co-lead counsel in an action challenging moves by controlling shareholders of Dell Technologies Inc. to expropriate billions of dollars in value from the company's Class V stockholders through a forced share exchange.  Company founder, Michael Dell, was named among the defendants who breached fiduciary duties through a transaction riddled with misleading information and conflicts of interest.  Potentially one of the largest class action cases in the history of the Delaware Court of Chancery.

- A $192.5 million recovery in a securities class action against SCANA Corporation, one of the largest investor recoveries of 2019.  The suit alleged that SCANA made false and misleading statements about the construction of two nuclear reactors in South Carolina. Despite touting progress to investors, the company and senior executives knew the project suffered from a host of fundamental problems.

- A $50 million recovery in a state court action against Endo International plc, the largest class settlement stemming from a secondary public offering of securities.  The action alleged that Endo failed to disclose adverse trends facing its generic drugs division in advance of a secondary public offering that raised $2 billion to finance the acquisition of Par Pharmaceuticals.

- An important victory for minority shareholders when the Delaware Supreme Court overturned a Court of Chancery decision dismissing a lawsuit challenging the fairness of Earthstone Energy's $335 million acquisition of Bold Energy.  The lawsuit alleges that EnCap Investments worked with Earthstone Chairman and CEO Frank Lodzinksi to orchestrate a deal to acquire cash-strapped Bold Energy at the expense of Earthstone's shareholders.

- A recovery premium achieved through a successful direct action litigation stemming from a major accounting fraud at Adelphia Communications.  The filing was made after the company disclosed that it had hid more than $2 billion of debt from its balance sheet that was incurred by members of the Rigas family, who founded the company, but that, pursuant to co-borrowing agreements, Adelphia was ultimately responsible for repaying.  Through the direct action, our clients resolved all of their claims.

> **"The Labaton Firm is very well known to the Courts for the excellence of its representation."** *Honorable Jed S. Rakoff*
>
> **"In a difficult case like this I feel, as I have said before, very gratified to have some of the nation's best lawyers working on it."** *Honorable Keith P. Ellison*
>
> **"I have a lot of papers, but let me tell you that initially, this was one of the best sets of papers that I've seen on a preliminary approval. Thank you, it's really very professional, very thorough."** *Honorable Beth Labson Freeman*



# AWARDS AND ACCOLADES

## CONSISTENTLY RANKED AS A LEADING FIRM



*The National Law Journal* "Elite Trial Lawyers" named Labaton Sucharow a 2021 finalist in the Class Action category and for the inaugural Diversity Initiative Award. The Firm was chosen for its "cutting-edge work on behalf of plaintiffs over the last 15 months" as well as possessing "a solid track record of client wins over the past three to five years." Additionally, the Firm was recognized as a 2020 Law Firm of the Year for Securities Litigation.



Labaton Sucharow has been recognized as one of the Nation's Best Plaintiffs' Firms by *The Legal 500*. In 2020, the Firm earned a Tier 1 ranking in Securities Litigation and was also ranked for its excellence in the Antitrust and M&A Litigation. Ten Labaton Sucharow Partners were ranked or recommended in the 2020 guide noting "Labaton Sucharow has a deep and experienced team in the securities litigation space. The expertise they display gives us a high degree of confidence in the successful litigation of our class action cases."



*Benchmark Litigation US* recognized Labaton Sucharow both nationally and regionally, in Delaware and New York, in its 2020 edition and named nine Partners as Litigation Stars and Future Stars across the U.S. The Firm received top rankings in the Securities and Dispute Resolution categories. The publication also named the Firm as one of the "Top 10 Plaintiffs' Firms" in the country.



Labaton Sucharow has been recognized by *Chambers USA 2021* as among the leading plaintiffs' firms in the nation, receiving a total of five practice group rankings and nine individual rankings. *Chambers* noted that the Firm is "top flight all-round," a "very high-quality practice," with "good, sensible lawyers." They "take strong advocacy positions on behalf of their clients."



