UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates To: All Actions | Case No.: 2:21-cv-00678-JS-AYS<br><br>NOTICE OF MOTION TO APPOINT GARY F. LYNCH AND JEFFREY K. BROWN AS INTERIM CO-LEAD CLASS COUNSEL AND JUDGE JOHN G. MARKS (RET.) AS LIAISON COUNSEL |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, declarations, and exhibits thereto, Plaintiffs Lisa Gray and Heather Age will, and hereby do, move this Court before the Honorable Judge Joanna Seybert, at the Alfonse D'Amato United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722, at a time and date to be set by the Court, for an Order for the appointment of Gary F. Lynch of Carlson Lynch, LLP and Jeffrey K. Brown of Leeds Brown Law, P.C. as Interim Co-Lead Class Counsel, and Judge John G. Marks (Ret.). as Liaison Counsel.

Dated: May 27, 2021

By:

**CARLSON LYNCH, LLP**

*/s/ Gary F. Lynch*
Gary F. Lynch
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Tel.    412-322-9243
Fax:    412-231-0246
glynch@carlsonlynch.com

**CARLSON LYNCH, LLP**
Edwin J. Kilpela
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Tel.:   412-322-9243
Fax:    412-231-0246
ekilpela@carlsonlynch.com

1

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
Michael A. Tompkins
Brett R. Cohen
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel:    516-873-9550
jbrownl@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com

*Attorneys for Plaintiffs*
*Lisa Gray and Heather Age*