# Exhibit A

Resume and Biograph of Hon. John G. Marks (Ret.)

# HON. JOHN G. MARKS

## PERSONAL DATA

| | |
|---|---|
| BORN: | September 7, 1941, Long Island City, New York |
| MARITAL STATUS: | Married: Patricia S. Marks - Nursing Administrator |
| | Daughter: Elizabeth A. Marks (Gatto) - New York State Court Office |
| | Daughter: Jillian E. Marks - Special Education Teacher |
| EDUCATION: | Benjamin N. Cardozo School of Law — J.D. 1979 |
| | C.W. Post College Graduate School — M.P.S. - 1976 |
| | John J. College of Criminal Justice — B.S. — 1974/A.S. - 1972 |
| ADMITTED TO PRACTICE LAW: | New York State Bar - June 1980 |
| | United States Supreme Court |
| | United States District Courts - Eastern and Southern Districts - New York |
| CURENTLY: | Solo Practice |
| | JHO — Nassau County District Court - NCTPVA |
| | JHO — Suffolk County District Court - SCTPVA |

PRIOR POSITIONS:

| | |
|---|---|
| 1/26/10 — 12/31/17 | Executive Director Nassau County Traffic and Parking Violations Agency |
| 1/1/03 — 1/25/10 | Judge - Nassau County Family Court |
| 2/06 to 1/20/10 | Acting Supreme Court Justice |
| 2/06 to 12/10 | Supervising Judge Nassau County Village Courts |
| 10/08 — 5/09 | Acting Supervising Judge Nassau County Family Court |
| 1/1/97 — 12/31/02 | Judge — Nassau County District Court |
| 9/80 — 12/31/96 | Marks & Berliner - Partner |
| | Law Office of John G. Marks |
| | Licensed Private Investigator |

**PRIOR EXPERIENCE:**

| | |
|---|---|
| 10/1/87 – 12/31/96 | Member - Town of Oyster Bay Zoning Board of Appeals |
| 3/1/67 - 2/15/75 | New York City Police Department – Retired - Line-of-Duty Injury |
| 6/29/59 - 2/28/67 | International Business Machines, Clerk |
| 2/1/61- 1/31/65 | United States Marine Corp, Honorable Discharge |

**MEMBERSHIPS:**

Catholic Lawyers Guild

Columbian Lawyers Association

Emerald Society - N.Y.P.D.

Fraternal Order of Police

Knights of Columbus - 4th Degree - P.D.G.K.

Nassau County Bar Association

Nassau County Women's Bar Association

Patrolman's Benevolent Association - N.Y.P.D

**LICENSE:**     Pistol Carry Permit

Notary

**REFERENCES UPON REQUEST**

## Biography

## John G. Marks

The Honorable John G. Marks was appointed Executive Director of the Nassau County Traffic and Parking Violations Agency on January 25, 2010, upon his retirement from the Nassau County Family Court and served in that capacity until December 31, 2017.

He was the Mentor Coordinator for the recently established Nassau County Veterans Court.

He was elected to the Nassau County District Court in 1997, where he served with distinction for six (6) years. In January 2002, he was appointed the first Presiding Judge of the Nassau County District Court Drug Treatment Court, an innovative Court dealing with non-violent offenders whose crimes were associated with substance abuse. He completed a six-year term in Nassau County District Court prior to being elected to the Family Court.

 He was elected to the Nassau County Family Court in 2003. Soon after, he began presiding over Juvenile Delinquency, Persons In Need of Supervision (PINS), Abuse and Neglect, Domestic Violence, Custody and Visitation and Guardianship matters. He presided over the Nassau County Family Court Adult (Dependency) Treatment Court. He played a major role in establishing a Juvenile Treatment Court. In May 2008, he was appointed the first Presiding Judge of the Nassau County Family Court, Juvenile Treatment Court. He was named a Judicial Fellow in the nationally acclaimed Robert Wood Johnson Foundation "Reclaiming Futures Program".

While remaining a Family Court Judge, in January 2007, he was appointed Supervising Judge of the Town and Village Courts, Tenth Judicial District, Nassau County.  He was appointed an Acting Supreme Court Justice. He was also Acting Supervising Judge of the Nassau County Family Court.

He brought to the bench a diverse background.  He worked for IBM prior to entering the United States Marine Corps.  He served in the United States Marine Corps from 1961 to 1965.  He earned an Honorable Discharge. On March 1, 1967, he joined the New York City Police Department where he served until February 1975, when he was retired due to a line-of-duty injury.

He earned an A.S. in Police Science and a B.S. in Criminal Justice from John Jay College of Criminal Justice and a Masters in Professional Studies in Criminal Justice from C.W. Post. In 1979 he received a Doctor of Laws Degree from Benjamin N. Cardozo School of Law. He is admitted to practice in the courts of New York State and in the federal courts of the Eastern and Southern Districts of New York as well as other federal courts.  Prior to being elected to the Bench, he practiced extensively in Criminal and Family Court matters. He was "Of Counsel" to the firms that represented the New York City Patrolmen's Benevolent Association.

He is a past President of the New York State Family Court Judges Association and both the Nassau County and the New York State District Court Judges Associations. He is active in legal, community, fraternal and religious organizations.

He is a member of the Nassau County Bar Association, where he is on the WE CARE Advisory Board, the Community Relations and Public Education and the Family Court Law and Procedure Committees.  He is a past Chair of the Publications Committee and co-Editor-In-Chief of the Nassau Lawyer, the Journal of the Nassau County Bar Association.

He is a member of the Irish Americans in Government, Italian Americans in Government, the Nassau County Women's Bar Association and Columbian Lawyers' Association. He is on the Board of Directors the American Academy for Professional Law Enforcement (AAPLE) and served on the Board of Directors of the Nassau County Bar Association and the Nassau Lawyers' Association, Inc.  He is a member of the New York City Police Department Holy Name Society, the Catholic Lawyers' Guild and was a member of the St. Martin of Tours Parish Council, as well as a past Deputy Grand Knight in the Knights of Columbus He is a 4th Degree Sir Knight.

He lives with his wife of 44 years, Patricia.  They have two daughters, Elizabeth Marks (Gatto) and Jillian. Marks.

He is recognized for his empathy, energy, integrity and knowledge.

**Contact information:**
John G. Marks
(516)554-1313
honskram@hotmail.com