UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates To: All Actions | Case No.: 2:21-cv-00678-JS-AYS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPOINT GARY F. LYNCH AND JEFFREY K. BROWN AS INTERIM CO-LEAD CLASS COUNSEL AND JUDGE JOHN G. MARKS (RET.) AS LIAISON COUNSEL** |

This Court, having considered Plaintiffs Lisa Gray and Heather Age Motion to Appoint Gary F. Lynch and Jeffrey K. Brown as Interim Co-Lead Class Counsel and Judge John G. Marks (Ret.) as Liaison Counsel ("Motion"), and good cause appearing, **IT IS HEREBY ORDERED:**

1. the Motion is **GRANTED;**

2. the Court hereby appoints Gary F. Lynch of Carlson Lynch, LLP and Jeffrey K. Brown of Leeds Brown Law, P.C. as Interim Co-Lead Class Counsel, and Judge John G. Marks (Ret.). as Liaison Counsel.

Dated: _____

HON. JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE

1