UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No.: 2:21-CV-0678-JS-AYS |

## NOTICE OF THE MAYS GROUP'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL, INTERIM LIASION COUNSEL AND EXECUTIVE COMMITTEE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declarations, and Exhibits thereto, Plaintiffs Alyssa Mays, Shanely Zorrilla, Leiba Baumgarten and Lynda Galloway, will and do hereby move this Court before the Honorable Judge Joanna Seybert, at the Alfonse D'Amato United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722, at a time and date to be set by the Court for an Order appointing Melissa R. Emert and Michael R. Reese as Interim Co-Lead Counsel, Jason P. Sultzer as Interim Liaison Counsel and Gayle M. Blatt, Charles E. Schaffer, Gary E. Mason, Jeffrey S. Goldenberg and Jonathan Shub as members of the Executive Committee.

Pursuant to the Court's Orders dated May 13, 2021 [Dkt. 47] and May 18, 2021 [Dkt. 50], the following briefing schedule shall apply to the Mays Group's Lead Counsel Motion: Motions papers are due by May 27, 2021; Opposition papers are due by June 10, 2021; Reply papers, if any, are due by June 17, 2021.

Dated: May 27, 2021

Respectfully submitted,

*/s/ Melissa R. Emert*
Melissa R. Emert
**KANTROWITZ GOLDHAMER
& GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Telephone.: (845) 356-2570
Facsimile: (845) 356-4335
memert@kgglaw.com

*Counsel for Plaintiff Shanely Zorrilla*

Michael R. Reese
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
mreese@reesllp.com

*Counsel for Plaintiff Leiba Baumgarten*

Jason P. Sultzer
Mindy Dolgoff
**THE SULTZER LAW GROUP P.C.**
270 Madison Ave., Suite 1800
New York, New York 10016
Telephone: (212) 969-7810
Facsimile: (888) 749-7747
sultzerj@thesultzerlawgroup.com
dolgofm@thesultzerlawgroup.com

*Counsel for Plaintiff Leiba Baumgarten*

Gayle M. Blatt
**CASEY GERRY FRANCAVILLA BLATT
& PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com

*Counsel for Plaintiff Lynda Galloway*

Gary E. Mason
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gmason@masonllp.com

*Counsel for Plaintiff Alyssa Mays*

Charles E. Schaffer
**LEVIN, SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

*Counsel for Plaintiff Alyssa Mays*

Jeffrey S. Goldenberg
**GOLDENBERG SCHNEIDER L.P.A.**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8297
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

*Counsel for Plaintiff Alyssa Mays*

Jonathan Shub
**SHUB LAW FORM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Telephone: (856) 772-7200
Fax: (856) 210-9088
jshub@shublawyers.com

*Counsel for Plaintiff Alyssa Mays*