UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No.: 2:21-CV-0678-JS-AYS |

**DECLARATION OF MICHAEL R. REESE
IN SUPPORT OF MOTION TO APPOINT INTERIM LEAD COUNSEL,
INTERIM LIAISON COUNSEL, AND INTERIM EXECUTIVE COMMITTEE**

**I, Michael R. Reese**, hereby declares under the penalty of perjury as follows:

1.      I am the founding partner of Reese LLP, a law firm established in 2008 with offices in New York, California and Minnesota that specializes in class action litigation on behalf of consumers and small businesses in both federal and state courts throughout the United States.  I am a member in good standing of the state bars of New York and California as well as numerous federal courts, including but not limited to the U.S. District Courts for the Eastern, Western, Southern and Northern Districts of New York; the Northern, Central, Eastern and Southern Districts of California; the Northern and Southern Districts of Illinois; the Eastern District of Wisconsin, and the District of Colorado.  I am also a member of the federal bars of the U.S. Courts of Appeals for the Second, Seventh, Eighth and Ninth Circuits, before which I have argued numerous appeals.

2.      As discussed below in detail, I am a frequent litigator, lecturer, writer and teacher on class actions and food litigation.

3.      I submit this declaration in support of my application for appointment as Interim Lead Counsel for the proposed class in the above-captioned action. I have personal knowledge of the matters set forth herein.

4.	My firm and I have extensive class action experience, especially as it related to food related class actions.  My firm has been appointed as class counsel in numerous cases involving food related causes of action, including, but not limited to *Ackerman v. Coca-Cola Co.*, case No. 09-cv-00395-DLI-RLM (E.D.N.Y.); *Frohberg v. Cumberland Packaging Corp.*, case No. 1:14-cv-0748-RLM (E.D.N.Y.);  *Ferrera v. Snyder's-Lance, Inc.*, case no. 13-cv-62496 (S.D. Fla.);  *In re General Mills, Inc. Kix Cereal Litig.,* Case No. 2:12-cv-00249-KM-MCA (D.N.J.); *Howerton v. Cargill, Inc.*, case no. 13-cv-0336 (D. Hawaii); *Rosen v. Unilever United States Inc.*, case no. 09-02563 JW (N.D. Cal.)*;  and, *Yoo v. Wendy's Corp.*, case no. 07-4515 (C.D. Cal.) (stating that Reese LLP "has conducted the litigation and achieved the Settlement with skill, perseverance and diligent advocacy").

5.	Of particular note is the fact that I have experience successfully litigating class actions involving baby foods in this District.  Specifically, I am court appointed co-lead counsel in the matter of *Hasemann v. Gerber Prods. Co.*, case no. 15-cv-02995 (E.D.N.Y.), which was successfully certified as a class action over the defendant's opposition.  *See Hasemann v. Gerber Prods. Co.*, 331 F.R.D. 239 (E.D.N.Y. 2019)(certifying classes of purchasers of baby food).

6.	My firm has also been appointed as class counsel in several multi-district litigation ("MDL") matter involving food, including, but not limited to *In re Fairlife Milk Products Sales and Marketing Practices Litig*, case no. 19-md-2909 (N.D. Ill); *In re Hill's Pet Nutrition, Inc., Dog Food Prods. Liab. Litig.,* Case No. 19-md-2887-JAR-TJJ, MDL No. 2887 (D. Kansas); *In re Frito-Lay North American "All Natural" Sales and Marketing Litig.*, case no. 1:12-md-02413-RRM-RLM (E.D.N.Y.); and *In re Vitaminwater Sales and Marketing Practices Litig.,* case no. 1:11-md-02215-DLI-RML (E.D.N.Y.).

7.      Victories by me and my firm on behalf include a $12.5 million class action settlement in *In re Hill's Pet Nutrition, Inc., Dog Food Prods. Liab. Litig.* for purchasers of pet food with excessive levels of vitamin D; a $6.1 million class action settlement in *Howerton v. Cargill, Inc.* for consumers of Truvia branded sweetener that contained GMOs; and a $6.4 million class action in the matter of *Wong v. Alacer Corp.*, for consumers of Emergen-C branded dietary supplement.

8.      I also have extensive, and successful, appellate practice.  My firm and I successfully set the standard in this District (and elsewhere in the Second Circuit) governing how food claims are treated at the motion to dismiss stage, when we argued and won the matter of *Mantikas v. Kellogg Co.*, 910 F.3d 633 (2d Cir. 2018).

9.      I also am the co-host with Professor Michael Roberts of UCLA's Food Law and Policy of an annual food law conference sponsored by International CLE that brings together major stakeholders in food law and policy, including members from academia, non-governmental organizations, the federal government, major food corporations, and both the plaintiffs and defense bars.

10.      I am also the chairperson of an annual three-day conference sponsored by Cambridge Forum that focuses on food fraud that brings together the top food law litigators to discuss litigation strategies.

