UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No.: 2:21-CV-0678-JS-AYS |

**DECLARATION OF GAYLE M. BLATT
IN SUPPORT OF MOTION TO APPOINT INTERIM LEAD COUNSEL,
INTERIM LIAISON COUNSEL, AND INTERIM EXECUTIVE COMMITTEE**

I, Gayle M. Blatt, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California and am admitted Pro Hac Vice to this Court. I am a partner in the law firm of Casey Gerry Schenk Francavilla Blatt & Penfield, LLP ("Casey Gerry") and am counsel of record for plaintiff in the case of *Galloway v. Hain Celestial Group, Inc.*, Case No. 1:21-cv-01067 (E.D.N.Y.)

2.      All matters stated herein are based on personal knowledge, except where otherwise indicated. If called as a witness in this matter, I could and would competently testify thereto.

3.      This Declaration is being submitted in support of the Motion to Appoint Gayle M. Blatt to an Executive Committee position in this matter and in support of the *Mays* leadership structure.

4.      Both I and my firm have already invested time, money and effort in pursuing this litigation, including conducting investigation into the details of the allegations, joining forces with other members of the *Mays* slate to consult with relevant experts, speaking to innumerable concerned parents and purchasers of baby food products and ascertaining an appropriate class representative for this matter.

5.      I have worked with the members of the *Mays* proposed leadership structure for months, and have excellent working relationships with them, and with other counsel involved in this litigation.

6.      I will fully commit to this litigation and carry out the crucial obligations owed to the Plaintiffs and the putative class. I have fully evaluated the responsibilities involved in participating in leadership in this litigation and am confident I can fulfill those responsibilities.

7.      My firm has the personnel and resources to efficiently lead and prosecute these cases. Casey Gerry currently has nineteen attorneys and a full complement of staff. Casey Gerry's attorneys and staff are highly qualified and work as a team. Attached to this Declaration as Exhibit 1 is a current Firm Resume for Casey Gerry.

8.      Casey Gerry also has the financial resources necessary to prosecute prolonged class action litigation. The firm has routinely contributed significant sums of money to the litigation coffers in the high-profile cases mentioned herein and continues to do so in cases in active litigation. Casey Gerry self- funds all of its litigation.

9.      Beyond the legal and financial resources, Casey Gerry also has a full-time investigative staff whose only job is to conduct investigation of pending and ongoing cases. This staff will assist the prosecution of this litigation, which is helpful, where, as here, meaningful details of certain aspects of the facts are not publicly addressed.

**Personal and Firm Qualifications**

10.     I am the head of Casey Gerry's complex litigation practice group. In that capacity, I have led or helped lead a wide range of class action litigation.

11.     I have a long history of experience handling dangerous drug cases and nutritional supplement litigation.  For example, I and my firm handled cases relating to the negative health consequences of the use of Baycol, Rezulin, Propulsid, Fen-Phen, L-Tryptophan, Lipokinetix, Metabolife and Hydroxycut, among others, and we served in leadership in many of these matters. These cases involved examination of constituent ingredients and scientific and epidemiological analysis to identify and address the cause of the consumers' harm. In addition, I represented a number of children alleging injury from defective baby formula, which cases resolved by way of settlement after years of litigation.   I and my firm have also pursued a number of other product

2

safety cases for children, including, but not limited to those arising out of a defective safety gate and motor vehicle, stroller, bean bag pillow and water dispenser design.

12.     My interest in product safety and labeling, disclosure and warnings also led me to work with my partner David Casey, who was appointed to the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.) ("VW Clean Diesel") following a leadership application process involving more than one hundred and fifty applicants on this important matter. In less than a year, Casey Gerry's work helped obtain settlements from Volkswagen totaling $14.7 billion relating to their 2.0-liter engines. A further settlement involving 3.0-liter engines was negotiated with a value of at least $1.2 billion. Also, Casey Gerry's work was utilized in getting a separate $327.5 million settlement from defendant Bosch. Further, although allegations were distinct, an additional case against Audi—the "*Audi $CO_2$ Cases*," MDL No. 2672 (N.D. Cal.), was consolidated in the *Volkswagen Clean Diesel* MDL, which resulted in a settlement of $96.5 million.

13.     Casey Gerry was also on the Plaintiffs' Steering Committee in *In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation*, 17-MD-2777 (N.D. Cal.), where my team's work contributed to obtaining a settlement of $307,406,800 in compensation to class members and an additional $239.5 million in extended warranty benefits.

14.     Currently, I serve on the Plaintiffs' Executive Committees in multidistrict litigation in *In re:  ZF- TRW Airbag Control Units Products Liability Litigation*, MDL No. 2905 (C.D. Cal)*; and In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2828 (D. Or.), and I recently served on the Plaintiffs' Executive Committee on *In re: Apple Inc. Device Performance Litigation*, MDL No. 2827 (N.D. Cal.), the $300,000,000 settlement of which was granted final approval in March, 2021.

