UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION,<br><br>This document relates to:<br><br>All Actions | Case No. 2:21-cv-0678-JS-AYS<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF MOTION FOR APPOINTMENT OF ERIN GREEN COMITE AS INTERIM CLASS COUNSEL AND FOR APPOINTMENT OF AN EXECUTIVE COMMITTEE PURSUANT TO FED. R. CIV. P. 23(g)**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, declaration, and exhibits thereto, Plaintiffs Emily Baccari, Dominick Grossi, Heather Hyden, Haley Sams, and Vito Scarola will and do hereby move this Court before the Honorable Judge Joanna Seybert, at the Alfonse D'Amato United States Courthouse, 100 Federal Plaza, Central Islip, NewYork 11722, at a time and date to be set by the Court for an Order for the appointment of Erin Green Comite as Interim Class Counsel and for the appointment of an Executive Committee ("Baccari Movants' Lead Counsel Motion").

Pursuant to the Court's Orders dated May 13, 2021 [Dkt. 47] and May 18, 2021 [Dkt. 50], the following briefing schedule shall apply to the Baccari Movants' Lead Counsel Motion: Motion papers are due by May 27, 2021; Opposition papers are due by June 10, 2021; Reply papers, if any, are due by June 17, 2021.

Dated: May 27, 2021

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

By: /s/ Joseph Guglielmo
Joseph P. Guglielmo
Erin Green Comite (*pro hac vice* forthcoming)

1

The Helmsley Building
230 Park Ave., 17th Floor
New York, N.Y. 10169
Telephone: (212) 223-6334
Facsimile:  (212) 223-6444
jguglielmo@scott-scott.com
ecomite@scott-scott.com

Steven L. Bloch
Ian W. Sloss
Zachary Rynar
**SILVER GOLUB & TEITELL LLP**
184 Atlantic Street
Stamford, Connecticut 06901
Tel.: (203) 325-4491
Fax: (203) 325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com
zrynar@sgtlaw.com

Timothy J. Peter
**FARUQI & FARUQI, LLP**
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Tel.: (267) 536-2145
Fax: (215) 277-5771
tpeter@faruqilaw.com

*Attorneys for Plaintiffs Emily Baccari, Dominick Grossi, Heather Hyden, Haley Sams, and Vito Scarola*

## **CERTIFICATION OF SERVICE**

I hereby certify that on May 27, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                            *s/ Joseph P. Guglielmo*