UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION, <br><br>This Document Relates To: <br><br>ALL ACTIONS | Case No. 2:21-CV-0678-JS-AYS |

### DECLARATION OF JOSEPH P. GUGLIELMO IN SUPPORT OF MOTION FOR APPOINTMENT OF ERIN GREEN COMITE AS INTERIM CLASS COUNSEL AND FOR APPOINTMENT OF AN EXECUTIVE COMMITTEE

I, Joseph P. Guglielmo, declare as follows:

1. I am an attorney duly admitted to practice in the State of New York and I am a partner at the law firm of Scott+Scott Attorneys at Law LLP, which represents Plaintiffs Emily Baccari, Dominick Grossi, Heather Hyden, Haley Sams, and Vito Scarola ("Baccari Movants") in the above-captioned action. I have personal knowledge of the matters stated herein. If called as a witness, I could, and would, competently testify to the matters stated herein. This declaration is submitted in support of the Baccari Movants' Motion for Appointment of Erin Green Comite as Interim Class Counsel and for Appointment of an Executive Committee Pursuant to Fed. R. Civ. P. 23(g).

2. Attached as **Exhibit A** is a true and correct copy of Scott+Scott Attorneys at Law LLP's law firm bio and resume.

3. Attached as **Exhibit B** is a true and correct copy of Silver Golub & Teitell's law firm bio and resume.

4. Attached as **Exhibit C** is a true and correct copy of Faruqi & Faruqi's law firm bio and resume.

Dated: May 27, 2021          *s/ Joseph P. Guglielmo*
                              Joseph P. Guglielmo

Case 2:21-cv-00678-JS-AYS   Document 67-2   Filed 05/27/21   Page 2 of 2 PageID #: 1168

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-4478
Fax: (212) 233-6334