United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

  2:21   CV  02983 (MKB)(AYS)

1) indicated that this case is related to the following case(s):

| | | |
|---|---|---|
| 2:21 | CV | 00678 (JS)(AYS) |
| 2:21 | CV | 00758 (JS)(SIL) |
| 2:21 | CV | 00805 (SJF)(SIL) |
| 2:21 | CV | 00884 (JS)(AKT) |
| 2:21 | CV | 00938 (JMA)(SIL) |
| 2:21 | CV | 00944 (JMA)(ST) |
| 2:21 | CV | 00970 (SJF)(ARL) |
| 2:21 | CV | 01045 (GRB)(AKT) |
| 2:21 | CV | 01062 (GRB)(ST) |
| 2:21 | CV | 01067 (JS)(AYS) |
| 2:21 | CV | 01076 (JS)(AYS) |
| 2:21 | CV | 01269 (FB)(AYS) |
| 2:21 | CV | 01293 (GRB)(ST) |
| 2:21 | CV | 01569 (JS)(SIL) |
| 2:21 | CV | 01621 (JS)(AYS) |