UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION,<br><br>This Document Relates To:<br><br>*Baccari, et al. v. Hain Celestial Group, Inc.*<br>(2:21-cv-01076-JS-AYS) | Case No. 2:21-CV-0678-JS-AYS |

## NOTICE OF APPEARANCE

TO: CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Erin Green Comite, duly admitted to practice in this court, hereby appears on behalf of Plaintiffs Emily Baccari, Dominick Grossi, Heather Hyden, Haley Sams, and Vito Scarola in this case.

Dated: May 28, 2021

　　　　　　　　　　　　　　　　　　　　*s/ Erin Green Comite*
　　　　　　　　　　　　　　　　　　　　Erin Green Comite (EC-5096)
　　　　　　　　　　　　　　　　　　　　**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
　　　　　　　　　　　　　　　　　　　　The Helmsley Building
　　　　　　　　　　　　　　　　　　　　230 Park Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10169
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 223-4478
　　　　　　　　　　　　　　　　　　　　Fax: (212) 233-6334

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs Emily Baccari, Dominick Grossi, Heather Hyden, Haley Sams, and Vito Scarola*