**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION,<br><br>This document relates to:<br><br>All Actions | Case No. 2:21-cv-0678-JS-AYS<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF STEPHEN R. BASSER** |

   Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Stephen R. Basser, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for plaintiff Lee Boyd in the above-captioned matter. In support of this motion, I state as follows:

   1. I am a partner with the law firm of Barrack, Rodos & Bacine, 600 W. Broadway, Suite 900, San Diego, CA 92101, which represents plaintiff Lee Boyd in the above-captioned matter.

   2. I am a member in good standing of the bar of the State of California, to which I was admitted in 1985. The official or office maintaining the roll of the members of this bar is the State Bar of California, 180 Howard Street, San Francisco, CA 94105.

   3. I am a member in good standing of the bar of the United States Court of Appeals for the Ninth Circuit, to which I was admitted in 2003. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, CA 94103.

   4. I am a member in good standing of the bar of the United States District Court for the Central District of California, to which I was admitted in 1995. The official or office

maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Central District of California, 350 West 1st Street, Suite 4311, Los Angeles, CA 90012.

5. I am a member in good standing of the bar of the United States District Court for the Eastern District of California, to which I was admitted in 2019. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Eastern District of California, 501 I Street, Room 4-200, Sacramento, CA 95814.

6. I am a member in good standing of the bar of the United States District Court for the Northern District of California, to which I was admitted in 1994. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA, 94102.

7. I am a member in good standing of the bar of the United States District Court for the Southern District of California, to which I was admitted in 1986. The official or office maintaining the roll of the members of this bar is the Clerk's Office, United States District Court for the Southern District of California, 333 West Broadway, Suite 420, San Diego, CA 92101.

8. I am currently an inactive member in good standing of the bar of the Commonwealth of Pennsylvania to which I was admitted in 1976. The official or office maintaining the roll of the members of the Pennsylvania bar is the Disciplinary Board of the Supreme Court of Pennsylvania, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Suite 5600, P.O. Box 62623, Harrisburg, PA, 17106.

9. I am a member in good standing of the bar of the Eastern District of Pennsylvania, to which I was admitted in 1977. The official or office maintaining the roll of members of this bar is the Clerk's Office, United States District Court for the Eastern District of Pennsylvania, James Byrne Courthouse, 601 Market Street, Philadelphia, PA, 19106.

10. I am a member in good standing of the bar of the United States Court of Appeals for the Sixth Circuit, to which I was admitted in 2004. The official or office maintaining the roll

of members of this bar is the Clerk's Office, United States Court of Appeals for the Sixth Circuit, Potter Stewart Courthouse, Cincinnati, Ohio, 45202.

11. I am a member in good standing of the bar of the United States District Court for the Eastern District of Wisconsin, to which I was admitted in 2017. The official or office maintaining the roll of members of this bar is the Clerk's Office, United States District Court for the Eastern District of Wisconsin, United States Federal Building and Courthouse, 517 E. Wisconsin Ave, Room 3621, Milwaukee, WI 53202.

12. I am a member in good standing of the bar of the District of Colorado to which I was admitted in 1998. The official or office to maintaining the roll of members of this bar is Clerk's Office, United States District Court for the District of Colorado, Alfred A. Arraj Courthouse, 901 19th Street, Denver, CO 80294.

13. No disciplinary proceedings are pending or proposed against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

14. Pursuant to Local Rule 1.3(c), attached to this Motion as Exhibit A is a Certificate of Good Standing from the Supreme Court of California.

Dated: May 28, 2021                    By:    /s/ Stephen R. Basser
                                                Stephen R. Basser
                                                Barrack, Rodos & Bacine
                                                600 W. Broadway, Suite 900
                                                San Diego, CA 92101
                                                Telephone: (619) 230-0800
                                                Facsimile: (619) 230-1874

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### STEPHEN RICHARD BASSER

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Stephen Richard Basser, #121590, was on the **9th day of October 1985**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 25th day of May 2021.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Karissa Castro, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION,<br><br>This document relates to:<br><br>All Actions | Case No. 2:21-cv-884-JS-AKT<br><br>**DECLARATION OF STEPHEN R. BASSER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Stephen R. Basser, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm of Barrack, Rodos & Bacine, 600 W. Broadway, Suite 900, San Diego, CA 92101.

2. I submit this declaration in support of my motion for admission to appear as counsel *pro hac vice* for plaintiff Lee Boyd in the above-captioned case.

3. As shown in the certificate of good standing, attached as Exhibit A, I am a member in good standing of the State Bar of California.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

7.   I respectfully request that I be admitted to practice before this Court in the above- captioned case.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and accurate.

Executed on May 28, 2021 in San Diego, CA.

By:   /s/ Stephen R. Basser

Stephen R. Basser
Barrack, Rodos & Bacine
600 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION,<br><br>This document relates to:<br><br>All Actions | Case No. 2:21-cv-884-JS-AKT<br><br>**PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF STEPHEN R. BASSER *PRO HAC VICE*** |

The motion of Stephen R. Basser for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is an active member in good standing of the State Bar of California, and that his contact information is as follows:

> Stephen R. Basser
> Barrack, Rodos & Bacine
> 600 W. Broadway, Suite 900
> San Diego, CA 92101
> Telephone: (619) 230-0800
> Facsimile: (619) 230-1874
> Email: asmith@jenner.com

Having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Lee Boyd in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-entitled matter in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED:**

Dated: \_\_\_\_, 2021             By:            _____
                                                The Honorable Anne Y. Shields
                                                United States Magistrate Judge