# POLLOCK | COHEN LLP
60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Christopher Leung
Chris@PollockCohen.com
(917) 985-3995

---

May 27, 2021

**VIA FEDEX**

United States District Court
Eastern District of New York
Long Island Courthouse
c/o Clerk of the Court
100 Federal Plaza
Central Islip, NY 11722

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 28 2021 ★

LONG ISLAND OFFICE

Re: *Michelle Walls et al. v. Beech-Nut Nutrition Company et al.*, No. 1:21-cv-00870-JS-AYS (E.D.N.Y.), and

*In re Hain Celestial Heavy Metals Baby Food Litigation*, No. 2:21-cv-00678-JS-AYS (E.D.N.Y.)

Dear Clerk of the Court,

I am writing on behalf of the plaintiffs Michelle Walls and her son N.W. *See Michelle Walls et al. v. Beech-Nut Nutrition Company et al.*, No. 1:21-cv-00870-JS-AYS (E.D.N.Y.). As alleged by their complaint (Dkt. No. 1), Ms. Walls and her son have alleged many of the same claims against the Hain Celestial Group Inc.—a named defendant in both the *Walls* and consolidated *In re Hain Celestial* actions that are pending before Judge Seybert.

At this time, we are asking that Ms. Walls and her son be added as interested parties to the consolidated action, *In re Hain Celestial Heavy Metals Baby Food Litigation*, No. 2:21-cv-00678-JS-AYS (E.D.N.Y.). Thank you for your consideration of these matters.

Sincerely,

/s/ Christopher K. Leung

Christopher K. Leung

Affix your FedEx Express® shipping label here.

ORIGIN ID:FBTA  (917) 985-3995
CHRISTOPHER,KIN LEUNG

394 LINCOLN PL APT D4

BROOKLYN, NY 11238
UNITED STATES US

SHIP DATE: 27MAY21
ACTWGT: 0.30 LB
CAD: 6995206/SSFE2201

BILL CREDIT CARD

TO  **DISTRICT COURT**
**FEDERAL COURTHOUSE**
**100 FEDERAL PLZ**

**CENTRAL ISLIP NY 11722**
(111) 111-1111        REF:
INV:
PO:                   DEPT:

FedEx Express

REL# 3785346

TRK# 7876 7782 1627
0201

FRI - 28 MAY 10:30A
PRIORITY OVERNIGHT

ET COPA

11722
NY-US   JFK

