UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re HAIN CELESTIAL HEAVY METAL BABY FOOD LITIGATION**<br><br>**All Actions** | Case No. 2-21-cv-00678-JS-AYS<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stephen R. Basser hereby appears on behalf of plaintiff Lee Boyd. This notice is for all purposes, including receiving ECF alerts from the U.S. District Court.

Dated: June 2, 2021                                   Respectfully submitted,

*/s/ Stephen R. Basser*
Stephen R. Basser (Admitted *pro hac vice*)
**Barrack, Rodos & Bacine**
600 W Broadway, Suite 900
San Diego, California 9101
Tel: (619) 230-0800
Fax: (619) 230-1874
sbasser@barrack.com

Counsel for Plaintiff Lee Boyd

1