UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
In re HAIN CELESTIAL HEAVY METALS
BABY FOOD LITIGATION,                          CONSOLIDATION ORDER
                                               No. 21-CV-0678(JS)(AYS)
-----------------------------------------X
This Document Relates to

Lawson v. Hain Celestial Group, Inc.          No. 21-CV-2986

Ojeda v. Hain Celestial Group, Inc.           No. 21-CV-2983

-----------------------------------------X

SEYBERT, District Judge:

        **WHEREAS**, on May 13, 2021, this Court issued an Order
consolidating thirteen (13) cases in this District before the
undersigned in In re Hain Celestial Heavy Metals Baby Food
Litigation, Case No. 21-CV-0678 (the "Consolidated Action"),
wherein Plaintiffs assert claims against Defendant Hain Celestial
Group, Inc. ("Hain") for violations of various state consumer
protection laws and statutes arising out of allegations that Hain
engaged in deceptive business practices with respect to its baby
food products by failing to disclose that the products contain
levels of toxic heavy metals, including arsenic, lead, cadmium,
and mercury. (See Consolidation Order, ECF No. 47.)[1]

        **WHEREAS**, Hain filed a motion to consolidate two (2)
additional actions pending in this District, Lawson v. Hain

_____

[1] Unless otherwise indicated, all docket citations refer to the
docket in the Consolidated Action, Case No. 21-CV-0678.

Celestial Group, Inc., No. 21-CV-2986 (the "Lawson Action") and Ojeda v. Hain Celestial Group, Inc., No. 21-CV-2983 (the "Ojeda Action"), with the Consolidated Action on the basis that the complaints allege consumer protection type claims similar or related to claims asserted in the Consolidated Action. (Hain Lawson Mot., ECF No. 58; Hain Ojeda Mot., ECF No. 57.)

**WHEREAS**, the Court has reviewed the complaints filed in the Lawson Action and the Ojeda Action and finds that they relate to the subject matter of the Consolidated Action.

**Accordingly, IT IS HEREBY ORDERED** that Hain's motions to consolidate the Lawson Action and the Ojeda Action is GRANTED;

**IT IS FURTHER ORDERED** that, pursuant to the Court's Consolidation Order, the Lawson Action and the Ojeda Action are hereby CONSOLIDATED with the Consolidated Action, pending before the undersigned, and shall proceed under lead Case No. 21-CV-0678 as follows: In re Hain Celestial Heavy Metals Baby Food Litigation, Case No. 21-CV-0678.  All future filings shall be docketed in lead Case No. 21-CV-0678;

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2

The Clerk of the Court is respectfully directed to (1) GRANT the motions pending at ECF Nos. 57 and 58 in lead Case No. 21-CV-0678; (2) docket this Order in the Consolidated Action, the Lawson Action (No. 21-CV-2986), and the Ojeda Action (No. 21-CV-2983); and (3) administratively close and consolidate the Lawson Action and the Ojeda Action with the Consolidated Action.

**SO ORDERED.**

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:     June    3   , 2021
           Central Islip, New York