UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION | : <br> : Case No. 2:21-cv-678-JS-AYS <br> : <br> : NOTICE OF MOTION <br> : TO ADMIT COUNSEL <br> : *PRO HAC VICE* <br> : |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Jeffrey S. Goldenberg, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an order allowing the admission of movant, a member of the firm of Goldenberg Schneider, LPA and a member in good standing of the bar of the State of Ohio, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff, Alyssa Mays, et al.  There are no pending disciplinary proceedings against me in any state or federal court.

Dated:  June 4, 2021                    Respectfully submitted,

/s/*Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg
Goldenberg Schneider, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Phone: 513.345.8297
Fax: 513.345.8294
*jgoldenberg@gs-legal.com*