UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION | Case No. 2:21-cv-678-JS-AYS<br><br>AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

I, Jeffrey S. Goldenberg, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Goldenberg Schneider, LPA.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Ohio.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Attorney Registration Number: Ohio – 0063771

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in Case No. 2:21-cv-678-JS-AYS as counsel for the Plaintiff, Alyssa Mays, et al.

Dated: June 4, 2021

Respectfully submitted,

_____
Jeffrey S. Goldenberg, Esq.
Goldenberg Schneider, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Phone: 513.345.8297
Fax: 513.345.8294
*jgoldenberg@gs-legal.com*

State of Ohio            )
                         ) ss:
County of Hamilton       )

SUBSCRIBED TO AND SWORN BEFORE ME, in my presence, by Jeffrey S. Goldenberg who is personally known to me, this 4th day of June, 2021, to certify with my hand and official seal.

_____
Notary

CHERYL PENCE
Notary Public, State of Ohio
My Commission Expires 09-17-2023