UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | |
| IN RE HAIN CELESTIAL HEAVY | : | Case No. 2:21-cv-678-JS-AYS |
| METALS BABY FOOD LITIGATION | : | |
| | : | NOTICE OF APPEARANCE |
| | : | OF JEFFREY S. GOLDENBERG |
| | : | |
| | : | |

PLEASE TAKE NOTICE that Jeffrey S. Goldenberg hereby appears on behalf of plaintiff Alyssa Mays. This notice is for all purposes, including receiving ECF alerts from the U.S. District Court.

Dated:  June 7, 2021          Respectfully submitted,

/s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg
Goldenberg Schneider, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Phone: 513.345.8297
Fax: 513.345.8294
jgoldenberg@gs-legal.com

*Attorney for Plaintiff Alyssa Mays*