# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

| | FOUNDED 1888 | |
|---|---|---|
| **KEVIN G. COOPER** | 270 MADISON AVENUE | SYMPHONY TOWERS |
| DIRECT DIAL: 212-545-46717 | NEW YORK, NY 10016 | 750 B STREET - SUITE 1820 |
| FACSIMILE: 212-686-0114 | 212-545-4600 | SAN DIEGO, CA 92101 |
| kcooper@whafh.com | | 619-239-4599 |

June 7, 2021

<u>VIA ECF</u>
Hon. Joanna Seybert
United States District Judge
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza, Courtroom 1030
Central Islip, NY 11722

   Re: *Stewart v. Hain Celestial Group, Inc.*,
      <u>Case No. 2:21-cv-00678-JS-AYS</u>

Dear Judge Seybert:

  I am writing to request the withdrawal of my appearance for Plaintiffs Sally Bredberg and Rebecca Bromberg and further request removal from the Court's electronic filing system in the above-captioned action. I am no longer with the firm Wolf Haldenstein Adler Freeman & Herz LLP as of May 28, 2021. Matthew M. Guiney and Carl V. Malmstrom (*pro hac vice* forthcoming) of Wolf Haldenstein Adler Freeman & Herz LLP will remain counsel to plaintiffs in this action. Accordingly, no parties would be prejudiced if this request is granted. Thank you for your attention to this matter.

            Respectfully submitted,

            WOLF HALDENSTEIN ADLER
            FREEMAN & HERZ LLP

            <u>*s/ Kevin G. Cooper*</u>
            Kevin G. Cooper
            270 Madison Avenue
            9th Floor
            New York, New York 10016

            *Counsel for Plaintiffs Sally Bredberg and Rebecca Bromberg*

/811123