UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELSTIAL HEAVY METALS BABY FOOD LITIGATION | Case No. 2:21-cv-00678-JS-AYS<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF TIMOTHY J. PETER** |

      PLEASE TAKE NOTICE that, upon the annexed affidavit of Timothy J. Peter ("Movant") in support of this motion, and the Certificate of Good Standing annexed thereto, Movant will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an order allowing admission of Movant, a partner of the firm Faruqi & Faruqi, LLP and a member in good standing of the bar of the Commonwealth of Pennsylvania, to practice *Pro Hac Vice* and appear as counsel for plaintiffs Emily Baccari, Dominick Grossi, Heather Hyden, Haley Sams, and Vito Scarola in the above-captioned action. There are no pending disciplinary proceedings against me in any state or federal court.

Dated:  June 7, 2021

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:    */s/ Timothy J. Peter*
Timothy J. Peter
1617 John F. Kennedy Boulevard, Suite 1550
Philadelphia, PA 19103
Tel:  (215) 277-5770
Fax:  (215) 277-5771
Email:  tpeter@faruqilaw.com