UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELSTIAL HEAVY METALS BABY FOOD LITIGATION | Case No. 2:21-cv-00678-JS-AYS<br><br>**AFFIDAVIT OF TIMOTHY J. PETER IN SUPPORT OF PLAINTIFFS' MOTION FOR MR. PETER'S ADMISSION PRO HAC VICE** |

**AFFIDAVIT OF TIMOTHY J. PETER IN SUPPORT OF PLAINTIFF'S MOTION FOR MR. PETER'S ADMISSION *PRO HAC VICE***

I, Timothy J. Peter, do hereby state that:

1. I am an attorney at law, licensed to practice law in the Commonwealth of Pennsylvania, Partner at Faruqi & Faruqi, LLP, counsel of record for Plaintiffs Emily Baccari, Dominick Grossi, Heather Hyden, Haley Sams, and Vito Scarola, and I maintain an office at 1617 John F. Kennedy Boulevard, Suite 1550, Philadelphia, Pennsylvania 19103.

2. I submit this affidavit in support of my motion for admission to appear as counsel *pro hac vice* for Plaintiffs in the above-captioned case.

3. As shown in the attached Certificate of Good Standing, I am a member in good standing of the State Bar of the Commonwealth of Pennsylvania (Bar No. 306965).

4. I have never been convicted of a felony.

5. I have not been denied admission to, readmission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

6. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and accurate.

Executed on June 7, 2021, in Philadelphia, PA.

Dated: June 7, 2021 **FARUQI & FARUQI, LLP**

By: */s/ Timothy J. Peter*
Timothy J. Peter
1617 John F. Kennedy Boulevard, Suite 1550
Philadelphia, PA 19103
Tel: (215) 277-5770
Fax: (215) 277-5771
Email: tpeter@faruqilaw.com