

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Timothy John Peter, Esq.*

#### DATE OF ADMISSION

#### *November 5, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated:  June 3, 2021**

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk