**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION | Case No.: 2:21-cv-00678-JS-AYS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel of record for plaintiff LEIBA BAUMGARTEN. The undersigned certifies that they are admitted to practice in this Court, and requests that all notices, pleadings, and other documents given or filed in the above-captioned action be given and served upon the undersigned attorney.

Dated: New York, New York
June 8, 2021

Respectfully submitted,

**THE SULTZER LAW GROUP P.C.**

By: /s/ Mindy Dolgoff
Mindy Dolgoff
270 Madison Avenue, Suite 1800
New York, NY 10016
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
dolgoffm@thesultzerlawgroup.com

*Attorneys for Plaintiff*
*LEIBA BAUMGARTEN*