UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELSTIAL HEAVY METALS BABY FOOD LITIGATION | Case No. 2:21-cv-00678-JS-AYS<br><br>NOTICE OF APPEARANCE OF TIMOTHY J. PETER |

**PLEASE TAKE NOTICE** that the undersigned attorney appears as counsel of record for plaintiffs Emily Baccari, Dominick Grossi, Heather Hyden, Haley Sams, and Vito Scarola. The undersigned certifies that he is admitted *pro hac vice* to practice in this Court, and requests that all notices, pleadings, and other documents given or filed in the above-captioned action be given and served upon the undersigned attorney.

Dated:  June 8, 2021                Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:  */s/ Timothy J. Peter*
Timothy J. Peter (*pro hac vice*)
1617 John F. Kennedy Boulevard, Suite 1550
Philadelphia, PA 19103
Tel:  (215) 277-5770
Fax:  (215) 277-5771
Email:  tpeter@faruqilaw.com