# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

In re Hain Celestial Heavy Metals Baby Food Litigation

This Document Relates to *Lawson v. Hain Celestial Group, Inc.*; Case No. 2:21-cv-02986

CASE NO. 2:21-cv-0678-JS-AYS

**CLASS ACTION**

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

956532.1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-02986 (KAM)(JMW)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  HAIN CELESTIAL GROUP, INC.
c/o CT Corporation System, Agent for Service

was received by me on *(date)*  06/01/21

☐ I personally served the summons on the individual at *(place)*

on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*  , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  RANDALL UMPIERRE, Authorized Personnel  , who is

designated by law to accept service of process on behalf of *(name of organization)*  HAIN CELESTIAL GROUP, INC.

through CT Corporation System, Agent for Service,  on *(date)*  06/02/21 at 4:45PM  ; or

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify):*

My fees are $              for travel and $              for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date:  06/11/21

*Server's signature*

Jack Johnson
Process Server
Lic. No. 2037237

JACK JOHNSON, NY Process Server
*Printed name and title*

c/o Express Network - (213) 975-9850 -
1605 W. Olympic Blvd., #800, Los Angeles, CA 90015
*Server's address*

Additional information regarding attempted service, etc:

List of Documents served: Summons; Class Action Complaint; Civil Cover Sheet;
Notice of Motion to Admit Pro Hac Vice; Rule 73 Notice

peasi-0147231.cc