UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates To: All Actions | Case No.: 2:21-cv-00678-JS-AYS<br><br>NOTICE OF WITHDRAWAL OF MOTION TO APPOINT GARY F. LYNCH AS INTERIM CO-LEAD CLASS COUNSEL (ECF NO. 64) |

**PLEASE TAKE NOTICE** that Gary F. Lynch of Carlson Lynch, LLP hereby withdraws his own application for appointment as Interim Co-Lead Class Counsel (ECF No. 64) in the above-referenced matter. Mr. Lynch's co-applicants, Jeffrey K. Brown of Leeds Brown Law, P.C. and Judge John G. Marks (Ret.)., intend to move forward with their own applications for the Court's consideration.

Dated: June 17, 2021

           **CARLSON LYNCH, LLP**

      By: */s/ Gary F. Lynch*
         Gary F. Lynch
         1133 Penn Avenue, Floor 5
         Pittsburgh, PA 15222
         Tel. 412-322-9243
         Fax: 412-231-0246
         glynch@carlsonlynch.com

         *Attorneys for Plaintiffs*
         *Lisa Gray and Heather Age*