UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

In re: Hain Celestial Heavy Metals Baby Food Litigation Plaintiff(s),

v.

Defendant(s).

---

Case No.: 21-cv-0678

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, Rosemary M. Rivas, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Gibbs Law Group LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 209147
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 21-cv-0678 for Plaintiffs Philippe and Rose.

Date 6-23-21
Tracy, CA

Signature of Movant *Rosey Rivas*
Firm Name Gibbs Law Group LLP
Address 505 14th Street, Suite 1110
Oakland, CA 94612

Email rmr@classlawgroup.com
Phone (510) 350-9700

**NOTARIZED**

See Attached "California Notary Certificate"
Rajpreet Basra, Notary Public
06.23.2021

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __San Joaquin__ )

On __June 23, 2021__, before me, __RAJPREET BASRA, Notary Public__,
   Date            Here Insert Name and Title of the Officer
personally appeared __Rosemary M. Rivas__
            Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: RAJPREET BASRA, Notary Public - California, San Joaquin County, Commission # 2276814, My Comm. Expires Mar 6, 2023]

Signature __Rajpreet Basra__
     Signature of Notary Public

Place Notary Seal Above

---OPTIONAL---

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Affidavit in Support of Motion to Admit Counsel__
Document Date: __06/23/21__    Number of Pages: __1__
Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ROSEMARY MEDELLIN RIVAS*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that* **ROSEMARY MEDELLIN RIVAS, #209147**, *was on the* **4th** *day of* **DECEMBER 2000,** *duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 22nd day of June 2021.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Max Alfaro, Deputy Clerk*