UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re: Hain Celestial Heavy Metals Baby Food Litigation

21-cv-0678

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

----------------------------------------------------------X

TO:    Opposing Counsel
        Dean Panos, Kate Spelman

        Alexander Smith

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Mark H. Troutman__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Gibbs Law Group LLP__ and a member in good standing of the bar(s) of the State(s) of __Ohio__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiffs__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 6/22/21

Respectfully submitted,

*/s/ Mark H. Troutman*

Signature of Movant
Firm Name: Gibbs Law Group LLP
Address: 505 14th Street, Suite 1110
        Oakland, CA 94612
Email: mht@classlawgroup.com
Phone: (510) 350-9700