UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

In re: Hain Celestial Heavy Metals Baby Food Litigation     Plaintiff(s),

v.

Defendant(s).

---

21-cv-0678

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

I, Mark H. Troutman, being duly sworn, hereby depose and say as follows:

1. I am a(n) Counsel with the law firm of Gibbs Law Group LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Ohio.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 0076390
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 21-cv-0678 for Plaintiffs, Philippe and Rose.

Date June 22, 2021
Powell, OH

*[signature]* Christopher Orndorff
**NOTARIZED**
CHRISTOPHER D. ORNDORFF
NOTARY PUBLIC, STATE OF OHIO
DELAWARE COUNTY
Commission Expires 10/06/25

*[signature]* Mark H. Troutman
Signature of Movant
Firm Name Gibbs Law Group LLP
Address 505 14th Street, Suite 1110
Oakland, CA 94612

Email mht@classlawgroup.com
Phone (510) 350-9700

 THE SUPREME COURT *of* OHIO

CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, Mark Hayden Troutman (Attorney Reg. No. 0076390) was admitted to the practice of law in Ohio on November 10, 2003; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio do not indicate that the Board of Professional Conduct has filed a report recommending that the Supreme Court impose discipline against Mark Hayden Troutman pursuant to Gov.Bar R. V ("Disciplinary Procedure"). I further certify that the records of the Clerk's Office do not indicate that the Supreme Court has imposed discipline against Mark Hayden Troutman pursuant to Gov.Bar R. V. I further certify that the records of the Clerk's Office do not indicate that a disciplinary matter was or is currently pending against Mark Hayden Troutman with the Supreme Court.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 22nd day of June, 2021.

GINA WHITE PALMER
*Director, Attorney Services Division*

Shannon B. Scheid
Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2021-06-22-1
Verify by email: GoodStandingRequests@sc.ohio.gov