**353 NORTH CLARK STREET, CHICAGO, IL 60654**

**JENNER&BLOCK** LLP

June 23, 2021

Dean N. Panos
Tel +1 312 923 2765
dpanos@jenner.com

**VIA ECF**

The Honorable Joanna Seybert
United States District Judge
U.S.D.C., Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, NY 11722

Re:     *In re Hain Celestial Heavy Metals Baby Food Litigation*, Case No. 2:21-cv-678-JS-AYS
        Request for Consolidation of Related Case

Dear Judge Seybert:

I represent Defendant The Hain Celestial Group, Inc. in the above-referenced action.  I write to notify the Court of the filing of *Boulware v. Hain Celestial Group, Inc.*, Case No. 2:21-cv-3511, which asserts "consumer protection type claims" against Hain Celestial and not against any other defendant.  A copy of the complaint is attached as Exhibit A.

Pursuant to the Court's order consolidating all similar consumer fraud actions against Hain Celestial into a single Consolidated Action (ECF No. 47), Hain Celestial respectfully requests that the *Boulware* action—which post-dates the filing of the *Stewart* plaintiffs' motion for consolidation—be consolidated into the Consolidated Action.

Respectfully submitted,

/s/ Dean N. Panos     ____
        Dean N. Panos

**CHICAGO  LONDON  LOS ANGELES  NEW YORK  WASHINGTON, DC**             **WWW.JENNER.COM**