# LOCKRIDGE GRINDAL NAUEN
### P.L.L.P.

Attorneys at Law

*www.locklaw.com*

**Rebecca A. Peterson**
rapeterson@locklaw.com
Phone:  612-339-6900

**MINNEAPOLIS**
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

June 23, 2021

**VIA ECF ONLY**
The Honorable Joanna Seybert
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

     Re:    *In re Hain Celestial Heavy Metals Baby Food Litig.*
              Civil Action No.:  2:21-cv-00678-JS-AYS (E.D. N.Y.)
              **Request to Correct the Record**

Dear Judge Seybert:

Plaintiffs Nicole Stewart, Elizabeth Agramonte, Summer Apicella, Charlotte Willoughby, Lee Boyd, Kelly McKeon, Renee Bryan, Marilyn Cason, Najah Henry, Chanel Jackson, Alexis Dias, and Holly Buffinton (collectively, the "Stewart Movants"), by and through their counsel, respectfully request permission to file a sur-reply to correct the record before the Court.

In the Reply In Support Of Motion For Appointment Of Cohen Milstein Sellers & Toll PLLC And Gibbs Law Group LLP As Interim Counsel (Dkt. 94 at 6, fn.3), Cohen Milstein and Gibbs Law stated that attorneys for the Stewart Movants were counsel of record in *Loeb v. Champion Petfoods USA, Inc., et. al.,* 359 F. Supp. 3d 597 (E.D. Wis. 2019). That is not the case. To the contrary, counsel for the Stewart Movants were not counsel of record or involved at all in the *Loeb v. Champion Petfoods* case.

If the Court grants this request to file a sur-reply, the Stewart Movants rely on this letter motion unless the Court deems additional briefing necessary.

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Rebecca A. Peterson

RAP/brg
cc:    All Counsel (via ECF)

560379.1