United States District Court
Eastern District of New York

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

**21-CV-3511**

1) indicated that this case is related to the following case(s):

21-CV-678

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to