

June 24, 2021

**VIA ECF**

The Honorable Joanna Seybert
United States District Judge
U.S.D.C., Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, NY 11722

      Re:    *In re Hain Celestial Heavy Metals Baby Food Litigation*,
                **Case No. 2:21-cv-00678-JS-AYS**
                **Clarification to ECF No. 94**

Dear Judge Seybert:

      This letter responds to the Stewart Movants' letter of June 23, 2021 asking to file a sur-reply to correct the record. Unfortunately, the correction requested was incomplete.

      In the Reply In Support of Motion for Appointment Of Cohen Milstein Sellers & Toll PLLC And Gibbs Law Group LLP As Interim Counsel (ECF No. 94), we inadvertently cited to the wrong case in footnote 3 on page 6. The correct case name and citation is *Weaver v. Champion Petfoods USA, Inc., et al.*, 471 F. Supp. 3d 876 (E.D. Wis. 2020), not *Loeb v. Champion Petfoods USA, Inc., et al.*, 359 F. Supp. 3d 597 (E.D. Wis. 2019). The parenthetical remains the same.

      I apologize to the Court and counsel for the Stewart Movants for the error and inconvenience.

                                          Respectfully Submitted,

                                          Rosemary M. Rivas