## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

## CENTRAL ISLIP DIVISION

| | |
|---|---|
| *IN RE:* HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates To:<br><br>No. 2:21-cv-00944 (*Baumgarten*) | No. 2:21-cv-00678-JS-AYS |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

  I, George V. Granade, certify that I am admitted to practice in this Court. Please enter my appearance as counsel in the above-captioned case for Plaintiff Leiba Baumgarten.

Date: June 24, 2021            Respectfully submitted,

                      **REESE LLP**

                     By: */s/ George V. Granade*
                       George V. Granade
                       8484 Wilshire Boulevard, Suite 515
                       Los Angeles, California 90211
                       Telephone: (310) 393-0070
                       Facsimile: (212) 253-4272

                       *Counsel for Plaintiff Leiba Baumgarten and the Proposed Class*