

June 28, 2021

**VIA ECF**
Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

Re: *In re Hain Celestial Heavy Metals Baby Food Litigation*
Case No.: 2:21-cv-00678-JS-AYS

Dear Judge Seybert:

The undersigned write on behalf of Consolidated Plaintiff Nikeita Boulware ("Boulware") to express support for the *Mays* Plaintiffs' Group as interim lead counsel, liaison counsel, and executive committee in this matter (ECF No. 66). After reviewing the filings, and comparing the relative experience outlined in the filings, Boulware believes that the *Mays* Group is the best qualified to lead the case and protect her interests.

Given the *Mays* Group's experience in consumer class actions, food litigation and specifically baby food litigation in this District, they stand out as the most qualified, among a talented field of applicants, to lead the case to successful resolution and protect the interests of the classes, including that of Boulware. *See Hasemann v. Gerber Products Co.*, 331 F.R.D. 239 (E.D.N.Y 2019)(certifying classes of purchasers of baby food products). In addition, it is evident that the *Mays* Group has done substantial work on the case to date from their filings and has pursued the case with diligence and a high level of skill consistent with the factors outlined in Fed. R. Civ. P. 23. Therefore, the undersigned request that the Court grant the Motion of the *Mays*' Plaintiffs and adopt their leadership structure in full.

Sincerely,

**Morea Schwartz Bradham**            **Anastopoulo Law Firm, LLC**
**Friedman & Brown LLP**


/s/ Peter B. Katzman
Peter B. Katzman                       Roy T. Willey IV*
John M. Bradham                        Eric M. Poulin*
                                       Blake G. Abbott*
                                       Jarrett W. Withrow*
                                            *Pro Hac Vice Forthcoming