UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates to:<br><br>No. 1:21-cv-00870 (M. Walls) | Case No. 2:21-cv-00678-JS-AYS |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, upon the accompanying affidavits of William C. Carmody, Steven M. Shepard and Arun S. Subramanian, I hereby move this Court, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Eastern District of New York, for an Order (1) permitting the withdrawals of William C. Carmody, Steven M. Shepard and Arun S. Subramanian as counsel for Plaintiffs in the above-captioned matter and (2) removing these attorneys from the Case Management/Electronic Case Filed (CM/ECF) notification list in this matter.

Plaintiffs will continue to be represented by attorney Christopher K. Leung of Pollock Cohen L.L.P.

Dated: June 29, 2021

Respectfully submitted,

**SUSMAN GODFREY, L.L.P.**

By: */s/ Steven M. Shepard*
Steven M. Shepard
William Christopher Carmody
Arun Subramanian
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019

Telephone: (212) 729-2010
Facsimile: (212) 336-8340
sshepard@susmangodfrey.com
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com

*Attorneys for Plaintiff, Michelle Walls*

## **CERTIFICATE OF SERVICE**

Steven M. Shepard, an attorney, hereby certifies that he caused the above and foregoing *Motion for Leave to Withdraw as Counsel of Record* to be served upon counsel of record in this case via the CM/ECF System on this day June 29, 2021

*/s/ Steven M. Shepard*
Steven M. Shepard