UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

*IN RE: HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION*

This Document Relates to:

No. 1:21-cv-00870 (M. Walls)

Case No. 2:21-cv-00678-JS-AYS

---

**AFFIDAVIT OF STEVEN M. SHEPARD IN SUPPORT OF**
**MOTION TO WITHDRAW**

1. I am an attorney licensed to practice before this Court and an attorney of record for Plaintiffs, Michelle Walls and N.W., a minor child, in the above captioned matter. Consistent with Local Civil Rule 1.4 I submit this affidavit in support of my motion to withdraw as counsel of record for Plaintiffs.

2. My withdrawal will not impact any deadlines in this case.

3. I am not asserting a retaining or charging lien in connection with withdrawal.

4. Plaintiffs will continue to be represented by their other attorney of record, Christopher K. Leung, at the law firm of Pollock Cohen L.L.P.

5. A copy of this motion will be served upon the client and all other parties.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 29, 2021

Respectfully submitted,

**SUSMAN GODFREY, L.L.P.**

By: */s/ Steven M. Shepard*
Steven M. Shepard