**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *IN RE: HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION*<br><br>This Document Relates to:<br><br>No. 1:21-cv-00870 (M. Walls) | Case No. 2:21-cv-00678-JS-AYS |

# [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

The motion of William C. Carmody, Steven M. Shepard and Arun S. Subramanian to withdraw as counsel to Plaintiffs Michelle Walls and N.W. in the above-captioned action, and to be removed from the CM/ECF service list for this matter, is **GRANTED**.

SO ORDERED.

Dated:_____     _____
                                      Hon. Joanna Seybert
                                      United States District Judge