UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

In re: Hain Celestial Heavy Metals Baby Food Litigation Plaintiff(s),

v.

Defendant(s).

21-cv-0678

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Rosanne L. Mah, being duly sworn, hereby depose and say as follows:

1. I am a(n) Counsel with the law firm of Gibbs Law Group LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 242628
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 21-cv-0678 for Plaintiffs, Philippe and Rose.

Date 7/7/2021
Oakland, CA

Signature of Movant
Firm Name Gibbs Law Group LLP
Address 505 14th Street, Suite 1110
Oakland, CA 94612

Email rlm@classlawgroup.com
Phone (510) 350-9700

**NOTARIZED**

PLEASE SEE ATTACHED NOTARY CERTIFICATE

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Alameda__ } s.s.

Subscribed and sworn to (or affirmed) before me on this __7th__ day of __July__, 20__21__, by __Rosanne L. Mah__ and
Name of Signer (1)

_____—_____, proved to me on the basis of
Name of Signer (2)

satisfactory evidence to be the person(s) who appeared before me.

_[signature]_
Signature of Notary Public

__Sushma Lama, Comm #2237813__
For other required information (Notary Name, Commission No. etc.)

SUSHMA LAMA
COMM #2237813
NOTARY PUBLIC·CALIFORNIA
ALAMEDA COUNTY
COMMISSION EXP. APR 13, 2022

Seal

──── OPTIONAL INFORMATION ────

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

## Description of Attached Document

The certificate is attached to a document titled/for the purpose of

__Affidavit in Support of Motion to Admit Counsel__

containing _____ pages, and dated _____

### Additional Information

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:

Page # _____   Entry # _____

Notary contact: _____

Other

☐ Affiant(s) Thumbprint(s)   ☐ Describe: _____

© 2009-2015 Notary Learning Center - All Rights Reserved    You can purchase copies of this form from our web site at www.TheNotarysStore.com



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>*ROSANNE LEIGH MAH*</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ROSANNE LEIGH MAH, **#242628**, was on the **1st** day of **JUNE 2006,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 22nd day of June 2021.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Max Alfaro, Deputy Clerk

