UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X
In re HAIN CELESTIAL HEAVY METALS          Case No. 2:21-CV-0678 (JS) (AYS)
BABY FOOD LITIGATION

                                                        NOTICE OF MOTION
                                                        TO ADMIT COUNSEL
                                                        PRO HAC VICE

----------------------------------------------------------X

TO:    Dean Panos, Kate Spelman, and Alexander Smith,

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I Blake G. Abbott will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District courts for the Southern and Eastern District of New York for an order allowing the admission of movant, a member of the firm of Anastopoulo Law Firm, LLC and a member in good standing of the bars of the States of North Carolina and South Carolina, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Nikeita Boulware.  There are no pending disciplinary proceedings against me in any state or federal court.

                                                        Respectfully submitted,

Dated: July 9, 2021                    /s/ *Blake G. Abbott*
                                                        Blake G. Abbott
                                                        ANASTOPOULO LAW FIRM, LLC
                                                        32 Ann Street
                                                        Charleston, SC 29403
                                                        Email: blake@akimlawfirm.com
                                                        Tel: (843) 614-8888