UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re HAIN CELESTIAL HEAVY METALS      Case No. 2:21-CV-0678 (JS) (AYS)
BABY FOOD LITIGATION

PROPOSED ORDER GRANTING
MOTION FOR ADMISSION
PRO HAC VICE

---------------------------------------------------------X

The motion of Blake G. Abbott for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of South Carolina and North Carolina; and that his contact information is as follows:

> Blake G. Abbott
> Anastopoulo Law Firm, LLC
> 32 Ann Street
> Charleston, SC 29403
> (843) 614-8888
> (843) 494-5536

Having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Nikeita Boulware in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____       _____

                                                                   Magistrate Judge Anne Y. Shields