UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

In re HAIN CELESTIAL HEAVY METALS
BABY FOOD LITIGATION

Case No. 2:21-CV-0678 (JS) (AYS)

AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

----------------------------------------------------------X

I, Blake G. Abbott, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Anastopoulo Law Firm, LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the states of North Carolina and South Carolina.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I have never been convicted of a felony.
6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.
7. Attorney Registration Number: North Carolina: 57190; South Carolina: 104423.
8. Wherefore, your affiant respectfully submits that he is permitted to appear as counsel and advocate *pro hac vice* in case 2:21-CV-0678 for Plaintiff Nikeita Boulware.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___9th___ DAY

OF __July__ , 20 _21_.

_____
Notary Public for South Carolina
My Commission Expires:

__7/25/2029__

Blake G. Abbott
ANASTOPOULO LAW FIRM, LLC
32 Ann Street
Charleston, SC 29403
Email: blake@akimlawfirm.com
Tel: (843) 614-8888

Monica Toomer
NOTARY PUBLIC
State of South Carolina
My Commission Expires 7/25/2029