# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Blake Garrett Abbott was duly sworn and admitted as an attorney in this state on April 20, 2020, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY _Margaret C. McGee_

DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

June 22, 2021