UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re HAIN CELESTIAL HEAVY METALS    Case No. 2:21-CV-0678 (JS) (AYS)
BABY FOOD LITIGATION

                                                                           NOTICE OF APPEARANCE OF
                                                                             BLAKE G. ABBOTT

---------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel of record for plaintiff Nikeita Boulware. The undersigned certifies that he is admitted *pro hac vice* to practice in this Court, and requests that all notices, pleadings and other documents given or filed in the above-captioned action be given and served upon the undersigned attorney.

Dated: July 13, 2021

                                                                             Respectfully submitted,

                                                                             /s/ *Blake G. Abbott*
                                                                             Blake G. Abbott
                                                                             ANASTOPOULO LAW FIRM, LLC
                                                                             32 Ann Street
                                                                             Charleston, SC 29403
                                                                              Email: blake@akimlawfirm.com
                                                                             Tel: (843) 614-8888