United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

   2:21    CV  03915 (DG)(ST)

1) indicated that this case is related to the following case(s):

| | |
|---|---|
| 2:21 | CV 00678 (JS)(AYS) |
| 2:21 | CV 00758 (JS)(SIL) |
| 2:21 | CV 00805 (SJF)(SIL) |
| 2:21 | CV 00884 (JS)(AKT) |
| 2:21 | CV 00938 (JMA)(SIL) |
| 2:21 | CV 00944 (JMA)(ST) |
| 2:21 | CV 00970 (SJF)(ARL) |
| 2:21 | CV 01045 (GRB)(AKT) |
| 2:21 | CV 01062 (GRB)(ST) |
| 2:21 | CV 01067 (JS)(AYS) |
| 2:21 | CV 01076 (JS)(AYS) |
| 2:21 | CV 01269 (FB)(AYS) |
| 2:21 | CV 01293 (GRB)(ST) |
| 2:21 | CV 01569 (JS)(SIL) |
| 2:21 | CV 01621 (JS)(AYS) |
| 2:21 | CV 02983 (JS)(AYS) |
| 2:21 | CV 02986 (JS)(AYS) |
| 2:21 | CV 03511 (JS)(AYS) |
| 2:21 | CV 03708 (JS)(AYS) |