UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION, | Case No. 2:21-CV-00678-JS-AYS<br><br>NOTICE OF APPEARANCE OF ROSANNE L. MAH |

**PLEASE TAKE NOTICE** that the undersigned attorney appears as counsel of record for Plaintiffs Myjorie Philippe and Alyssa Rose. The undersigned certifies that she is admitted *pro hac vice* to practice in this Court, and requests that all notices, pleadings, and other documents given or filed in the above-captioned action be given and served upon the undersigned attorney.

DATED: July 15, 2021

Respectfully submitted,

**GIBBS LAW GROUP LLP**

*/s/ Rosanne L. Mah*
Rosanne L. Mah (*pro hac vice*)
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: rlm@classlawgroup.com

*Attorneys for Plaintiffs Myjorie Philippe and Alyssa Rose*