353 NORTH CLARK STREET, CHICAGO, IL 60654

JENNER&BLOCK LLP

August 9, 2021

Dean N. Panos
Tel +1 312 923 2765
dpanos@jenner.com

**VIA ECF**

The Honorable Joanna Seybert
United States District Judge
U.S.D.C., Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, NY 11722

Re:   *In re Hain Celestial Heavy Metals Baby Food Litigation*, Case No. 2:21-cv-678-JS-AYS
       Request for Consolidation of Related Case

Dear Judge Seybert:

    I represent Defendant The Hain Celestial Group, Inc. in the above-referenced action. I write to notify the Court of the filing of *Garces v. Hain Celestial Group, Inc.*, Case No. 1:21-cv-4459-ENV-RER. The *Garces* action asserts "consumer protection type claims" against Hain Celestial, and not against any other defendant, that relate to the alleged presence of heavy metals in Hain Celestial's baby foods. A copy of the complaint is attached as Exhibit A.

    Pursuant to the Court's order consolidating all similar consumer fraud actions against Hain Celestial into a single Consolidated Action (ECF No. 47), Hain Celestial respectfully requests that the *Garces* action—which was filed after this Court's consolidation order—be consolidated into the Consolidated Action.

Respectfully submitted,

/s/ Dean N. Panos
    Dean N. Panos