UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION<br><br>This Document Relates To: All Actions | Case No. 2:21-cv-678-JS-AYS |

**[PROPOSED] ORDER: (i) FOR FILING A CONSOLIDATED AMENDED COMPLAINT; (ii) MOTION TO DISMISS (iii) OPPOSITION TO MOTION TO DISMISS AND (iv) REPLY BRIEF**

The following schedule shall govern the filing of Plaintiffs' Consolidated Amended Complaint and briefing on Defendants' anticipated motion to dismiss, Opposition to the Motion to Dismiss, and the Reply Brief:

| Event | Deadline |
|---|---|
| Lead Plaintiffs' Consolidated Amended Complaint ("CAC") | March 18, 2022 |
| Defendant's letter requesting a pre-motion conference on its anticipated Motion to Dismiss. | April 15, 2022 |
| Following the pre-motion conference, Defendant shall have 14 days to file its Motion to Dismiss | TBD |
| Plaintiffs shall have 28 days from the filing of Defendant's Motion to Dismiss to file their Opposition. | TBD |
| Case Management Conference | TBD |
| Defendant shall have 28 days from the filing of Plaintiffs' Opposition to file a Reply in support of its Motion to Dismiss. | TBD |

**IT IS SO ORDERED.**

Dated: _____, 2022

                                                    _____
                                                    Honorable Anne E. Shields
                                                    United States District Court Magistrate Judge