# Exhibit A

"Baby Foods" collectively refers to the following Earth's Best products:

- Earth's Best Apple & Plums Organic Baby Food Stage 2;
- Earth's Best Apple Apricot Organic Baby Food Stage 2;
- Earth's Best Apple Butternut Squash Organic Baby Food Stage 2;
- Earth's Best Apple Cinnamon Oatmeal Organic Baby Food Stage 3;
- Earth's Best Apples & Blueberries Organic Baby Food Stage 2;
- Earth's Best Apples Organic Baby Food Stage 2;
- Earth's Best Apples Organic Baby Food;
- Earth's Best Banana Mango Organic Baby Food Stage 2;
- Earth's Best Banana Peach Raspberry Organic Baby Food Stage 2;
- Earth's Best Bananas Organic Baby Food Stage 2;
- Earth's Best Carrots Organic Baby Food Stage 2;
- Earth's Best Chicken & Rice Organic Baby Food Stage 2;
- Earth's Best Chicken and Brown Rice Organic Baby Food Stage 2;
- Earth's Best Chicken Pot Pie Homestyle Meal Puree Pouch;
- Earth's Best First Carrots Organic Baby Food Stage 1;
- Earth's Best First Peas Organic Baby Food Stage 1;
- Earth's Best First Pears Organic Baby Food;
- Earth's Best First Sweet Potatoes Organic Baby Food Stage 1;
- Earth's Best Organic Apple Peach Oatmeal Fruit & Grain Puree Pouch;
- Earth's Best Organic Apple Raisin Flax & Oat Wholesome Breakfast Puree Pouch;
- Earth's Best Organic Apple Strawberry Baby Food Puree Pouch;
- Earth's Best Organic Apple Sweet Potato Pumpkin & Blueberry Baby Food Puree Pouch;
- Earth's Best Organic Banana Apricot Pumpkin with Yogurt, Oat and Quinoa Wholesome Breakfast Puree Pouch;
- Earth's Best Organic Banana Blueberry Baby Food Puree Pouch;
- Earth's Best Organic Banana Raspberry & Brown Rice Fruit & Grain Puree Pouch;
- Earth's Best Organic Blueberry Banana Flax & Oat Wholesome Breakfast Puree Pouch;
- Earth's Best Organic Rice Cereal;
- Earth's Best Organic Brown Rice Cereal;
- Earth's Best Organic Butternut Squash Pear Baby Food Puree Pouch;
- Earth's Best Organic Carrots & Broccoli Veggie Puree Pouch;
- Earth's Best Organic Chicken Casserole with Vegetables & Rice Homestyle Meal Puree Pouch;
- Earth's Best Organic Corn and Butternut Squash;
- Earth's Best Organic Dairy Infant Formula with Iron;
- Earth's Best Organic Fruit Yogurt Smoothie Apple Blueberry Pouch;
- Earth's Best Organic Fruit Yogurt Smoothie Mixed Berry Pouch;
- Earth's Best Organic Fruit Yogurt Smoothie Peach Banana Pouch;
- Earth's Best Organic Fruit Yogurt Smoothie Pear Mango Pouch;

- Earth's Best Organic Fruit Yogurt Smoothie Pineapple Orange Banana Pouch;
- Earth's Best Organic Fruit Yogurt Smoothie Strawberry Banana Pouch;
- Earth's Best Organic Orange Banana Baby Food Puree Pouch;
- Earth's Best Organic Peach Mango Baby Food Puree Pouch;
- Earth's Best Organic Pear Carrot Apricot Baby Food Puree Pouch;
- Earth's Best Organic Pumpkin & Spinach Veggie Puree Pouch;
- Earth's Best Organic Pumpkin Cranberry Apple Baby Food Puree Pouch;
- Earth's Best Organic Rice Cereal;
- Earth's Best Organic Sensitivity—DHR/ARA Infant Formula with Iron Milk-Based Powder;
- Earth's Best Sweet Potatoes Organic Baby Food;
- Earth's Best Organic Sweet Potato Cinnamon Flax & Oat – Wholesome Breakfast Puree;
- Earth's Best Organic Whole Grain Organic Oatmeal Cereal;
- Earth's Best Organic Whole Grain Organic Multi-Grain Cereal;
- Earth's Best Winter Squash Organic Baby Food;
- Earth's Best Sesame Street Alphabet Cookies;
- Earth's Best Sesame Street Organic Fruit Yogurt Smoothie - Apple Blueberry;
- Earth's Best Sesame Street Organic Peanut Butter Baked Corn Puffs;
- Earth's Best Spinach and Potato Organic Baby Food;
- Earth's Best Sunny Days Snack Bars – Sweet Potato Carrot;
- Earth's Best Organic Turkey Quinoa Apple Sweet Potato, Homestyle Meal Puree
- Earth's Best Variety Packs