# Exhibit D



FDA Testing Result Investigation
August 1, 2019

*Confidential Business Information – Not Subject to Freedom of Information Act*

**Confidential Business Information**　　　　　　　　　　　　　　　　　　　　**Hain-000154**


**Confidential Business Information** Hain-000155

# Agenda



- Earth's Best Background
- Earth's Best Rice Cereal Manufacturing
  - Components
  - Supply Chain
- Organic Brown Rice Flour Testing History
- Investigation of FDA Results
- Hain Action Items and Next Steps



*Confidential Business Information – Not Subject to Freedom of Information Act*
**Confidential Business Information**  Hain-000156

# Understanding the Earth's Best Mission




We have been cultivating the organic movement for more than 30 years, from responsibly raised protein to sustainably sourced purees. All this with the goal of making better food available to more moms.



At Earth's Best we believe that
Organic Baby Food is a RIGHT, not a privilege.



# Earth's Best Portfolio Overview: Birth to Backpack



       

| Formula | Diapers | Cereal | Jars | Pouches | Toddler Pouches | Snacks | Meals |

# Earth's Best Organic Brown Rice Cereal



**Pyramid (bottom to top):**
- Brown Rice Flour
- Vitamin / Mineral Pre-Mix
- Alpha-amylase

➢ Testing focused on Brown Rice Flour
  - Ingredient Hazard Analysis
    - High Risk of Arsenic presence
  - Dominance in formula (~98%)
  - Sourcing region

➢ Partnership with key Brown Rice supplier
  - 5+ years
  - Training on food safety management principles throughout the supply chain
  - Strong sustainability programs

*Confidential Business Information – Not Subject to Freedom of Information Act*
**Confidential Business Information**

Hain-000159

# Processing and Testing of Rice Cereal



**Rice Receipt & Water Inbound**
- Tested at Eurofins

**Paddy Parboiling**
- Tested at Eurofins

**Milling & Packaged**
- Pre-shipment Samples tested by Hain at Eurofins

**Flour Receipt by Hain**
- Supply Chain PC
- Based on test results & COA

**Processed into Baby Cereal**
- WIP Batch
- Packaged

# Organic Brown Rice Flour Testing History 

> **Brown Rice Flour spec revised based on FDA Guidance in 2016**
> - Decreased pre-shipment acceptance due to Arsenic
> - Decrease in average amount of Arsenic found in pre-shipment samples

| Arsenic Spec Compliance | # Samples Evaluated | Arsenic Spec Acceptance Rate | Avg Arsenic In Spec Samples |
|---|---|---|---|
| **Pre-Guidance (2015-2016)** | 88 | 98% | 98.5 ppb |
| **Post-Guidance (2016-2019)** | 142 | 82% | 69.3 ppb |

*Note: Actual Acceptance Rates are lower; these exclude rejections for non-Arsenic related issues*

*Confidential Business Information – Not Subject to Freedom of Information Act*
**Confidential Business Information**

Hain-000161


# Investigation of FDA Results By Lot Code



| FDA Data | | | | | | Track & Trace Data | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FDA Sample Number | Best By Date | Lot number | FDA FG Inorganic Arsenic (ppb) | Avg FG Result | Estimate % Avg FG Increase from Avg Raw | Packaging Date | WIP Batch | Rice Flour Lot #s | Type of Arsenic Test | Raw Material Results (ppb) | Avg Raw Result |
| 1017814 | | BN A 0636 | 94 | | | 9/8/17 | 199987 | B160004661 | Total Arsenic | 54 | 56.3 |
| | | | | | | | | B160004870 | Total Arsenic | 58 | |
| 1038929 | 3/2/19 | BN C 1139 | 83 | 80.3 | 43% | | | B160004759 | Total Arsenic | 57 | |
| | | | | | | | 197594 | B160004659 | Total Arsenic | 54 | |
| 1039633 | | BN F 1648 | 64 | | | | | B160004870 | Total Arsenic | 58 | |
| | | | | | | | | B160004759 | Total Arsenic | 57 | |
| 1039750 | 3/8/19 | BN E | 74 | 74.0 | 29% | 9/14/17 | 200408 | B160004871 | Total Arsenic | 60 | 57.3 |
| | | | | | | | | B160004870 | Total Arsenic | 58 | |
| | | | | | | | | B160004661 | Total Arsenic | 54 | |
| 1041752 | 3/20/19 | BN G | 92 | | | 9/26/17 | | B160005149 | Total Arsenic | 65 | |
| 1037933 | | BN E 1536 | 67 | | | | 200651 | B160004873 | Total Arsenic | 58 | 61.3 |
| 1041751 | | BN B 0832 | 108 | 96.0 | 57% | | | B160005157 | Total Arsenic | 62 | |
| 1038677 | 3/21/19 | BN B 0932 | 116 | | | 9/27/17 | | B160004871 | Total Arsenic | 60 | |
| 1026932 | | BN D 1248 | 97 | | | | | | | | |
| 1044380 | 4/11/19 | BH C | 100 | 100.0 | 69% | 10/18/17 | 201873 | B160005148 | Total Arsenic | 61 | 59.0 |
| | | | | | | | | B160004872 | Total Arsenic | 55 | |
| | | | | | | | | B160005152 | Total Arsenic | 61 | |
| 1024309 | 4/27/19 | BN I 2216 | 129 | 129.0 | 93% | 11/3/17 | 204146 | B160005305 | Total Arsenic | 69 | 67.0 |
| | | | | | | | | B160005306 | Total Arsenic | 76 | |
| | | | | | | | | B160005512 | Total Arsenic | 62 | |
| | | | | | | | | B160005152 | Total Arsenic | 61 | |
| 1024210 | 6/6/19 | BN I 2241 | 94 | | | 12/13/17 | | B160005515 | Total Arsenic | 63 | |
| 547103 | | BN I 2339 | 115 | | | | | | | | |
| 1013927 | 6/7/19 | BN E 1540 | 92 | 101.0 | 61% | 12/14/17 | 206697 | B160005513 | Total Arsenic | 60 | 62.7 |
| 1026516 | | BN H 2123 | 104 | | | | | | | | |
| 1074288 | 6/8/19 | BNE 1406 | 105 | | | 12/15/17 | | B160005150 | Total Arsenic | 65 | |
| 1035738 | 6/13/19 | BN J 0000 | 96 | | | 12/20/17 | | | | | |
| 1047511 | 6/27/19 | BN C 1142 | 100 | 100.0 | 56% | 1/3/18 | 208226 | B160006190 | Inorganic Arsenic | 73 | 64.0 |
| | | | | | | | | B160005581 | Total Arsenic | 55 | |
| 1063061 | 7/19/19 | BN J | 115 | 115.0 | 43% | 1/25/18 | 208594 | B160006189 | Inorganic Arsenic | 81 | 80.5 |
| | | | | | | | | B160006191 | Inorganic Arsenic | 80 | |
| 1027437 | 8/18/19 | BN A 0703 | 97 | 97.0 | 28% | 2/24/18 | 210374 | B160006265 | Inorganic Arsenic | 77 | 75.7 |
| | | | | | | | | B160006263 | Inorganic Arsenic | 74 | |
| | | | | | | | | B160006260 | Inorganic Arsenic | 76 | |
| 784399 | 11/23/19 | BN K 0305 | 108 | 108.0 | 31% | 6/1/18 | 215305 | B160007235 | Inorganic Arsenic | 66 | 82.5 |
| | | | | | | | | B160006755 | Inorganic Arsenic | 99 | |

