# Exhibit E

# Deviation Form

| | |
|---|---|
| **Deviation Expiration Date** | |
| **Deviation Number** | 20190236 |
| **Submitted By** | [redacted] |
| **Deviation Status** | Open |
| **Submitted Date** | 11/26/2019, 8:30:00 AM |

## DEVIATION DETAILS

| | |
|---|---|
| **Type \*** | Non-Conforming Product |
| **Reason** | Quality/Compliance Issues |
| **Brand** | Earth's Best |
| **Comments** | Multiple lots of vitamin premix are being tested and we intend to use the ones that theoretically calculate below a 100 ppb in finished product. This is one of the lots 19090122P that indicates acceptable finished good levels when calculated theoretically. |
| **Receiving Facility** | Beech-Nut Foods |

## FINISHED GOOD (FORMULA) INFORMATION

| Finished Good Number(s) | Finished Good Description(s) |
|---|---|
| C90001 | Earth's Best Organic Brown Rice Cereal |

Note: Hover over the options below for more information.

☐ See attached
☐ All Finished Goods for the Receiving Facility selected

## INGREDIENT INFORMATION

| Property | Current | Change |
|---|---|---|
| Resource Number | 5316067 | |
| Resource Description | Vitamin Premix | |
| Supplier | Wright Enrichment Group | |

*Confidential Business Information – Not Subject to Freedom of Information Act*

**Screen Shot of Deviation 20190236 from SharePoint**

| | | |
|---|---|---|
| Ingredient Exp. Date | | |
| Lot Code | 19090122P | |
| Specification | Arsenic: 100 ppb<br>Lead: 100 ppb | Arsenic: 223 ppb<br>Lead: 352 ppb |
| Highest Percentage in Finished Good(s) | 2.08% | |
| Other | | |
| Attachments | Results Vitamin Premix Lot 19090122P.pdf<br>Rice Cereal - December Calculation.xlsx | |

Note: Please attach the following:
- Certificate of Analysis / Test Results
- Hain Specification

### REVIEW HISTORY
### R&D REVIEW

| | | |
|---|---|---|
| Reviewed Date | 11/26/2019 | Select one:<br>● Approved<br>○ Rejected<br>○ Revisions Requested |
| Reviewed By | ■■■■■ | |
| Comments | This deviation does not require R&D approval. | |
| Special Instructions | | |

*Confidential Business Information – Not Subject to Freedom of Information Act*

**Screen Shot of Deviation 20190236 from SharePoint**

## QUALITY & FOOD SAFETY REVIEW

| | | |
|---|---|---|
| Reviewed Date | 11/26/2019 | Select one: |
| Reviewed By | [redacted] | ● Approved<br>○ Rejected<br>○ Revisions Requested |

Comments: Vitamin premix is used at 2.08% in the rice cereal finished good C90001. Upon theoretical calculations including the 10% variation, the arsenic and lead levels in the finished product are below 100 ppb. Attached calculations.

Special Instructions: Note: There are 6 other lots of vitamin premix that are still pending test results. Those lot codes are listed below:

19100151P, 19090125P, 19090127P, 19090126P, 19100081P, 19100150P

Please note that these lots are still pending approval and should not be used without approval and release authorization from Corporate SQA.

This deviation only approves lot code 19090122P.

## REGULATORY REVIEW

| | | |
|---|---|---|
| Reviewed Date | 11/26/2019 | Select one: |
| Reviewed By | [redacted] | ● Approved<br>○ Rejected<br>○ Revisions Requested |

Comments:

Special Instructions:

## FACILITY REVIEW

| | | |
|---|---|---|
| Reviewed Date | 11/26/2019 | Select one: |
| Reviewed By | [redacted] | ● Approved<br>○ Rejected<br>○ Revisions Requested |

Comments: Coman to be notified of this deviation

*Confidential Business Information – Not Subject to Freedom of Information Act*

**Screen Shot of Deviation 20190236 from SharePoint**



| Report Number: | 2699653-0 |
| --- | --- |
| Report Date: | 22-Nov-2019 |
| Report Status: | Final |

