IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

IN RE HAIN CELESTIAL HEAVY
METALS BABY FOOD LITIGATION

CASE NO. 3:21-cv-0678-JS-AYS

---

### NOTICE OF PLAINTIFFS EMILY BACCARI, DOMINICK GROSSI, HEATHER HYDEN, HALEY SAMS AND VITO SCAROLA'S VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Emily Baccari, Dominick Grossi, Heather Hyden, Haley Sams and Vito Scarola, plaintiffs in action *Baccari et al. v. Hain Celestial Group, Inc., No. 21-CV-1076 (ED.NY),* consolidated with the above-caption litigation, hereby give notice that they voluntarily dismiss their claims, without prejudice, and without costs.

DATE: April 7, 2022

Respectfully submitted,

*/s/ Steven L. Bloch, Esq.,*
STEVEN L. BLOCH, ESQ.
IAN W. SLOSS, ESQ.
SILVER GOLUB & TEITELL LLP
ONE LANDMARK SQ., 15TH FL
STAMFORD, CT 06901
(203) 325-4491
FAX: (203) 325-3769
sbloch@sgtlaw.com

CERTIFICATION OF SERVICE

I hereby certify that on April 7, 2022, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicted on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ Steven L. Bloch, Esq.,*
                                            STEVEN L. BLOCH, ESQ.