UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION,<br><br>This Document Relates To:<br>*Ojeda v. Hain Celestial Group, Inc.*,<br>2:21-CV-02983-JS-AYS | Case No. 2:21-CV-0678-JS-AYS |

### NOTICE OF PLAINTIFF NOELLE OJEDA'S VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Noelle Ojeda, plaintiff in action *Ojeda v. Hain Celestial Group, Inc.*, No. 2:21-CV-2983-JS-AYS (E.D.N.Y.), consolidated with the above-caption litigation, hereby gives notice that she voluntarily dismisses her claims, without prejudice, and without costs.

Dated: May 10, 2022

Respectfully submitted,

*/s/ Erin Green Comite*
Erin Green Comite
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St., PO Box 192
Colchester, CT 06415
Tel.: (860) 531-2632
ecomite@scott-scott.com

Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-4478
Fax: (212) 233-6334
jguglielmo@scott-scott.com

**HAEGGQUIST & ECK, LLP**
Amber L. Eck (*pro hac vice*)
225 Broadway, Suite 2050
San Diego, CA 92101
Tel.: (619) 342-800

1

Fax: (619 342-7878
ambere@haelaw.com

2

## CERTIFICATE OF SERVICE

I, Erin Green Comite, hereby certify that the foregoing document was filed electronically, on May 10, 2022, through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

                                              /s/ *Erin Green Comite*
                                              Erin Green Comite