UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION,<br><br>This Document Relates To:<br>*Ojeda v. Hain Celestial Group, Inc.*,<br>2:21-CV-02983-JS-AYS | Case No. 2:21-CV-0678-JS-AYS |

### NOTICE OF PLAINTIFF NOELLE OJEDA'S VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Noelle Ojeda, plaintiff in action *Ojeda v. Hain Celestial Group, Inc.*, No. 2:21-CV-2983-JS-AYS (E.D.N.Y.), consolidated with the above-caption litigation, hereby gives notice that she voluntarily dismisses her claims, without prejudice, and without costs.

Dated:  May 10, 2022

Respectfully submitted,

*/s/ Erin Green Comite*
Erin Green Comite
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St., PO Box 192
Colchester, CT 06415
Tel.: (860) 531-2632
ecomite@scott-scott.com

Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-4478
Fax: (212) 233-6334
jguglielmo@scott-scott.com

**HAEGGQUIST & ECK, LLP**
Amber L. Eck (*pro hac vice*)
225 Broadway, Suite 2050
San Diego, CA 92101
Tel.: (619) 342-800

Fax: (619 342-7878
ambere@haelaw.com

**SO ORDERED.**

```
Dated: May 17, 2022            /s/ JOANNA SEYBERT
       Central Islip, New York  Joanna Seybert, U.S.D.J.
```