AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| In re Hain Celestial Heavy Metals Baby Food Litig. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-00678-JS-AYS |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Asyia Andrews                                                                                                              .

Date:  06/09/2022                                    /s/ Danielle Izzo
                                                                          *Attorney's signature*

                                                                 Danielle Izzo (595703)
                                                              *Printed name and bar number*

                                                                  Labaton Sucharow LLP
                                                                        140 Broadway
                                                                   New York, NY 10005

                                                                            *Address*

                                                                   dizzo@labaton.com
                                                                       *E-mail address*

                                                                      (212) 907-0700
                                                                    *Telephone number*

                                                                      (212) 818-0477
                                                                         *FAX number*