## APPENDIX B

# DISCOVERY PLAN WORKSHEET
Tier I Pre-Settlement Discovery
TO BE COMPLETED IN ALL CASES

Deadline for completion of Rule 26(a) initial disclosures
and HIPAA-complaint records authorizations: _____

Completion date for Phase I Discovery
as agreed upon by the parties: _____
(*See paragraph 7 of joint letter requirement*)

Status conference TBD by the court:
(*Generally 15 days post Tier I Discovery*) _____

**Tier II Discovery and Motion Practice**

Motion to join new parties or amend the pleadings:
(*Presumptively 15 days post status conference*) _____

All fact discovery completed by: _____
(*Presumptively 9 months after deadline for
joining parties/amend the pleadings*)

Expert discovery completed by: _____
(*Presumptively 3 months after close of fact
discovery*)

Final date to take first step in dispositive motion practice: _____
(*Parties are directed to consult the District Judge's
individual rules regarding such motion practice.
(Presumptively 30 days after close of discovery*)

Joint Proposed Pretrial Order to be
submitted: _____
(*30 days after dispositive motion
practice deadline*)