| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ENTRY |

| BEFORE: ANNE Y. SHIELDS | DATE: 6/23/2022 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 11:00 AM |
| | FTR:11:02-11:37 |

CASE: **CV 21-678 (JS) (AYS)** In re Hain Celestial Heavy Metals Baby Food Litigation

TYPE OF CONFERENCE: INITIAL

| APPEARANCES: | Plaintiff | Michael Canty |
|---|---|---|
| | | Melissa Nafash |
| | Defendant | Dean Panos |
| | | Alexander Smith |

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐ Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒ Other: Conference held.

SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge