353 NORTH CLARK STREET CHICAGO IL 60654

# JENNER&BLOCK LLP

**VIA EMAIL**

November 7, 2022

Dean N. Panos
Tel. (312) 923-2765
Fax (312) 527-0484
dpanos@jenner.com

Michael Canty (mcanty@labaton.com)
Melissa Nafash (mnafash@labaton.com)
Danielle Izzo (dizzo@labaton.com)
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

RE:    *In re Hain Celestial Heavy Metals Baby Food Litig.*, Case No. 2:21-cv-678-NM-AYS
        Service of Motion to Dismiss and Supporting Papers

Dear Counsel:

Pursuant to Section 5.2.3.1 of the Court's Individual Practice Rules, this letter accompanies the documents Hain Celestial is serving in connection with its motion to dismiss Plaintiffs' Consolidated Amended Class Action Complaint.  Those documents include:

1.  Hain Celestial's Notice of Motion to Dismiss;

2.  Hain Celestial's Memorandum of Law in Support of its Motion to Dismiss; and

3.  Hain Celestial's Request for Judicial Notice, including Exhibits 1–25 thereto and an accompanying chart summarizing the contents of Exhibits 2–22.

Pursuant to Section 5.2.3.1 of the Court's Individual Practice Rules, Hain Celestial will file a copy of its motion papers when the motion is fully briefed and will file a copy of this letter via ECF today.

Very truly yours,

Dean N. Panos
Counsel for Defendant The Hain Celestial Group, Inc.

CC:    The Honorable Nina Morrison (via ECF)