

Michael P. Canty
Partner
212 907 0863  direct
212 907 0700  main
212 883 7063  fax
mcanty@labaton.com

New York Office
140 Broadway
New York, NY 10005

December 22, 2022

**VIA E-MAIL**

Dean N. Panos (dpanos@jenner.com)
Alexander M. Smith (asmith@jenner.com)
353 North Clark Street
Chicago, IL 60654

Kate T. Spelman (kspelman@jenner.com)
515 South Flower Street, Suite 3300
Los Angeles, CA 90071

RE:   *In re Hain Celestial Heavy Metals Baby Food Litig.*, Case No. 2:21-cv-678-NM-AYS – Service of Opposition to Defendant's Motion to Dismiss and Supporting Papers

Dear Counsel:

Pursuant to Section 5.2.3.1 of the Court's Individual Practice Rules, this letter accompanies the documents Plaintiffs are serving in connection with their opposition to Defendant's motion to dismiss Plaintiffs' Consolidated Amended Class Action Complaint. Those documents include:

1. Plaintiffs' Opposition to Defendant's Motion to Dismiss; and

2. Plaintiffs' Opposition to Defendant's Request for Judicial Notice.

Pursuant to Section 5.2.3.1 of the Court's Individual Practice Rules, Plaintiffs will file a copy of its opposition papers when the motion is fully briefed and will file a copy of this letter via ECF today.

Very truly yours,

*/s/ Michael P. Canty*

Michael P. Canty