## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION | Case No. 2:21-cv-00678-NM-AYS<br><br>The Honorable Nina Morrison<br><br>Served: November 7, 2022 |

## THE HAIN CELESTIAL GROUP, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendant The Hain Celestial Group, Inc. moves for an order dismissing Plaintiffs' Consolidated Amended Class Action Complaint, and each cause of action therein, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) because: (1) Plaintiffs' claims implicate issues that fall within the FDA's primary jurisdiction; (2) Plaintiffs have not plausibly alleged a cognizable injury-in-fact sufficient to establish Article III standing; and (3) Plaintiffs have not stated a plausible claim on which relief can be granted.  Hain Celestial seeks dismissal with prejudice and without further leave to amend.

MDLZ's motion is based on this Notice of Motion, the accompanying Memorandum of Law, the accompanying Request for Judicial Notice and Exhibits 1–25 thereto, the chart accompanying Hain Celestial's Request for Judicial Notice, and any further evidence or argument that Hain Celestial may present in its reply brief, in oral argument on this motion, or otherwise.

| | |
|---|---|
| Dated:  November 7, 2022 | Respectfully submitted,<br><br>JENNER & BLOCK LLP<br><br>By: /s/ Dean N. Panos<br>Dean N. Panos (*pro hac vice*)<br>Kate T. Spelman (*pro hac vice* )<br>Alexander M. Smith (*pro hac vice*)<br><br>Attorneys for Defendant<br>The Hain Celestial Group, Inc. |