353 NORTH CLARK STREET CHICAGO IL 60654

JENNER&BLOCK LLP

**VIA ECF**

January 23, 2023

Dean N. Panos
Tel.  (312) 923-2765
Fax  (312) 527-0484
dpanos@jenner.com

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:    *In re Hain Celestial Heavy Metals Baby Food Litig.*, Case No. 2:21-cv-678-NM-AYS

Dear Judge Morrison:

On January 20, 2023, Hain Celestial submitted a copy of the recent decision in *In re Beech-Nut Nutrition Co. Baby Food Litigation* as Exhibit 26 because that opinion was not yet available on Westlaw.  The opinion is now available on Westlaw, and the citation is *In re Beech-Nut Nutrition Co. Baby Food Litig.*, --- F. Supp. 3d ----, 2023 WL 350818 (N.D.N.Y. 2023).

Respectfully submitted,

/s/ Dean N. Panos
    Dean N. Panos
    Counsel for Defendant The Hain Celestial Group, Inc.


CC:    All counsel (via ECF)