# Labaton Sucharow

**Michael P. Canty**
Partner
212 907 0863  direct
212 907 0700  main
212 883 7063  fax
mcanty@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

November 6, 2023

**VIA ECF**

The Honorable Nina Morrison
United States District Judge
U.S.D.C. Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, NY 11201

RE:     *In re Hain Celestial Heavy Metals Baby Food Litigation*, Case No. 2:21-cv-00678-NM-AYS

Dear Judge Morrison:

The parties in the above-captioned action jointly submit this letter pursuant to your May 9, 2023 order.  To date, the Second Circuit has not reached a decision on the appeal of *In re Beech-Nut Nutrition Co. Baby Food Litigation. See* No. 21-cv-133, ECF No. 199 (N.D.N.Y.).  The Second Circuit has scheduled oral argument for the week of January 8, 2024.  *See Thomas v. Beech-Nut Nutrition Co.*, No. 23-220, ECF No. 84 (2d. Cir.).

Very truly yours,

*/s/ Michael P. Canty*
Michael P. Canty
Attorney for Plaintiffs

*/s/ Dean N. Panos*
Dean N. Panos
Attorney for Defendant
The Hain Celestial Group, Inc.