Labaton Sucharow was named a finalist for *Euromoney* Women in Business Law Awards 2020 in the Best National Firm for Women in Business Law-North America category. *Euromoney's* Awards recognizes the firms advancing diversity in the profession.



*Lawdragon* recognized 22 Labaton Sucharow partners as among the leading plaintiff financial lawyers in the country. The guide presents a "curated look at the best of the U.S. plaintiff bar who specialize in representing plaintiffs in securities and other business litigation, antitrust, and whistleblower claims."



# CONSUMER PROTECTION AND DATA PRIVACY

A leader in contingent complex litigation, Labaton Sucharow has secured billions of dollars in recoveries on behalf of investors and consumers.

Labaton Sucharow is dedicated to putting our expertise to work on behalf of consumers who have been wronged by fraud in the marketplace.  As competition intensifies and business practices require greater examination, consumers need strong allies to protect their rights and ensure that they are getting what they pay for.

Built on our unmatched litigation skills, deep understanding of federal and state rules and regulations, and an unwavering commitment to fairness, our Consumer Protection Litigation Practice focuses on protecting consumers and improving the standards of business conduct through litigation and reform.

## ONGOING INVESTIGATIONS OR LITIGATION AND RECOVERIES ON BEHALF OF CONSUMERS

### *Facebook Biometric Information Privacy Litigation*

Our team recently achieved a historic $650 million settlement—the largest all-cash consumer data privacy settlement ever.  It is one of the first cases asserting biometric privacy rights of consumers under Illinois' Biometric Information Privacy Act (BIPA).  In this photo-tagging case, our team represented plaintiffs who had been harmed by Facebook's violation of Illinois' BIPA.

### *Marriott International Inc. Data Privacy Security Breach Litigation*

In this data security breach case, we represent plaintiffs who have been harmed by misleading statements surrounding the security of customer stored data.  The case follows the 2018 announcement that unauthorized access to the Starwood guest reservation database had potentially affected up to 500 million Marriott customers and further disclosures that an internal investigation revealed that there had been unauthorized access to the Starwood network since 2014.

### *Takata Airbags Products Liability Litigation*

Labaton Sucharow filed the first nationwide consumer class action against airbag manufacturer Takata Corporation and several major vehicle manufacturers.  Takata Corporation, TK Holdings, Inc., and Highland Industries, Inc. allegedly designed, manufactured, tested, and marketed millions of potentially lethal airbags, which were distributed and sold to other manufacturers.  Affected vehicles include models from BMW, Ford, Honda, Lexus, Nissan, and Toyota, among others.



## *Fishbein et al., v. All Market Inc. (Vita Coco Coconut Water Marketing Practices Litigation)*

Labaton Sucharow secured a $10 million settlement in a nationwide class action against the maker of Vita Coco, alleging misleading and deceptive advertising.

## *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*

The Firm serves as a lead counsel in this class action lawsuit on behalf of lawn care professionals and property owners against E. I. du Pont de Nemours and Company for damage to trees and other vegetation caused by DuPont's herbicide Imprelis®.  Based on the settlement agreement, DuPont agreed to arrange for the removal and replacement of damaged trees at no cost, and to provide additional compensation to members of the class.



# COMMITMENT TO DIVERSITY, EQUITY & INCLUSION

*"In the legal industry and private practice in particular, diversity is a challenge. At Labaton Sucharow, there is undeniable strength, limitless creativity, and steadfast momentum for diversity and inclusion. We believe a multitude of perspectives, backgrounds, and points of view improves the quality of our work and makes us better advisers to those we serve." – Gregory Asciolla, Partner and Chair of the Diversity and Inclusion Committee*

Over half a century, Labaton Sucharow has earned global recognition for its success in securing historic recoveries and reforms for investors and consumers. We strive to attain the same level of achievement in promoting fairness and equality within our practice and throughout the legal profession and believe this can be realized by building and maintaining a team of professionals with a broad range of backgrounds, orientations, and interests.