11.      I also frequently speak at conferences on food law litigation, and have presented recently at the American Bar Association; the Union Internationale des Advocats; and the Food and Drug Law Institute, among other organizations.  A full list of my presentations is discussed in my curriculum vitae attached hereto as Exhibit B.

12.     I have written extensive about food law class actions, including, but not limited to: *"How to Become a Food Lawyer - A Smörgåsbord of Tips from a Seasoned Practitioner"*, *Environmental Law*, Vol. 49, No. 5, Illinois State Bar, May 2019; "***Food Based Country of Origin Litigation in the United States"***, *Juriste International*, Union International des Advocats, July 19, 2018; and, ***"Starting a Niche Food Law Practice"*** *General Practitioner,* American Bar Association, December 2017.

13.     I also am an adjunct law professor at the Brooklyn Law School, where I teach a class entitled *The Law of Class Actions and Other Aggregate Litigation* and *Food Law*.

14.     I also have been a guest lecturer at UCLA School of Law and Columbia School of Law, where I lectured on food related class actions.

15.     My firm and I also frequently work with non-profits such as Center for Science in the Public Interest to address deception involving food labeling.

16.      I also am on the advisory board for Wellness in the Schools (WITS), a non-profit dedicated to providing nutritional education to children and the advisor board for UCLA's Food Law and Policy.

17.     Prior to litigating class actions, I was a prosecutor at the Manhattan District Attorney's Office in New York, New York, where I served as trial counsel in prosecuting white-collar and violent felony crimes.

18.     A true and correct copy of my Firm's resume is attached hereto as Exhibit A.

19.     A true and correct copy of my curriculum vitae is attached hereto as Exhibit B.

I declare pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated:  May 26, 2021
       New York, New York          **REESE LLP**

                                     s/ Michael R. Reese
                                   Michael R. Reese

# EXHIBIT 1

# **REESE LLP**

Reese LLP represents consumers in a wide array of class action litigation throughout the nation. The attorneys of Reese LLP are skilled litigators with years of experience in federal and state courts. Reese LLP is based in New York, New York with offices also in California and Minnesota.

Recent and current cases litigated by the attorneys of Reese LLP on behalf of consumers include the following:

*Hasemann v. Gerber Products Co.*, case no. 15-cv-02995-MKB-RER (E.D.N.Y.)(case involving misrepresentation of health benefits of baby formula in violation of New York consumer protection laws); *Worth v. CVS Pharmacy, Inc.*, case no. 16-cv-00498 (E.D.N.Y.); (E.D.N.Y.)(class action for alleged misrepresentations regarding health benefits of dietary supplement); *Roper v. Big Heart Pet Brands, Inc.*, case no. 19-cv-00406-DAD (E.D. Cal.)(class action regarding pet food); *Ackerman v. The Coca-Cola Co.*, 09-CV-0395 (JG) (RML) (E.D.N.Y.)(class action for violation of California and New York's consumer protection laws pertaining to health beverages); *Rapaport-Hecht v. Seventh Generation, Inc.*, 14-cv-9087-KMK (S.D.N.Y.)(class action for violation of California and New York's consumer protection laws pertaining to personal care products); *Berkson v. GoGo, LLC,* 14-cv-1199-JWB-LW (E.D.N.Y.)(class action regarding improper automatic renewal clauses); *Chin v. RCN Corporation*, 08-cv-7349 RJS (S.D.N.Y.)(class action for violation of Virginia's consumer protection law by I.S.P. throttling consumers' use of internet); *Bodoin v. Impeccable L.L.C.*, Index. No. 601801/08 (N.Y. Sup. Ct.)(individual action for conspiracy and fraud); *Huyer v. Wells Fargo & Co.*, 08-CV-507 (S.D. Iowa)(class action for violation of the RICO Act pertaining to mortgage related fees); *Murphy v. DirecTV, Inc.*, 07-CV-06545 FMC (C.D. Cal.)(class action for violation of California's consumer protection laws); *Bain v. Silver Point Capital Partnership LLP,* Index No. 114284/06 (N.Y. Sup. Ct.)(individual action for breach of contract and fraud); *Siemers v. Wells Fargo & Co.*, C-05-4518 WHA (N.D. Cal.)(class action for violation of § 10(b) of the Securities Exchange Act of 1934 pertaining to improper mutual fund fees); *Dover Capital Ltd. v. Galvex Estonia OU*, Index No. 113485/06 (N.Y. Sup. Ct.)(individual action for breach of contract involving an Eastern European steel company); *All-Star Carts and Vehicles Inc. v. BFI Canada Income Fund*, 08-CV-1816 LDW (E.D.N.Y.)(class action for violation of the Sherman Antitrust Act pertaining to waste hauling services for small businesses on Long Island); *Petlack v. S.C. Johnson & Son, Inc.*, 08-CV-00820 CNC (E.D. Wisconsin)(class action for violation of Wisconsin consumer protection law pertaining to environmental benefits of household cleaning products); *Wong v. Alacer Corp.*, (San Francisco Superior Court)(class action for violation of California's consumer protection laws pertaining to deceptive representations regarding health benefits of dietary supplement's ability to improve immune system); *Howerton v. Cargill, Inc.* (D. Hawaii)(class action for violation of various consumer protection laws regarding sugar substitute); *Yoo v. Wendy's International, Inc.*, 07-CV-04515 FMC (C.D. Cal.)(class action for violation of California's consumer protection laws pertaining to adverse health effects of partially hydrogenated oils in popular food products).