15.     My experience includes other leadership positions as well. I was appointed by Judge Lucy Koh of the Nothern District of California to the five-member Plaintiffs' Executive

Committee overseeing the litigation related to the massive Yahoo! data breaches, collectively the largest data breach in the world. (*In re: Yahoo! Inc. Customer Data Security Breach Litigation*, Case No. 16-MD-02752). I oversaw the drafting of the consolidated master complaint, opposed motions to dismiss, drafted discovery, defended expert depositions, worked with damages experts and participated in settlement negotiations that resulted in a common fund settlement of $117,500,000.00.  I served on the law and briefing committee in the consolidated class action *Adkins v. Facebook, Inc.,* as Co-Liaison Counsel in *In re: Incretin Mimetics Product Liability Litigation*, and served as liaison counsel in cases such as *In re: Sony Gaming Networks and Customer Data Security Breach Litigation* and *In re: Hydroxycut Marketing and Sales Practices Litigation*.

16.     I have been appointed as Settlement Class Counsel in the *In re: Citrix Data Breach Litigation*, Case No. 19-cv-61350-RKA (final approval scheduled for June, 2021) and serve as Interim Lead Counsel in *Pfeiffer v. RadNet, Inc,* Case No. 2:20-cv-09553 (C.D. Cal); as interim co-lead counsel in *In re Warner Music Group Data Breach Litigation*, Case No. 1:20-cv-07473 (S.D.N.Y.), as interim co-lead counsel in *In re: US Fertility Data Security Litigation*, Case No. 8:21-cv-299 (D.Md) and on the Plaintiffs' Executive Committee in *Tate v. EyeMed Vision Care,* Case No. Case No. 1:21-cv-00036-DRC (S.D. Ohio), and in *Carder et al v. Graco Childrens' Products, Inc et al.*, Case No. 2:20-cv-00137 (N.D. Ga).

17.     In addition to the matters listed above, my firm and I have extensive experience in contributing to the successful resolution of complicated class actions.  In our role as Liaison Counsel in *In re: Wells Fargo Collateral Protection Insurance Litigation,* MDL No. 2797 (C.D. Cal.), Casey Gerry helped obtain a common fund settlement of $423 million. Referring to the settlement, Judge Guilford stated, "this level of success reflects in part the skill and experience of class counsel, who have worked for many years litigating complex class actions like this one." (Dkt. 338 at p. 7).

18.     Casey Gerry is also on the cutting edge of technological and legal developments. Recently, Casey Gerry secured a precedent-setting win againt online retail titan Amazon in

*Bolger v. Amazon.com, LLC*, 53 Cal.App.5th 431 (2020).  Bolger was the first state appellate decision in the country holding Amazon strictly liable for defective products sold on its marketplace and ended a long streak of legal wins by Amazon on that issue.

19.     Casey Gerry's legacy includes several historic cases as well. Casey Gerry was involved in the prosecution of the *Exxon Valdez* case, representing over 1,000 individual clients who suffered economic injuries from the 1989 Exxon Valdez oil spill. Following a record-breaking verdict, Casey Gerry continued to represent its clients through appeals lasting more than two decades. That litigation culminated in a hearing before the United States Supreme Court 26 years after Casey Gerry's initial involvement.

20.     Casey Gerry also played a lead role representing former California Governor Gray Davis in a Private Attorneys General Action relating to tobacco use.  That case arose after the State of California declined to recoup health care costs from tobacco product manufacturers for illnesses stemming from tobacco use. Casey Gerry's representation of Gray Davis helped lead to a global settlement of $206 billion dollars with $25 billion dollars for the State of California. Casey Gerry also filed the only wrongful death lawsuit in California that focused on smokeless tobacco. And in *In re: World War II Era Japanese Forced Labor Litigation,* MDL No. 1347, Casey Gerry represented World War II veterans forced to labor without compensation.

21.     Following the September 11th terrorist attacks, Casey Gerry played a lead role in the Victims Compensation Fund, one of the largest pro bono programs in history. That program involved over 1,000 lawyers working on a pro bono basis to represent victims of the September 11th terrorist attacks.  The scope of that project cannot be overstated: 1,092 lawyers volunteered their service to help 1,745 individuals obtain over $2.25 billion dollars in compensation, which required the complicated analysis and application of law from 70 states and countries regarding the recovery rights of heirs.