- Variation amongst Finished Good manufacturing date results

- Brown Rice Flour testing results do not appear to be correlated to finished good results data

- Preliminary investigation indicates Vitamin/Mineral Pre-Mix may be a major contributing factor

- Hain is committed to revalidating all components and processing steps to meet FDA guidance

*Confidential Business Information – Not Subject to Freedom of Information Act*

Confidential Business Information

Hain-000162

# Action Items



- Review entire supply chain testing and methodologies

- Validate minor ingredients impact to Food Safety Plan Hazard Analysis

- Explore alternatives for Brown Rice ingredient to reduce risk

- Revalidation of processing impact on finished goods



# Appendix

Confidential Business Information

# Laboratory Methodology Capabilities



- **Eurofins** – *current testing lab*

> **Arsenic Speciation by IC/ICP-MS (AS_SPEC_S)**  Food Integrity Innovation-Madison
>
> Arsenobetaine represents unretained organic arsenic species. Sums represent the quantifiable results plus the estimated results of any species below LOQ.
>
> FDA Elemental Analysis Manual [Internet]. Silver Spring (MD): Food and Drug Administration (US); Section 4.11 [Version 1.1; 2012 November]. Arsenic Speciation in Rice and Rice Products Using High Performance Liquid Chromatography-Inductively Coupled Plasma-Mass Spectrometric Determination.
>
> Kutscher, D., McSheehy, S., Wills, J., Jensen, D., "IC-ICP-MS Speciation Analysis of As in Apple Juice using the Thermo Scientific iCAP Q ICP-MS,". Thermo Scientific Application Note 43099, (2012).

- **Covance** – *Lab purchased by Eurofins, previously NFL*

> **Arsenic Speciation by IC/ICP-MS (AS_SPEC_S)**  Covance Laboratories - Madison
>
> Arsenobetaine represents unretained organic arsenic species. Sums represent the quantifiable results plus the estimated results of any species below LOQ.
>
> FDA Elemental Analysis Manual [Internet]. Silver Spring (MD): Food and Drug Administration (US); Section 4.11 [Version 1.1; 2012 November]. Arsenic Speciation in Rice and Rice Products Using High Performance Liquid Chromatography-Inductively Coupled Plasma-Mass Spectrometric Determination.
>
> Kutscher, D., McSheehy, S., Wills, J., Jensen, D., "IC-ICP-MS Speciation Analysis of As in Apple Juice using the Thermo Scientific iCAP Q ICP-MS,". Thermo Scientific Application Note 43099, (2012).

*Confidential Business Information – Not Subject to Freedom of Information Act*
**Confidential Business Information**    Hain-000165

# Laboratory Methodology Capabilities

- **Certified Labs** - *historic lab*
  - Total Arsenic

  | ARSENIC (ICP-MS) | 120 ppb | ICP-MS, FDA EAM 4.7 |

  - Speciation of Arsenic

  **ARSENIC SPECIATION**
  | AS (III) | 85 ppb | EAM: SEC 4: ARSENIC |
  | AS (V) | 35 ppb | EAM: SEC 4: ARSENIC |
  | TOTAL INORGANIC | 120 ppb | EAM: SEC 4: ARSENIC |
  | DIMETHYLARSINIC ACID - DMA | <25 ppb | EAM: SEC 4: ARSENIC |
  | MONOMETHYLARSONIC ACID | <25 ppb | EAM: SEC 4: ARSENIC |
  | TOTAL ORGANIC | <25 ppb | EAM: SEC 4: ARSENIC |

- **Deibel Labs** – *approved back-up lab*
  - Total Arsenic

  | Arsenic | 0.098 ppm | ICP-MS | PE-2118 |

  - Speciation of Arsenic

  | Arsenic Inorganic ICP (ppb) | 95 ppb | IC-ICP-MS | n/a |

*Confidential Business Information – Not Subject to Freedom of Information Act*
**Confidential Business Information**
Hain-000166