## Certificate of Analysis

**Hain Celestial Group**

| Sample Name: | Vitamin Premix Item 5316067 | Eurofins Sample: | 9026492 |
| --- | --- | --- | --- |
| Project ID | HAIN_CLSTL-20191118-0135 | Receipt Date | 16-Nov-2019 |
| PO Number | CVD | Receipt Condition | Ambient temperature |
| Sample Serving Size | | Login Date | 18-Nov-2019 |
| Description | 19090122P | Date Started | 20-Nov-2019 |

| Analysis | Result |
| --- | --- |
| **Arsenic Speciation by IC/ICP-MS** | |
| As from Dimethylarsinic Acid - Organic | <92.9 ppb |
| As from Monomethylarsonic Acid - Organic | <92.9 ppb |
| As from Arsenocholine - Organic | <92.9 ppb |
| As from Arsenobetaine - Organic | <92.9 ppb |
| Sum of As from Inorganic Species | 223 ppb |
| Sum of As from Organic Species | <92.9 ppb |
| **Elements by ICP Mass Spectrometry** | |
| Cadmium | 0.0605 ppm |
| Lead | 0.352 ppm |

| Method References | Testing Location |
| --- | --- |
| **Arsenic Speciation by IC/ICP-MS (AS_SPEC_S)** | **Food Integrity Innovation-Madison** |

Arsenobetaine represents unretained organic arsenic species. Sums represent the quantifiable results plus the estimated results of any species below LOQ.

FDA Elemental Analysis Manual [Internet]. Silver Spring (MD): Food and Drug Administration (US); Section 4.11 [Version 1.1; 2012 November]. Arsenic Speciation in Rice and Rice Products Using High Performance Liquid Chromatography-Inductively Coupled Plasma-Mass Spectrometric Determination.

Kutscher, D., McSheehy, S., Wills, J., Jensen, D., "IC-ICP-MS Speciation Analysis of As in Apple Juice using the Thermo Scientific iCAP Q ICP-MS,". Thermo Scientific Application Note 43099, (2012).

**Elements by ICP Mass Spectrometry (ICP_MS_S)** — **Food Integrity Innovation-Madison**

Official Methods of Analysis, Method 2011.19 and 993.14, AOAC INTERNATIONAL, (Modified).
Pequette, L.H., Szabo, A., Thompson, J.J., "Simultaneous Determination of Chromium, Selenium, and Molybdenum in Nutritional Products by Inductively Coupled Plasma/Mass Spectrometry: Single-Laboratory Validation," Journal of AOAC International, 94(4): 1240 - 1252 (2011).

*Confidential Business Information – Not Subject to Freedom of Information Act*

**Confidential Business Information**  Hain-000151

**Screen Shot of Deviation 20190236 from SharePoint**

| Item | Lot Code | Heavy Metal | Test Value (ppb) | % in formula | Hypothetical Level in finished product (ppb) | |
|---|---|---|---|---|---|---|
| Rice Flour | B160007680 | Inorganic Arsenic | 81.9 | 97.8 | 80.0982 | |
| | | Lead | 17.6 | 97.8 | 17.2128 | |
| | | Cadmium | 18.6 | 97.8 | 18.1908 | |
| Vitamin Premix | 19090122P | Inorganic Arsenic | 223 | 2.08 | 4.6384 | |
| | | Lead | 352 | 2.08 | 7.3216 | |
| | | Cadmium | 60.5 | 2.08 | 1.2584 | |
| | | Theoretical Arsenic | | | 84.7366 | 93.21026 |
| | | Theoretical Lead | | | 24.5344 | 26.98784 |
| | | Theoretical Cadmium | | | 19.4492 | 21.39412 |

*Confidential Business Information – Not Subject to Freedom of Information Act*

**Confidential Business Information**     Hain-000152