As a national law firm serving a global clientele, diversity and inclusion are vital to reaching the right result and provide us with distinct points of view from which to address each client's most pressing needs and complex legal challenges. Problem solving is at the core of what we do…and diversity and inclusion serve as a catalyst for understanding and leveraging the myriad strengths of our diverse workforce.

Research demonstrates that diversity in background, gender, and ethnicity leads to smarter and more informed decision-making, as well as positive social impact that addresses the imbalance in business today—leading to generations of greater returns for all. We remain committed to developing initiatives that focus on tangible diversity and inclusion goals involving recruiting, professional development, retention, and advancement of diverse and minority candidates, while also raising awareness and supporting real change inside and outside our Firm.

In recognition of our efforts, we have been honored and shortlisted by *Chambers & Partners* as Inclusive Firm of the Year and by *Euromoney* as the Best National Firm for Women in Business Law. Our Firm understands the importance of extending leadership positions to diverse lawyers and is committed to investing time and resources to develop the next generation of leaders and counselors. We actively recruit, mentor, and promote to partnership minority and female lawyers.

   





# WOMEN'S INITIATIVE

## Women's Networking and Mentoring Initiative

Labaton Sucharow is the first securities litigation firm with a dedicated program to foster growth, leadership, and advancement of female attorneys. Established more than a decade ago, our Women's Initiative has hosted seminars, workshops, and networking events that encourage the advancement of female lawyers and staff, and bolster their participation as industry collaborators and celebrated thought innovators. We engage important women who inspire us by sharing their experience, wisdom, and lessons learned. We offer workshops on subject matter that ranges from professional development, negotiation, and public speaking, to business development and gender inequality in the law today.

## Institutional Investing in Women and Minority-Led Investment Firms

Our Women's Initiative hosts an annual event on institutional investing in women and minority-led investment firms that was shortlisted for a *Chambers & Partners*' Diversity & Inclusion award. By bringing pension funds, diverse managers, hedge funds, investment consultants, and legal counsel together and elevating the voices of diverse women, we address the importance and advancement of diversity investing. Our 2018 inaugural event was shortlisted among *Euromoney's* Best Gender Diversity Initiative.

# MINORITY SCHOLARSHIP AND INTERNSHIP

To take an active stance in introducing minority students to our practice and the legal profession, we established the Labaton Sucharow Minority Scholarship and Internship years ago. Annually, we present a grant and Summer Associate position to a first-year minority student from a metropolitan New York law school who has demonstrated academic excellence, community commitment, and unwavering personal integrity. Several past recipients are now full-time attorneys at the Firm. We also offer two annual summer internships to Hunter College students.

# WHAT THE BENCH SAYS ABOUT US

On October 13, 2020, the Honorable Judge Lewis Liman of the Southern District of New York, upon appointing Labaton Sucharow as co-lead counsel (with two female lawyers) to the end-payor class in the pay-for-delay case involving the drug Bystolic, noted:

*"Historically, there has been a dearth of diversity within the legal profession. Although progress has been made…still just one tenth of lawyers are people of color and just over a third are women. A firm's commitment to diversity…demonstrate[s] that it shares with the courts a commitment to the values of equal justice under law…[and] is one that is able to attract, train, and retain lawyers with the most latent talent and commitment regardless of race, ethnicity, gender, or sexual orientation."*

# PROFESSIONAL PROFILES





# Michael P. Canty   Partner

140 Broadway
New York, NY 10005
212.907.0863
mcanty@labaton.com

Michael P. Canty is a Partner in the New York office of Labaton Sucharow LLP, where he serves as General Counsel and head of the Firm's Consumer Cybersecurity and Data Privacy group.  Michael's practice focuses on complex fraud cases on behalf of institutional investors and consumers.