## The Attorneys of Reese LLP

### Michael R. Reese

Mr. Reese is the founding partner of Reese LLP where he litigates consumer protection and antitrust cases as class actions and on behalf of individual clients. Prior to entering private practice in 2000, Mr. Reese served as an assistant district attorney at the Manhattan District Attorney's Office where he served as a trial attorney prosecuting violent and white-collar crime.

Achievements by Mr. Reese on behalf of consumers span a wide array of actions. For example, in *Yoo v. Wendy's International Inc.*, Mr. Reese was appointed class counsel by the court and commended on achieving a settlement that eliminated trans-fat from a popular food source. *See Yoo v. Wendy's Int'l Inc.*, No. 07-CV-04515-FMC (JCx) (C.D. Cal. 2007) (stating that counsel "*has conducted the litigation and achieved the Settlement with skill, perseverance and diligent advocacy*"). In *Chin v. RCN Corporation*, Mr. Reese was appointed class counsel and commended by the court for stopping RCN's practice of throttling its Internet customers through adverse network management practices. *See Chin v. RCN Corp.*, No. 08-CV-7349(RJS)(KNF), 2010 WL 3958794, 2010 U.S. Dist. LEXIS 96302 (S.D.N.Y. Sept. 8, 2010) (stating that "*class counsel is qualified, experienced, and able to conduct the litigation*").

Victories by Mr. Reese and his firm include a $6.1 million class action settlement in *Howerton v. Cargill, Inc.* (D. Hawaii) for consumers of Truvia branded sweetener; a $6.4 million class action settlement in the matter of *Wong v. Alacer Corp.* (S.F. Superior Court) for consumers of Emergen-C branded dietary supplement; and, a $25 million dollar settlement for mortgagees in *Huyer v. Wells Fargo & Co.* (S.D. Iowa).

Mr. Reese and his firm are frequently appointed as co-lead counsel in food related multi-district litigations, including, but not limited to: *In re Vitaminwater Sales and Marketing Practices Litigation*, case no. 11-md-2215-DLI-RML (E.D.N.Y.); *In re Frito-Lay N.A. "All-Natural" Sales & Marketing Litigation*, case no. 12-md-02413-RRM-RLM (E.D.N.Y.); and, *In re Hill's Pet Nutrition, Inc. Dog Food Products Liability Litig.*, case no. 19-md-2887-JAR-TT (D. Kansas).

Mr. Reese is a frequent lecturer and author on issues of class actions and food law.  Mr. Reese co-hosts an annual two day food law conference with Professor Michael Roberts of UCLA; presents at the annual conference of the Consumer Brands Association (formerly known as the Grocery Manufacturers' Association); presented at Union Internationale des Advocats Annual Congress in Porto, Portugal.  Recent articles on food law and class actions appear in publications by the American Bar Association and the Union Internationale des Advocats.

Mr. Reese is also the chairperson of the Cambridge Forum Conference on Food Fraud and is also an executive committee member of the Plaintiffs' Class Action Roundtable, where he lectures on an annual basis on issues related to class actions.

Mr. Reese is also an adjunct professor at Brooklyn Law School where he teaches on class actions as well as food law.

Mr. Reese also is on the advisory boards for the University of California, Los Angeles School of Law Resnick Center for Food Law and Policy and Wellness in the Schools in New York, New York.

Mr. Reese is a member of the state bars of New York and California as well as numerous federal district and appellate courts. Mr. Reese received his juris doctorate from the University of Virginia in 1996 and his bachelor's degree from New College in 1993.

**Sue J. Nam**

Ms. Nam is based in New York where she focuses on consumer class actions.  Ms. Nam also runs the appellate practice at the firm and has represented clients before the Second and Ninth Circuits, as well as The Court of Appeals in New York.  Ms. Nam also specialized in copyright law and represents photographers and other visual artists who have had their copyright protected works infringed.

Prior to joining the firm, Ms. Nam was the General Counsel for NexCen Brands, Inc., a publicly traded company that owned a portfolio of consumer brands in food, fashion and homeware.

Previously, Ms. Nam was Intellectual Property Counsel and Assistant Corporate Secretary at Prudential Financial, Inc., and she was an associate specializing in intellectual property and litigation at the law firms of Brobeck Phleger & Harrison LLP in San Francisco, California and Gibson Dunn & Crutcher LLP in New York, New York.