22.     I am a former President of the Consumer Attorneys of San Diego, a former board member of the Consumer Attorneys of California and am the immediate past president of the San Diego County Bar Foundation. I was named one of the Top 50 Influential Professionals, San

Diego Daily Transcript 2019; Top 500 Influential Business Leaders, San Diego Business Journal 2019; 2019-2021 Southern California Super Lawyers -Top 10 Lawyers in San Diego; Top 25 Women Lawyers in San Diego; SD Metro's San Diego's Top Attorneys 2021; Law Dragon 500 Leading Plaintiff Consumer Lawyers 2019 and 2020; Daily Journal Top Women Lawyers 2021, and I am named annually in Best Lawyers in America.

23.     I have been named Best of the Bar by the San Diego Business Journal, have been honored with Three Outstanding Trial Lawyer Awards by the Consumer Attorneys of San Diego and have been named one of the San Diego Daily Transcript's Top Lawyers in San Diego. I also serve on the Board of Trustees for California Western School of Law and am a Board member of Tom Homann Law Association Foundation, one of San Diego's diversity bars.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this, the 27th day of May 2021 at Boynton Beach, Florida.


/s/ Gayle M. Blatt
GAYLE M. BLATT

6

# EXHIBIT 1



CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP

# FIRM RESUME

**110 Laurel St.**
**San Diego, CA 92101**
**T: 619-238-1811**
**F: 619-544-9232**
**www.caseygerry.com**

# FIRM OVERVIEW

Founded in 1947, San Diego based firm of Casey Gerry Schenk Francavilla Blatt & Penfield, LLP "CaseyGerry" is one of the oldest plaintiffs' law firms in California and is nationally recognized. Our firm focuses on complex civil litigation, with an emphasis on consumer protection, class actions, product defect, pharmaceutical and serious personal injury matters. Our attorneys have held numerous leadership roles in coordinated cases at both the state and federal level. We have prosecuted a variety of consumer fraud, unfair business practices, TCPA, product defect, and other complex mass torts and class action matters. We have litigated cases against companies such as Volkswagen, Exxon, Amazon, Sony, Toyota, General Motors, AT&T, Mitsubishi, Apple, Wells Fargo, Bank of America, American Express, Honda, Discover Financial Services, and Yahoo!, among others.

Casey Gerry represented then Lt. Gov. Gray Davis in his private attorney general action against the tobacco industry. We were successful in obtaining a settlement of over $25 billion for the citizens of California, and also took part in successfully resolving other similar tobacco cases in other states. Our firm also was part of the trial team and played a leadership role in the Exxon Valdez litigation, which resulted in a $5 billion verdict. And recently, the firm obtained a first of its kind appellate victory against Amazon involving strict liability of online marketplaces.

The firm has extensive experience in class action, mass tort and other complex litigation and firm members have recently served on court-appointed leadership committees, including cases against the NFL, Volkswagen, Audi, Yahoo!, Wells Fargo, Apple, Intel and Fiat-Chrysler.

The firm's experienced lawyers have earned numerous local, regional and national accolades and awards bestowed for professional success. Our lawyers have been president of, or currently hold, leadership positions and longtime affiliations with the California State Bar Association, American Association for Justice (AAJ, formerly known as American Trial Lawyers Association "ATLA"), Consumer Attorneys of California (CAOC), Consumer Attorneys of San Diego (CASD), San Diego County Bar Association, Lawyers Club of San Diego, California Women Lawyers, North County Bar Association, Korean American Bar Association San Diego, South Asian Bar Association of San Diego, Filipino American Lawyers of San Diego, and Tom Homann LGBT Law Association. Our partners have been elected to such prestigious organizations as the American Board of Trial Advocates, the International Academy of Trial Lawyers, and the International Society of Barristers. Four partners have served as president of the Consumer Attorneys of San Diego. Five of the firm's partners are members of the American Board of Trial Advocates (ABOTA), and partner Frederick Schenk is President of

the executive board of the San Diego chapter of ABOTA.

# CASEYGERRY ATTORNEYS

**David S. Casey, Jr.**

David S. Casey, Jr. is the senior partner of CaseyGerry, the firm that his father founded in 1947. He began his career as a prosecutor and has handled over 70 jury trials during the course of his over forty-year legal career. He is a past president of the Association of Trial Lawyers of America (now the American Association for Justice), Consumer Attorneys of California, Western Trial Lawyers Association, and San Diego Trial Lawyers Association (now Consumer Attorneys of San Diego).

Mr. Casey is a proven leader nationwide. During his tenure as president of ATLA (now AAJ), which at the time was an organization of approximately 60,000 lawyers nationwide, he was one of a small group of people who proposed the Victims Compensation Fund for victims of the unprecedented terrorist attacks of September 11, 2001. Thereafter, AAJ formed Trial Lawyers Care (TLC) to coordinate what would become one of the largest pro bono programs in history. TLC helped 1,739 eligible claimants from 35 states and 11 countries, and the recovery to these claimants exceeded $2 billion dollars.