Recommended by *The Legal 500* and *Benchmark Litigation* as an accomplished litigator, Michael has more than a decade of trial experience in matters relating to national security, white collar crime, and cybercrime.  Michael has been recognized as a Plaintiffs' Trailblazer and a NY Trailblazer by the *National Law Journal* and the *New York Law Journal*, respectively, for his impact on the practice and business of law.  *Lawdragon* has also recognized Michael as one of the "500 Leading Plaintiff Financial Lawyers in America," as the result of their research into the country's top verdicts and settlements.

Michael has successfully prosecuted a number of high-profile securities matters involving technology companies.  Most notably, Michael is part of the litigation team that recently achieved a historic $650 million settlement in the *In re Facebook Biometric Information Privacy Litigation* matter—the largest consumer data privacy settlement ever and one of the first cases asserting consumers' biometric privacy rights under Illinois' Biometric Information Privacy Act (BIPA).  Michael has also led cases against AMD, a multi-national semiconductor company, and Ubiquiti Networks, Inc., a global software company.  In both cases, Michael played a pivotal role in securing favorable settlements for investors.

Prior to joining Labaton Sucharow, Michael served as an Assistant U.S. Attorney in the U.S. Attorney's Office for the Eastern District of New York, where he was the Deputy Chief of the Office's General Crimes Section.  During his time as a federal prosecutor, Michael also served in the Office's National Security and Cybercrimes Section.  Prior to this, he served as an Assistant District Attorney for the Nassau County District Attorney's Office, where he handled complex state criminal offenses and served in the Office's Homicide Unit.

Michael has extensive trial experience both from his days as a prosecutor in New York City for the U.S. Department of Justice and as a Nassau County Assistant District Attorney.  Michael served as trial counsel in more than 35 matters, many of which related to violent crime, white-collar, and terrorism-related offenses.  He played a pivotal role in *United States v. Abid Naseer*, where he prosecuted and convicted an al-Qaeda operative who conspired to carry out attacks in the United States and Europe.  Michael also led the investigation in *United States v. Marcos Alonso Zea*, a case in which he successfully prosecuted a citizen for attempting to join a terrorist organization in the Arabian Peninsula and for providing material support for planned attacks.



Michael also has extensive experience investigating and prosecuting cases involving the distribution of prescription opioids.  In January 2012, Michael was assigned to the U.S. Attorney's Office Prescription Drug Initiative to mount a comprehensive response to what the Centers for Disease Control and Prevention (CDC) has called an epidemic increase in the abuse of so-called opioid analgesics.  As a member of the initiative, in *United States v. Conway* and *United States v. Deslouche*, Michael successfully prosecuted medical professionals who were illegally prescribing opioids.  In *United States v. Moss et al.*, he was responsible for dismantling one of the largest oxycodone rings operating in the New York metropolitan area at the time.  In addition to prosecuting these cases, Michael spoke regularly to the community on the dangers of opioid abuse as part of the Office's community outreach.

Before becoming a prosecutor, Michael worked as a Congressional Staff Member for the U.S. House of Representatives.  He primarily served as a liaison between the Majority Leader's Office and the Government Reform and Oversight Committee.  During his time with the House of Representatives, Michael managed congressional oversight of the United States Postal Service and reviewed and analyzed counter-narcotics legislation as it related to national security matters.

Michael earned his Juris Doctor, *cum laude*, from St. John's University's School of Law.  He received his Bachelor of Arts, *cum laude*, from Mary Washington College.

He is admitted to practice in New York.

## PUBLICATIONS

- "The Ongoing Debate Over Quarterly Reporting Requirements," *Labaton Sucharow Investor Alert*, 12/16/2020

- "Courts Must Soon Tackle Critical Questions About ICOs," *Law360*, 4/26/2018

## SPEAKING ENGAGEMENTS

- "Labaton Sucharow LLP on Corporate Fraud and Its Impact on Pension Fund Losses," *Asset TV*, 9/15/2020

- "Federal Prosecutor's Viewpoint," *Opioid Litigation Seminar*, American Association for Justice, 9/14/2017





# Carol C. Villegas  Partner

140 Broadway
New York, NY 10005
212.907.0824
cvillegas@labaton.com

Carol C. Villegas is a Partner in the New York office of Labaton Sucharow LLP.  Carol focuses on prosecuting complex securities fraud and consumer cases on behalf of institutional investors and individuals.  Leading one of the Firm's litigation teams, she is actively overseeing litigation against AT&T, Marriott, Nielsen Holdings, Mindbody, Danske Bank, and Peabody Energy.  In addition to her litigation responsibilities, Carol holds a variety of leadership positions within the Firm, including serving on the Firm's Executive Committee, as Chair of the Firm's Women's Networking and Mentoring Initiative, and as the Chief of Compliance.