Ms. Nam clerked for the Second Circuit prior to joining private practice.

Ms. Nam received her juris doctorate from Yale Law School in 1994. She received a bachelor's degree with distinction from Northwestern University in 1991.


**Carlos F. Ramirez**

Mr. Ramirez is an accomplished trial attorney based in New York, where he focuses his practice on the litigation of consumer class actions. Prior to entering private practice in 2001, Mr. Ramirez served as an Assistant District Attorney at the Manhattan District Attorney's Office where he served as a trial attorney prosecuting both violent and white-collar crimes.

Previous and current consumer fraud class actions litigated by Mr. Ramirez include *Hasemann v. Gerber Products Co.*, case no. 15-cv-02995-MKB-RER (E.D.N.Y.)(case involving misrepresentation of health benefits of baby formula in violation of New York consumer protection laws); *Coe v. General Mills, Inc.*, No. 15-cv-5112-TEH (N.D. Cal.) (involving false advertisement claims relating to the Cheerios Protein breakfast cereal); *In re Santa Fe Natural Tobacco Company Marketing & Sales Practices Litigation*, 16-md-2695-JB/LF (D.N.M.)(involving the deceptive marketing of cigarettes as "natural" and "additive free"); *Lamar v. The Coca-Cola Company, et al.*, No. 17-CA-4801 (D.C. Superior Ct.) (involving the deceptive marketing of sugar drinks as safe for health); and

Mr. Ramirez is a member of the state bars of New York and New Jersey. He is also a member of the bars of the U.S. District Courts for the Eastern District of New York and Southern District of New York. Mr. Ramirez received his juris doctorate from the Fordham University School of Law in 1997 and his bachelor's degree from CUNY-Joh Jay College in 1994.

**George V. Granade II**

Mr. Granade is a partner at Reese LLP based in Los Angeles, California, where he focuses on consumer class actions. Cases Mr. Granade has worked on include:

- *Barron v. Snyder's-Lance, Inc.*, No. 0:13-cv-62496-JAL (S.D. Fla.) (involving "Snyder's," "Cape Cod," "EatSmart," and "Padrinos" brand food products labeled as "natural" and allegedly containing genetically-modified organisms and other synthetic ingredients);

- *In re: Frito-Lay North America, Inc. "All Natural" Litigation*, No. 1:12-md-02413-RRM-RLM (E.D.N.Y.) (involving "SunChips," "Tostitos," and "Bean Dip" products labeled as "natural" and allegedly containing genetically-modified organisms); and

- *Martin v. Cargill, Inc.*, No. 0:13-cv-02563-RHK-JJG (D. Minn.) (involving "Truvia" sweetener product labeled as "natural" and allegedly containing highly processed ingredients).

Mr. Granade received his juris doctorate from New York University School of Law in 2011. He received a master's degree from the University of Georgia at Athens in 2005 with distinction and a bachelor's degree from the University of Georgia at Athens in 2003, *magna cum laude* and with High Honors.

Mr. Granade is a member of the state bars of Georgia, New York, and California. He is also a member of the bar of the U.S. Courts of Appeals for the Second Circuit and Ninth Circuit, as well as the bars of the U.S. District Courts for the Eastern District of New York, Southern District of New York, Western District of New York, Southern District of Illinois, Northern District of Illinois, Northern District of California, Southern District of California, Central District of California, and Eastern District of California.

**Charles D. Moore**

Mr. Moore is based in Minneapolis, Minnesota where he focuses on both consumer as well as employment class actions.

Mr. Moore has worked on a number of high profile class actions at Reese LLP as well as his prior firm where he worked as co-counsel with Reese LLP on numerous matters. His notable cases include *Marino v. Coach, Inc.*, Case. No. 1:16-cv-01122-VEC (OTW) (Lead) (S.D.N.Y.) (involving deceptive reference pricing in the sale of outlet merchandise); *Raporport-Hecht v. Seventh Generation, Inc.*, Case No. 7:14-cv-09087-KMK (S.D.N.Y.) (involving the deceptive advertising of household products as "natural"); *Gay v. Tom's of Maine, Inc.*, Case No. 0:14-cv-60604-KMM (S.D. Fla.) (involving deceptive advertising of personal care products as "natural"): *Frohberg v. Cumberland Packing Corp.*, Case No. 1:14-cv-00748-KAM-RLM (E.D.N.Y.) (involving deceptive advertising of food products as "natural"); *Baharenstan v. Venus Laboratories, Inc. d/b/a Earth Friendly Products, Inc.*, Case No. 3:15-cv-03578-EDL (N.D. Cal.) (involving deceptive advertising of household products as "natural"); *Sienkaniec v. Uber Technologies, Inc.*, Case No. 17-cv-04489-PJS-FLN (D. Minn.) (involving the misclassification of Uber drivers as independent contractors); *Dang v. Samsung Electronics Co.*, 673 F. App'x 779 (9th Cir. 2017) (*cert denied* 138 S. Ct. 203) (rejecting shrink-wrap terms in California for purposes of arbitration).