Mr. Casey is also a leader in the state of California. He undertook a lead role in California on behalf of then Lieutenant Governor Gray Davis in his private attorney general action against the Tobacco Industry, instigated when the state of California declined to participate in the litigation with other states' Attorneys General. This litigation involved multiple billion-dollar companies, who had been involved in litigation over the effects of tobacco use for decades. Mr. Casey was involved in extensive negotiations in Washington, DC, and proposed legislation. After Gov. Davis' election as Governor of California, a global settlement resulted in the resolution of all claims.

During the course of his career, Mr. Casey has represented American POWs in litigation for having been treated as slave laborers during World War II and his firm was co-counsel in the Exxon Valdez Oil Spill litigation. He also represented Honda dealers in one of the most massive fraud schemes on Honda dealers in the history of the United States.

3

Mr. Casey was appointed to serve on the Plaintiffs' Steering Committee for *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, in which he represented the interests of approximately 500,000 owners and lessees of Volkswagen diesel vehicles in the third largest car recall in history.  Following his appointment in *Volkswagen,* he was appointed in *In re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Product Liability Litigation.*  He was also appointed in *In re: Wells Fargo Collateral Protection Insurance Litigation,* in which he helped negotiate a favorable settlement, and to the PSC for *In re: National Football League Players' Concussion Injury Litigation*, representing the interests of thousands of former NFL players

David S. Casey, Jr., has been recognized over the past two years by the Los Angeles Daily Journal as one of the top 25 Plaintiff's Attorneys in the State of California. Having opted out of the class action, he represented the family of Junior Seau against the NFL in the national head injury litigation, as well as represented the family of Tony Gwynn for the wrongful death resulting from his use of smokeless tobacco.

Mr. Casey continues to serve the legal community currently as the Lawyer Representative for the United States District Court, Southern District of California and as a current board member for the Ninth Judicial Circuit Historical Society. He is honored to have been inducted into the San Diego Consumer Attorneys Hall of Fame. He is also a member of such prestigious, invitation-only, organizations, such as the International Academy of Trial Lawyers, International Society of Barristers and American Board of Trial Advocates.

## Gayle M. Blatt

Heading the firm's complex litigation practice group, Ms. Blatt concentrates her practice on consumer class actions, privacy and data breach cases. She joined CaseyGerry more than 30 years ago and has become well known for representing injured clients and consumers in a wide range of high profile, multi-million-dollar cases.

Ms. Blatt has been appointed to the Plaintiffs' Executive Committees in *In re: ZF- TRW Airbag Control Units Products Liability Litigation* Case No. 19-ml-02905-JAK-FFM (C.D. Cal.)*; In re: Intel Corp. CPU Marketing Sales Practices and Products Liability Litigation* Case No. 20-cv-00863-SI (D. Or.), *In re: Apple Inc. Device Performance Litigation* Case No. 18-md-02827-EJD (N.D. Cal.), and served on the five-member PEC overseeing the class action litigation related to the massive Yahoo data breaches, *In re:  Yahoo! Inc. Customer Data Security Breach Litigation*, Case No. 16-MD-02752 (N.D. Cal.). She also served on a

4

committee in the consolidated data breach class action *Adkins v. Facebook, Inc.* Case No. 18-05982-WHA (N.D. Cal.).  She also currently serves as Co-Liaison Counsel in *In re: Incretin Mimetics Product Liability Litigation* Case No. 13-md-02452-AJB-MDD (S.D. Cal.), and her previous roles as liaison counsel in prominent cases include *In re: Sony Gaming Networks and Customer Data Security Breach Litigation,* Case No. 11-md-02258-AJB (S.D. Cal.) and *In re: Hydroxycut Marketing and Sales Practices Litigation* Case No. 9:md-02087-BTK-KSC (S.D. Cal.).

Ms. Blatt has received three Outstanding Trial Lawyer awards from the Consumer Attorneys of San Diego and has been named to San Diego's Top 25 Female Attorneys and the Top 10 San Diego Lawyers for 2019 and 2020 by *San Diego Super Lawyers*. Ms. Blatt was named one of San Diego's Best Attorneys of 2019 by San Diego Daily Metro and one of San Diego's most influential women of 2018 by the San Diego Daily Transcript, one of the Top 50 Influential Professionals, San Diego Daily Transcript 2019  and named one of the Top 500 Influential Business Leaders, San Diego Business Journal 2019.  She was named one of the 2019 and 2020 Lawdragon 500 Leading Plaintiff Consumer Lawyers and Ms. Blatt is listed annually in Best Lawyers.

For ten years, Ms. Blatt served on the Board of Directors of the Consumer Attorneys of San Diego and previously served as President of the organization. As President, she was honored as Trial Lawyer Association Chapter President of the Year by Consumer Attorneys of California. She received a President's Award from Consumer Attorneys of San Diego.  Ms. Blatt currently serves on the Board of Trustees for her alma mater, California Western School of Law. She also serves on the board of the Tom Homann Law Association Foundation and is currently serving as the Immediate Past President of the San Diego County Bar Foundation.