Carol's development of innovative case theories in complex cases, her skillful handling of discovery work, and her adept ability during oral argument has earned her accolades from *The National Law Journal* as a "Plaintiffs' Trailblazer" and the *New York Law Journal* as a "Top Woman in Law" and a "New York Trailblazer."  *The National Law Journal* recognized Carol's superb ability to excel in high-stakes matters on behalf of plaintiffs and selected her to its 2020 class of "Elite Women of the Plaintiffs Bar."  She has also been recognized as a "Future Star" by *Benchmark Litigation* and a "Next Generation Lawyer" by *The Legal 500*, where clients praised her for helping them "better understand the process and how to value a case." *Lawdragon* has named her one of the "500 Leading Plaintiff Financial Lawyers in America," and *Crain's New York Business* selected Carol to its list of "Notable Women in Law."

Carol has played a pivotal role in securing favorable settlements for investors, including DeVry, a for-profit university; AMD, a multi-national semiconductor company; Liquidity Services, an online auction marketplace; Aeropostale, a leader in the international retail apparel industry; Vocera, a healthcare communications provider; Prothena, a biopharmaceutical company; and World Wrestling Entertainment, a media and entertainment company, among others.  Carol has also helped revive a securities class action against LifeLock after arguing an appeal before the Ninth Circuit.  The case settled shortly thereafter.

Prior to joining Labaton Sucharow, Carol served as the Assistant District Attorney in the Supreme Court Bureau for the Richmond County District Attorney's office, where she took several cases to trial.  She began her career as an Associate at King & Spalding LLP, where she worked as a federal litigator.

Carol is an active member of the New York State Bar Association's Women in the Law Section and a Board Member of the City Bar Fund, the nonprofit 501(c)(3) arm of the New York City Bar Association. She is also a member of the National Association of Public Pension Attorneys, the National Association of Women Lawyers, and the Hispanic National Bar Association.  In addition, Carol currently serves on *Law360's* Securities Editorial Board.



Carol earned her Juris Doctor from New York University School of Law, where she was the recipient of The Irving H. Jurow Achievement Award for the Study of Law and received the Association of the Bar of the City of New York Diversity Fellowship.  She received her bachelor's degree, with honors, from New York University.

She is fluent in Spanish.

She is admitted to practice in New York.

## PUBLICATIONS

- "Commencing a Securities Class Action: Pleading Claims," *Practical Law*, 12/7/2020

- "Coronavirus: Implications for Securities Litigation," *Labaton Sucharow,* 5/4/2020

- "9th Circ. Decision Could Be Game-Changer for Investors," *Law360*, 2/2/2018

## SPEAKING ENGAGEMENTS

- "Recruiting, Retaining and Advancing Women Attorneys in Challenging Times," *2021 Virtual Annual Meeting,* NYSBA Women in Law Section, 1/26/2021

- "Securities Law and SCOTUS 2020: What the Most Recent Decisions Mean for Your Practice," Lawline, 10/6/2020

- *Institutional Investing in Women and Minority-Led Investment Firms 2020*, Labaton Sucharow, 10/2/2020

- *2020 Annual Meeting*, NASCAT, 2/27/2020

- *2nd Annual: Institutional Investing in Women and Minority-Led Investment Firms*, Labaton Sucharow, 9/27/2019

- *Institutional Investing in Women and Minority-Owned Investment Firms*, Labaton Sucharow, 9/28/2018