Mr. Moore is a member of the state bar of Minnesota. He is also a member of the bar of the U.S. District Court for the District of Minnesota. Mr. Moore received his juris doctorate from Hamline University School of Law in 2013, and his bachelor's degree from the University of North Dakota in 2007.

Michael R. Reese
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Website: www.reesellp.com
Email: *mreese@reesellp.com*

**_PROFESSIONAL ACTIVITIES_:**

**REESE LLP** (2008-present).

> ***Founder and Managing Partner***

Founder and managing partner of boutique litigation law firm specializing in class actions and food law related cases in litigation throughout the United States.  Representative cases include:

- *Mantikas v. Kellogg Co.*, 910 F.3d 633 (2d Cir. 2018)(case involving alleged misrepresentation of amount of whole grain in food product; adoption by Second Circuit of  reasonable consumer standard)

- *Sgouros v. Transunion Corp.*, 817 F.3d 1029 (7th Cir. 2016)(case alleging violation of the Fair Credit Reporting Act ("FCRA"); rejection by Seventh Circuit that case was subject to arbitration)

- *Praxis Project v. The Coca-Cola Co. et al.*, case no. 2017 CA 004801 B (D.C. Superior Court) (case alleging manipulation of science attempting to delink and discredit connection between sugar with diabetes and other diseases and health issues)

- *In re Santa Fe Natural Tobacco Company Marketing & Sales Practices and Products Liability Litig.*, 288 F.Supp.3d 1087 (D. New Mexico Dec. 21, 2017) (case alleging violation of consumer protection statutes for deceptive labeling of "natural" cigarettes)

- *Huyer v.Wells Fargo Co.*, 295 F.R.D. 332 (S.D. Iowa 2013)(certification of RICO class on behalf of mortgagors, resulting in $25 million settlement)

- *Shalikar v. Asahi Beer U.S.A., Inc.*,, case no. 17-cv-02713 JAK, 2017 WL 9362139 (C.D. Cal. Oct. 16, 2017)  (case alleging violation of consumer protective statute for deceptive and misleading labeling regarding origin of product)

- *Coe et al. v. General Mills, Inc.,*  case no. 15-cv-05112-TEH,   2016 WL 4208287 (N.D. Cal. Aug. 10, 2016) (case alleging violation for deceptive and misleading packaging regarding levels of protein and sugar in popular breakfast cereal)

-  *Rapoport-Hecht v. Seventh Generation, Inc.*, case no. 14-cv-09087-KMK, 2016 WL 11397676 (S.D.N.Y. July 10, 2016)(case alleging misleading labeling of personal care products as natural)

- *In re Frito-Lay North America, Inc. All Natural Litigation,* 2013 WL 4647512 (E.D.N.Y. Aug. 29, 2013) (case alleging violation for deceptive and misleading packaging of food products containing genetically modified organisms)

**BROOKLYN LAW SCHOOL** (2014-present)

*Adjunct Professor of Law*

- *The Law of Class Actions and other Aggregate Litigation*
- *Food Law*

**COLUMBIA LAW SCHOOL** (2016 to present)

*Guest Lecturer*

*Food Law and Policy*, February 19, 2018

*Food Law and Policy,* April 17, 2017

*Food Law and Policy*, April 18, 2016

**WELLNESS IN THE SCHOOLS (WITS) –** (2016 to present)

*Advisory Board Member*

**RESNICK CENTER, UNIVERSITY OF CALIFORNIA SCHOOL OF LAW** – (2018 to present)

*Advisory Board Member*

**UNION INTERNATIONALE DES AVOCATS (UIA)** (2016-present)

*North American Counsel to Food Law Commission* (2018 to present)

*Food Law Commission Member* (2016 to present)

- Guest Speaker: Verona, Italy (2016); Toronto, Canada (2017); Porto, Portugal (2018)

**INTERNATIONAL CLE – FOOD LAW** (2016-present)

*Conference Co-Host*

Co-host of annual two day food law conference that brings together all stakeholders in food law and regulation; including, academia; in-house counsel; NGOs; and members of the plaintiffs and defense bars.

- *"5ᵗʰ Annual Food Law Conference – Navigating the Intersection Between Regulation & Litigation*"  San Francisco, California (March 2-3, 2020)

- *"Food Law – Industry, Academia, Consumer, NGO & Government Perspectives"* UCLA School of Law, Los Angeles, California (June 6-7, 2019)

- *"Innovative Foods and Other Hot Topics"* Denver, Colorado (April 19-20, 2018)

- *"Food Law – A Comprehensive Review of the Evolving Legal Landscape"* Austin, Texas (May 11-12, 2017)

**CAMBRIDGE FOOD FRAUD FORUM**  (2019-20)

- *Head Chairperson*

**CLASS ACTION ROUNDTABLE and CLASS ACTION FORUM** (2014-present)

*Executive Committee Member*

Executive Committee Member and annual presenter at exclusive forum limited to the top class action practitioners.