**<u>Frederick Schenk</u>**

Mr. Schenk is a tenacious litigator and CaseyGerry partner for decades and concentrates his practice on products liability, serious personal injury, and asbestos law. In fact, Frederick, who has been with CaseyGerry for more than 30 years, achieved the largest verdict ever in San Diego against an asbestos manufacturer – Owens Corning Fiberglass – obtaining a $2.4 million verdict in punitive damages as well as economic losses.

In addition, he is a specialist in auto collision litigation and co-author of the LexisNexis California Automobile Litigation Handbook. Over the years, Schenk has received numerous awards and honors for his work – including recognition as an Outstanding Trial Lawyer from the Consumer Attorneys of San Diego, and twice recognized by Best Lawyers as San Diego's Trial Lawyer of the Year in the area of mass torts and class actions. He has remained active in both community

and professional groups and finds tremendous gratification in his work as an attorney, especially when he provided services to the families of the victims of 9/11 via Trial Lawyers Care, the largest pro bono program in the history of American jurisprudence.

Mr. Schenk received numerous awards, including the San Diego County Bar Association's Community Service Award and Consumer Attorneys of San Diego's Outstanding Trial Lawyer Award. He serves on the Board of Governors for the American Association for Justice. He is current president for the San Diego Chapter of American Board of Trial Advocates.

Schenk served as president of the San Diego County Fair board and was re-appointed by California Governor Jerry Brown to serve another four-year term on the board which oversees all activities at the Del Mar Fairgrounds.

## Jeremy K. Robinson

Jeremy Robinson is the Chair of Casey Gerry's Motion and Appellate Practice and is widely acknowledged as one of the premier legal writers and analysts in the state. As a result, he has been named the Consumer Advocate of the Year for 2020 by the Consumer Attorneys of San Diego.

Most recently, Robinson secured a precedent-setting decision against online retail titan Amazon. See, *Bolger v. Amazon.com* (2020) 53 Cal.App.5th 431. The decision marked the first time a state appellate court anywhere in the country has ruled against Amazon on this issue, and currently is the only published appellate decision in the nation holding Amazon strictly liable. The result was significant enough to be featured in stories by Bloomberg, The Washington Post, The New York Times, USA Today, CNBC, and many other national and international news and tech outlets.

In this same vein, Robinson also helped co-author, with National Advocacy Group, Public Justice amicus briefs in two other key appeals involving Amazon, *Oberdorf v. Amazon.com Inc.*, 930 F.3d 136, *rehearing en banc granted and opinion vacated*, 936 F.3d 182 (3rd Cir. 2019) and *McMillan v. Amazon.com, Inc.*, (Fifth Cir. No. 20-20108). And, Robinson worked tirelessly behind the scenes on AB 3262, a bill aimed at holding online marketplaces to the same standard as traditional retailers.

Mr. Robinson is admitted to practice in all state and federal courts in California and the Third, Fifth, and Ninth Circuit Courts of Appeals. In addition to the *Bolger* decision, he also secured a precedent-setting ruling in *M.F. v. Pacific Pearly Hotel Management, LLC* (2017) 16 Cal.App.5th 693, a case in which Robinson successfully urged the expansion of FEHA provisions to a rape committed by an intruder on the premises. Robinson has also worked extensively

in the class action arena, playing key roles in nationwide Multi-District Litigation cases like *In re: Yahoo! Inc. Customer Data Security Breach Litigation*, 16-MD-02752-LHK (N.D. Cal.) and *In re: Wells Fargo Collateral Protection Insurance Litigation*, 8:17-ML-2797-AG-KES (C.D. Cal.)

Outside of his case work, Robinson is a prolific and in-demand writer and speaker on emerging legal issues. This includes regular articles for the *Daily Journal* and *Daily Transcript*, many CLE-approved presentations and webinars, and a book chapter. He is also a charter member and Barrister in the San Diego Appellate Inns of Court, and is a member of the Consumer Attorneys of San Diego, Consumer Attorneys of California, San Diego County Bar Association, and Lawyers' Club.

### Robert J. Francavilla

Mr. Francavilla is a widely-respected trial lawyer and was recently honored as Consumer Attorneys of San Diego's Trial Lawyer of the Year for 2017. He has made an important difference in the lives of many, as well as earned many accolades and high-profile verdicts and settlements over the years. Specializing in serious personal injury, premises liability and highway design cases, he has successfully handled the gamut of complex cases, including tragic losses involving wrongful death, paraplegia, quadriplegia, severe burns, loss of limbs and major orthopedic injuries.