**PERRIN FOOD AND BEVERAGE LAW ANNUAL CONFERENCE** (2014 – present)

> *Annual Presenter*
>
> Moderator and Lecturer at annual food law conference

**SPEAKING ENGAGEMENTS:**

**2021**

- May 25, 202l; American Bar Association 10th Annual Food, Beverage and Supplements CLE Program; *Class Action Round-Up*; with Angela Spivey; Carey Bartell (Conagra); and Ben Wilner (Alvarez and Marsal); live webinar

- May 10, 2021; *Hot Topics in Food Litigation (an Update)*; with David T. Biderman; Lawlines

- February 23, 2021, *Food Litigation: Consumer Protection, Regulation and Class Class Actions*, Guest Lecturer of Professor David Biderman, University of California, Los Angeles School of Law (virtual)

- February 22, 2021, *Food Law and Policy*, Guest Lecturer of Professors Melissa Weiner and Steve Toeniskeotter, Mitchell Hamline School of Law, Minneapolis, Minnesota (virtual)

**2020**

- October 30, 2020, *Covid-19 and Food Product Distribution: Problems and Solutions*, Co-Moderator with Stefano Dindo; panelists – Sarah Brew, Faegre Drinker Biddle & Reath LLP: Diego Saluzzo, Grande Stevens Studio Legale; Alicia White, Whole Foods Market; Simona Musso, Lavazza; Carlos Ramirez, Reese LLP; Union Internationale des Advocats Congress, Guadalajara, Mexico (virtual)

- October 15, 2020, *Food Labeling Issues*, Mass Torts Made Perfect, Las Vegas, Nevada (virtual)

- September 23, 2020, *A Consumer Protection Attorney's Perspective on the Reasonable Consumer Standard and Preemption – Or: How I Learned to Stop Worrying about Preemption and Love 21 U.S.C. §343(a)(a tribute to Stanley Kubrick)*, FDLI, Washington, D.C. (virtual)

- June 2, 2020, *Using Electronically Stored Information to Your Advantage to Win - Or: How I Learned to Stop Worrying about Technology and to Love ESI (a tribute to Stanley Kubrick)* NACA Webinar

- March 3, 2020, *Pulling It All Together An Interactive Discussion of Public and Private Regulation*, co-panelist with Chris van Gundy and Rita Mansuryan, 5th Annual Food Law Conference – Navigating the Intersection Between Regulation & Litigation, San Francisco, California

- March 3, 2020 *The Reasonable Consumer – An Interactive Debate*, moderator of panel – David Biderman; Ben Heikali; Angela Spivey; and, Gillian Wade, 5th Annual

- March 2, 2020, *Litigation Case Studies - Environmental Marketing Claims*, co-presenter with Dale Giali, , 5th Annual Food Law Conference – Navigating the Intersection Between Regulation & Litigation,  San Francisco, California

- February 25, 2020, *Food Law From the Plaintiffs' Perspective,* Co-Panelist with Jack Fitzgerald and Ani Gulati, Consumer Brands Association Legal Forum (Rancho Mirage, California)

## 2019

- November 19-20, 2019, Food Law Litigation Conference, Chairperson, Cambridge Food Law Litigation Forum, West Palm Beach, Florida

- November 19, 2019*, Food Law Litigation -The Amuse Bouche: Drafting Complaints; Surviving Motions to Dismiss and Defeating the Defenses Du Jour*, Cambridge Food Law Litigation Forum, West Palm Beach, Florida

- September 18, 2019, *Food Law and Policy*, Guest Lecturer of Professor Michael Roberts, University of California, Los Angeles School of Law

- June 6-7, 2019 4th *Annual Food Law Conference – Live From a Food Law Think Tank*, co-host, University of California, Los Angeles

- May 1, 2019, *Strategic Considerations for Bringing and Maintaining Class Actions*, Class Action Roundtable, Napa, California

- March 5, 2019,  *A Plaintiff's Counsel Perspective on Class Action Food Litigation*, Grocery Manufacturers' Association, West Palm Beach, Florida

- March 4, 2019, *Mock Trial – Benson v. Stone Ground Kitchens, Inc.*, against Jerry Blackwell regarding allegedly deceptive glucosamine food supplements, Grocery Manufacturers' Association, West Palm Beach, Florida

- January 11, 2019, *Epic Systems, Its Aftermath and Impact on Class Action Waivers*, Bridgeport Class Action Conference, Costa Mesa, California

- January – May, 2019, *The Law of Class Actions and Other Aggregate Litigation*, Brooklyn Law School (with co-professor Mitchell Breit), Brooklyn, New York

## 2018

- November 2, 2018, *The Intersection of Biotech Foods and the Law*, UIA Joint Food Law and Biotech Commissions, 62nd UIA Congress, Porto, Portugal