Mr. Francavilla has received honors including LA Daily Journal's Top 25 Plaintiff's Lawyers and Consumer Attorneys of San Diego's Outstanding Trial Lawyers Award on six separate occasions, among other awards.

### Thomas D. Penfield

During his almost 30-year tenure with the firm, Mr. Penfield has handled numerous multi-million-dollar cases, concentrating his practice on personal injury, products liability and class actions, including serving as co-counsel in a jury trial representing H&H Cerritos against U.S. Mineral Products, Inc., obtaining a $14.1 million verdict. He has also been involved in numerous class action lawsuits, including a case against the City of San Diego – an effort that helped residents reclaim millions in damages that was mischarged for sewer services – which was settled for $40 million.

With a distinguished legal background, he was a supervising trial lawyer with the Defenders Program of San Diego and then a clinical Professor at the University of San Diego School of Law before joining CaseyGerry in 1988. Mr. Penfield continues to teach as an adjunct professor at the University of San Diego School

7

of Law, and regularly lectures both nationally and internationally on trial techniques and persuasion.

Mr. Penfield served as President of the North County Bar Association. He is one of only nine attorneys in California to earn the recognition of Diplomate in the National College of Advocacy for American Association for Justice. He is also a member of the American Board of Trial Advocates and a Master in the American Inns of Court.

### **Thomas D. Luneau**

With a legal career spanning three decades, Mr. Luneau has had his share of formidable opponents in the courtroom over the years. He started his career as a state-licensed private investigator, joining CaseyGerry in 1982 as an investigator.

Now a talented litigator who has prosecuted many complex cases, he focuses his practice primarily on premises and products liability and serious personal injury cases, earning numerous multi-million verdicts and settlements — including cases involving defective industrial drilling machinery, motorcycle lane splitting injuries, concussion injuries, wrongful death and more. Other high profile matters he has handled include cases involving abuse by a CHP officer who intentionally broke the ankle of a handcuffed suspect (4th amendment violation excessive force), and the wrongful death of an inmate at Donovan State Prison (8th amendment violation cruel and unusual punishment).

In addition, he has successfully represented numerous military and law enforcement personnel and their family members from entities including the San Diego Police Department, the San Diego County Sheriff's Department, Riverside County Sheriff's Department, California Highway Patrol, and the United States Border Patrol.

Mr. Luneau is a member of the American Board of Trial Advocates. He has received numerous awards, including the Consumer Attorneys of San Diego's Outstanding Trial Lawyer Award.

### **Jason C. Evans**

Jason is an attorney specializing in complex litigation and personal injury. Throughout his career, he has handled hearings, pleadings, depositions, trial, mediations and memoranda for a number of multi-million dollar civil and class actions.

He previously worked for the San Diego Volunteer Lawyer program, drafting requests for restraining orders for victims of domestic and elder abuse, and was a legal assistant for Spach, Capaldi and Waggaman, LLP, in Newport Beach.

Awards include - 2017 CASD Outstanding Trial Lawyer Award, 2018 edition of San Diego Super Lawyers, 2015 SD Metro 40 Under 40 Awards, San Diego Daily Transcript Top Young Attorney 2014 and Super Lawyers: Rising Star 2014-2020.

## P. Camille Guerra

P. Camille Guerra is a key member of the complex litigation team, working with partner Gayle M. Blatt to concentrate on cyber-security cases like Yahoo Inc., consumer fraud litigation such as Volkswagen Diesel, Fiat/Chrysler Diesel, and Wells Fargo; as well as other high profile consumer class actions, including a national case involving anti-competitive behavior by the major tuna companies in the U.S.

With a Master's of Advanced Studies in health policy and the law, Camille is keenly focused on addressing complex healthcare issues related to the law. Her research on counterfeit Avastin was the subject of an article she co-authored in the prestigious Nature Reviews Clinical Oncology. Her most recent publication is "USA Criminal and Civil Prosecutions Associated with Illicit On-line Pharmacies: Legal Analysis and Global Implications," which appeared in Med Access.

Camille attended Eotvos Lorand University in Budapest, Hungary and University of Prishtina in the former Yugoslav Republic of Kosova. Camille has been a member of the Alumni Association Board of Directors at Thomas Jefferson School of Law and an alumni mentor to the Middle Eastern, Armenian, and Muslim student associations.  Camille is a member of the Consumer Attorneys of San Diego Educational Committee, Lawyers Club, San Diego County Bar Association, South Asian Bar Association and a prior member of San Diego State University President's Latino Advisory Council.  She is fluent in Spanish and has studied Arabic, French, Italian, Russian, and Farsi.

## Srinivas Hanumadass

Focusing his practice on personal injury, Srinivas prides himself in getting to know his clients and conveying their stories in a heartfelt, straight forward and sincere manner. This approach has brought him success in the form of millions recovered for his clients, as well as an array of recent accolades and respect from his colleagues.