- October 17, 2018, *What Does Natural Mean?,*  Wisconsin Public Radio,  The Morning Show with host John Munson, radio program

- October 16, 2018, *Recent Developments in Class Action Litigation*, Perrin Conference, Chicago, Illinois

- October 12, 2018, ***Agricultural Verdicts of Interest: Monsanto and Smithfield***, Wagner Food Policy Alliance, New York University, Puck Building, New York, New York

- April 19-20, 2018, ***CLE International Food Law Conference***, Co-Host of Conference; Panelist on ***Food Law Class Actions***; Moderator of Panel (Charles Sipos and Melissa Weiner) ***Taking Another Look at Innovative Foods, Class Actions and Regulatory Gaps***, Denver, Colorado

- April 17, 2018, ***Misleading Food Labeling and Advertising under the Lanham Act and the FDCA***, American Bar Association, webinar

- April 13, 2018, ***The Interplay Between Experts and Damages in Class Cases,*** Class Action Roundtable, Rancho Palos Verde, California

- February 18, 2018, ***Food Law and Policy***, Guest Lecturer of Professor Hannah Chamoine, Columbia Law School, New York, New York

- January-May, 2018 (Spring Semester) – ***Food Law***, Brooklyn Law School (with co-professor Valerie Madamba), Brooklyn, New York

- December 8, 2017, *Food Law Updates,* American Bar Association Brown Bag Presentation**,** teleconference presentation

- November 8, 2017, *Class Actions – Consumer Fraud and Product Labeling***,** CLE International, Los Angeles, California

- October 28, 2017, *The Rules to be Followed When Importing Food Products - Country of Origin Litigation*, Union Internationale des Advocts ("UIA") 61st Annual Congress, Toronto, Canada

- October 25, 2017, *Recent Developments in Food Law Class Action Litigation*, *Moderator,* Perrin Conference*,* Chicago, Illinois

- September-December, 2017 (Fall Semester) – *The Law of Class Actions and Other Aggregate Litigation*, Brooklyn Law School (with co-professor Mitchell Breit), Brooklyn, New York

- May 16, 2017, *Hot Topics in Food Litigation*, Lawlines (with Maia Kats of CSPI), live-filmed production, New York, New York

- May 11-12, 2017, *International CLE Food Law Conference*, Co-Host of Conference; Panelist on *Food Law Class Actions, Part I, Merits*; Moderator of Panel (Tim Blood; Karin Moore- GMA; Ani Gulati – General Mills; Michael Jacobson – CSPI) *Where Should Food Law Be Made*, Austin, Texas

- May  9, 2017 – *Dealing With Emerging Pleading Standards and Expert Qualifications at Class Certification*, Plaintiffs' Class Action Forum, Carefree, Arizona

- April 20, 2017,  *The Future of Food Law (*Panel with New York Assistant Attorney General Ellen Fried and Pace Law School Professor Margot Pollans), Cardozo Law School, New York, New York

- April 17, 2017 – *Food Law and Policy***,** Guest Lecturer of Professor Hannah Chamoine, Columbia Law School, New York, New York

- January 24 – April 24, 2017 (Spring Semester)  *Class Actions and Other Aggregate Litigation*, Brooklyn Law School, Brooklyn, New York

## 2016

- October 18, 2016, *Recent Developments in Food Class Action Litigation***,** Perrin Conference, New York Athletic Club, New York, New York

- September 15, 2016,  *Food Advertising and Litigation Conference***,** FDLI, Washington, D.C.

- July 13, 2016 - *Food and Beverage Class Actions: Litigating False Advertising, Labeling, Slack-Fill Packaging and Food Safety Claims – Navigating Issues of Ascertainability, Predominance; Preemption; Standing and More*, Strafford Webinar (with David Biderman of Perkins Coie LLP)

- June 9, 2016 – Union Internationale Advocats ("UIA"), *Food Class Actions in the United States*, Verona, Italy

- May 24, 2016 – *Integrating Food Law into Your Practice,* National Association of Consumer Advocates, Webinar

- April 28, 2016 – *Class Action Settlements*, Plaintiffs' Class Action Forum, West Palm Beach, Florida

- April 18, 2016 – *Food Law and Policy,* Guest Professor of Professor Hannah Chamoine, Columbia Law School, New York, New York

- March 28, 2016 – *What is Food Law?,* Brooklyn Law School, Brooklyn, New York

- March 17, 2016 –*Food Law Class Actions*, International CLE, Washington, D.C.

- February 24, 2016 – , *A Plaintiff Attorney's Perspective on Food Litigation*, Grocery Manufacturers Association Annual Legal Conference, Rancho Mirage, California

- January 25 – April 26, 2016 (Spring Semester) – *Class Actions and Other Aggregate Litigation*, Brooklyn Law School,  Brooklyn, New York

## 2015

- December 8, 2015 - Panelist (with Maia Kats of CSPI and Professor Laura Murphy) on panel moderated by Nicole Foster, Health and Human Services, American Bar Association, Health Law Section, *What is in Your Food? Food Labeling Regulation and Litigation*, Washington, D.C.