For the past two years, Srinivas has been recognized as a Super Lawyer in Personal Injury Law.  The California Daily Journal named Srinivas one of their "Top 40

Attorneys Under 40" — among 60,000 California lawyers that qualify in that age range.

Srinivas is a leader in the legal community and formerly served as a Vice President of the San Diego County Bar Association.  Last year, he was selected as one of only sixteen attorneys nationwide to participate in the sixth class of the Leadership Academy for the American Association for Justice (AAJ), the country's preeminent plaintiff's attorney organization. He has long been involved in County Bar's diversity initiatives, including the Diversity Fellowship Program.  Committed to inclusivity in and out of the practice of law, Srinivas believes in opening doors for others. He mentors several younger lawyers and law students throughout the year.  He regularly volunteers to speak on panels involving networking. He is the two-time past president of the South Asian Bar Association and past Scholarship Committee chair of Lawyers Club of San Diego, an organization dedicated to the advancement of women in the law and society.  And since 2012, Srinivas has volunteered with Just in Time, an organization which assists foster youth in transition.

Srinivas earned a J.D. from Thomas Jefferson School of Law, where he was a member of Thomas Jefferson Law Review, a fellow at the Center for Global Legal Studies, earned the Cal-Witkin Award and Jefferson Medal for the highest grade in criminal law and received high honors in trial practice and advanced trial practice.

## Adam B. Levine

Adam is a key member of the serious personal injury team, focusing on product defect, premises, auto and aviation cases. He has worked on a variety of serious cases including: a federal product defect case involving a military parachute that deployed inside an airplane, killing a decorated Navy Seal; a federal case against the Border Patrol after one its agents crashed a truck into a client riding a motorcycle; a product defect and negligence case where his client suffered a serious arm injury while riding as a passenger in a UTV; a case against the City of San Diego that settled for $1 million after his client tripped over uneven concrete in a crosswalk and suffered permanent injuries; and high-profile litigation against Big Tobacco involving smokeless tobacco or "dip."

He is on the board of directors for the Consumer Attorneys of San Diego, is co-chair of the personal injury section of the North County Bar Association, is on the board of directors for the NLD section of the Consumer Attorneys of California, and writes for the product defect column in the Trial Bar News. He was recognized by *Super Lawyers Magazine* as one of San Diego's legal Rising Stars of 2017 and 2018, and was named among the top 40 Under 40 by *The Daily Transcript and San Diego Metro Magazine*. Adam graduated at the top of his law school class and worked as a

federal judicial intern for the Honorable Irma E. Gonzalez (Ret.) before joining CaseyGerry. He is also a licensed architect.

Awards include San Diego Super Lawyers Rising Stars, 2017-2020, The Daily Transcript Top 40 under 40, 2016, SD Metro Top 40 under 40, 2016, 14 American Jurisprudence Awards, CWSL, Kennedy Scholar, Academic Excellence Award, Trustees' Award, CWSL, Academic Excellence Award, CWSL and Trustees' Award, CWSL

## Jillian F. Hayes (Of Counsel)

A graduate of California Western School of Law, Jillian Hayes specializes in serious personal injury litigation.  Before practicing plaintiff's personal injury, she focused her practice on insurance defense and now uses the knowledge she gained working closely with insurance adjusters to help injured victims.  Jillian is an accomplished litigator who has handled all aspects of her cases, including trial.  Jillian's practice includes representing numerous victims of sexual assault and other privacy violations, along with other substantial injuries.

Jillian serves as a board member of the Association of Business Trial Lawyers. She has been honored by the Daily Transcript as a Top 40 under 40 business professional and has been named a San Diego Rising Star by Super Lawyers.  She serves on the advisory board of the Online Courtroom project, a task force providing research and recommendations to the court regarding improving the online operations of the litigation process.

## Meagan L. Verschueren

Meagan L. Verschueren litigates catastrophic personal injury cases.  Her work with CaseyGerry is extensive, including emphasis on personal injury cases that involve severe burns, traumatic brain injuries, spinal cord injuries, amputations, and permanent disabilities. She regularly handles matters in the areas of personal injury, wrongful death, product liability, premises liability, and elder abuse. Originally from Michigan, she earned her undergraduate degree from the University of Tampa, after which she settled in San Diego and graduated from California Western School of Law.

Meagan is currently serving a two-year term as co-President of the Tom Homann Law Association and has been named one of San Diego Metro Magazine's Top 40 under 40.

## David S. Casey lll

David Casey is an attorney specializing in personal injury and complex litigation. He had worked extensively for both the complex litigation and personal injury teams at Casey Gerry.  Recently, he participated in the TAP program as one of the first participants, during which time he tried multiple criminal cases as a volunteer deputy district attorney with the South Bay office of the San Diego County District Attorney.