- December 2, 2015 - Co-Moderator with Laura Murphy, Vermont School of Law Professor, *Discussion Regarding the FDA' Recent Request for Comments on Use of the Term "Natural"*, American Bar Association, Health Law Section, Twitter Discussion

- November 10, 2015 - *Recent Developments in Class Actions*, Perrin Annual Food Law Conference, Challenges Facing the Food & Beverage Industry in Complex Litigation, Washington, D.C.

- September 24, 2015 - *Insights into the Food Courts, Key Cases and Trends,* Food and Drug Law Institute Food Advertising and Litigation, Chicago, Illinois

- June 16, 2015 - *What Should Food Lawyers Do*?,  Moderator, California Bar Litigation Section - Food Law Committee;   (Charles Sipos; Professor Marsha Garrison; Melissa Wolchansky; Leslie Brueckner, Public Justice)**(teleconference)**

- April 23, 2015 -  *Ascertainability*,  Plaintiff's Class Action Forum, Rancho Palos Verde, California

- April 13, 2015  - "*Food Law Litigation – A Practitioner's Perspective*" Guest Speaker of Professor Marsha Garrison, Food Law, Brooklyn Law School, Brooklyn, New York

- February 24, 2015 -  *The Interplay of the FTC, Lanham Act and Class Actions*, Speaker with Richard Cleland of the Federal Trade Commission, Food and Drug Litigation Institute, Washington, D.C.

### 2014

- September-December 2014 (Fall Semester) – *The Law of  Class Actions and Other Aggregate Litigation*, Brooklyn Law School, Brooklyn, New York

- June 16, 2014, *Hot Topics in Advertising Law*, Practicing Law Institute,   New York, New York

- April 11, 2014, *Food Fight: An Examination of Recent Trends in Food Litigation and Where We Go From Here*, University of California, Los Angeles, School of Law, Resnick Program for Food Law and Policy, Los Angeles, California

- April 8, 2014, *Challenges Facing the Food and Beverage Industries in Complex Commercial Litigation*, Perrin Conference, Chicago, Illinois

- April 3, 2014, *Non-Traditional Approaches to Class Certification – (b)(1), (b)(2) and (c)(4) Classes*, Plaintiffs' Class Action Forum, San Diego, California

### 2013

- November 6, 2013, *Food Advertising*, *Strategies for Avoiding and Dealing with Litigation Issues*, Food and Drug Litigation Institute, New York, New York

- April 17, 2013, *The Level of Proof Required at the Class Certification Stage*, Plaintiff's Class Action Forum, Miami, Florida

### 2012

- November 15, 2012, *Food Advertising: Claims, Litigation and Strategies – Plaintiff Counsel's Perspective Regarding Recent Trend of Food Litigation*, Food and Drug Law Institute, New York, New York

- September 6, 2012, *False Advertising Consumer Class Actions: Latest Developments*, Stratford Publications Webinar New York, New York (webinar)

- January 24, 2012 - *Advertising, Labeling and Nutrition*, *Legal Developments - Managing Liability in an Increasing Litigious Environment*, Food and Drug Law Institute, Washington, D.C.

**2011**

- November 22, 2011 - ***False Advertising Consumer Class Actions: Best Practices for Bringing and Defending Misleading Advertisement Litigation***, Strafford Publications, New York, New York  (webinar)

## <u>*PUBLICATIONS*</u>*:*

- Reese, Michael R.
  ***"How to Become a Food Lawyer - A Smörgåsbord of Tips from a Seasoned Practitioner"***, *Environmental Law*, Vol. 49, No. 5, Illinois State Bar, May 2019

- Reese, Michael R.
  "***Food Based Country of Origin Litigation in the United States"***,
  *Juriste International*, Union International des Advocats, July 19, 2018

- Reese, Michael R.
  ***"Starting a Niche Food Law Practice"***
  *General Practitioner¸* American Bar Association, December 2017

- Roberts, Michael T.; Turk, Whitney (Reese, Michael R. contributing section"
  ***"Improving Effective Use of Class Action Litigation"***)
  "The Pursuit of Food Authenticity, Recommended Legal and Policy Strategies to Eradicate Economically Motivated Adulteration (Food Fraud)"
  *White Paper*, University of California at Los Angeles (UCLA) Resnick Program for Food Law and Policy, April 2017

- Reese, Michael R.
  ***"Typical Claims and Defenses in Class Action Food Litigation"***
  *The Health Lawyer*, American Bar Association, April 2016

## <u>ORGANIZATIONS AND AFFILIATIONS</u>

Resnick Center, University of California School of Law  **-** Advisory Board Member

Wellness in the Schools ("WITS") – Advisory Board Member

Union International des Advocats – North American Counsel to Food Law Commission

Brooklyn Law School – Adjunct Professor

New York Burns Society - Member