David attended the University of San Diego and focused his time at school on trial advocacy and complex litigation.  He received a CALI award for his paper analyzing American and European attitudes toward online privacy and the "right to be forgotten."  David externed for the Honorable Anthony Battaglia at the United States District Court for the Southern District of California. He also interned and graduated from Gerry Spence's acclaimed Trial Lawyers College in 2018.

## James M. Davis

James Davis is an integral part of the complex litigation team and specializes in Mass Torts.  James' practice focuses on the protection of consumer rights.  Before joining Casey Gerry, James was a prosecuting attorney at the San Diego County District Attorney's Office- Environmental Protection and Consumer Fraud Units. In the role, he served as lead prosecutor in civil law enforcement, prosecuted environmental and consumer fraud felony cases, developed cases with federal, state and county agencies, including FBI and DOJ, Department of Consumer Affairs, Department of Environmental Health and others.  In addition, James has worked with the University of San Diego Veterans Legal Clinic providing representation to veterans against for-profit educational institutions.

## Eric Ganci

Eric Ganci is a graduate of Thomas Jefferson School of Law.  He is a member of the complex litigation team. Before joining CaseyGerry, Eric ran his own firm focused on representing people arrested for driving under the influence. During that time, he tried 72 cases to verdict: 70 jury trials and 2 bench trials. In that work, after completing required coursework and passing a certification exam, Eric earned the designation as a Lawyer-Scientist by the American Chemical Society, Chemistry and the Law Division.

Eric is a member of Consumer Attorneys of San Diego, Lawyers Club of San Diego (Board Member 2012-2016, Photography Co-Chair 2011-2013, and Champagne & Chocolates Affair Co-Chair 2012), San Diego County Bar Association (New Lawyers Division Board of Directors, Community Service Chair 2012, New Lawyers Division

12

Board of Directors, Newsletter Chair 2011), and former President and Vice President of Thomas Jefferson SOL Alumni Association (2009-2014). He was awarded Thomas Jefferson SOL Adjunct Professor of the Year, Thomas Jefferson SOL A. Thomas Golden Honorary Alumnus of the Year, San Diego's Top 40 Under 40 (2011) and Outstanding Service by a New Lawyer by San Diego County Bar Association (2011). He is a former graduate of the Trial Lawyers College, and has been teaching at the College since 2016, and assisting with civil and criminal trials across the country.

## Katie McBain

Katie McBain is a graduate of California Western School of Law. She is a member of the complex litigation team. Prior to joining CaseyGerry, Katie successfully litigated bench trials, counseled retirement and pension systems regarding compliance with local, state and federal laws, with particular focus on the County Employees Retirement Law of 1937, and consulted business owners regarding labor and employment issues. She is a member of Lawyers Club of San Diego, Contributor to the Conference of California Bar Associations, and a member and volunteer of Think Dignity, a non-profit focused on empowering our community to advance basic dignity for those living on the street. Katie is proficient in Spanish.

## Svetlana Volkova

Svetlana is a graduate of California Western School of Law and is a member of the complex litigation team. Prior to joining CaseyGerry, Svetlana negotiated complex business contracts with international companies in multiple languages, created and dissolved corporations and partnerships, assisted in the sale of businesses, and represented clients in tax related cases. Svetlana has volunteered as a Pro Bono Attorney Coordinator for Free to Thrive, which is a non-profit that helps survivors of human trafficking. She is fluent in Russian and Spanish, proficient in French and has limited working proficiency in Vietnamese.

## Deval Zaveri

Deval ("Dev") Zaveri is an Honors graduate of Georgia Tech, University of Georgia, and Harvard University. She is a member of the complex litigation team, bringing years of experience and expertise in a wide variety of legal matters including Class Action litigation. Dev began her law practice as a Navy JAG where she was ranked as top criminal defense counsel, then moved into private practice with Morrison & Foerster, and Cooley, LLP. There she represented clients in federal and state courts, in SEC and NASD inquiries, and before the Federal Energy Regulatory Commission. Notably, while at Morrison, Dev led a fifty-plus lawyer document review team, spanning three continents, in the El Paso Natural Gas Antitrust Litigation. She later worked for Bernstein Litowitz Berger and Grossman, where

she prosecuted nationwide securities and employment discrimination cases, and led the firm's investigation of stock option backdating cases.

Dev is highly involved in both professional and community-based organizations. She co-founded the South Asian Bar Association of San Diego and served for several years on the San Diego Museum of Art, Committee for the Arts of the Indian Subcontinent. She is the immediate past President of the San Diego chapter of The Indus Entrepreneurs, serves on the board of the Asian Pacific Islander Public Affairs Association, and volunteers with the Girl Scouts.