353 NORTH CLARK STREET CHICAGO IL 60654                              JENNER&BLOCK LLP

**VIA ECF**

January 26, 2024

Dean N. Panos
Tel. (312) 923-2765
Fax (312) 527-0484
dpanos@jenner.com

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:  *In re Hain Celestial Heavy Metals Baby Food Litig.*, Case No. 2:21-cv-678-NM-AYS
     Joint Status Report

Dear Judge Morrison:

The parties[1] submit this joint status report pursuant to the Court's May 9, 2023 Minute Order, which stayed this action pending the Second Circuit's decision in *Thomas v. Beech-Nut Nutrition Co.*, No. 23-220, and directed the parties to file a status report once that decision issued. As Plaintiffs advised the Court in their Notice of Recent Decision (ECF No. 196), the Second Circuit issued a summary order in *Beech-Nut* on January 18, 2024. In light of that decision, the parties agree that this Court should lift the stay.

Hain Celestial intends to renew its motion to dismiss Plaintiffs' Consolidated Amended Class Action Complaint, which this Court "denied without prejudice to renew" in light of the stay. The parties do not believe that a pre-motion conference is necessary unless the Court wishes to hold one. If the Court wishes to proceed without a pre-motion conference, the parties propose the following briefing schedule:

- Hain Celestial shall have until February 15, 2024, to serve its renewed motion to dismiss;

- Plaintiffs shall have until March 14, 2024, to serve their opposition to Hain Celestial's motion; and

- Hain Celestial shall have until April 4, 2024, to serve its reply in support of the renewed motion to dismiss.

---

[1] Plaintiffs' counsel, Danielle Izzo, confirmed via email that Plaintiffs concur in the filing of this joint status report and agree to the briefing schedule proposed herein.

The Honorable Nina R. Morrison
United States District Judge
Page 2

The parties will serve and file all motion papers in accordance with the "bundling rule" set forth in Section 5.2.3.1 of the Court's Individual Practice Rules.

Respectfully submitted,

/s/ Dean N. Panos
    Dean N. Panos
    Counsel for Defendant The Hain Celestial Group, Inc.

CC:    All counsel (via ECF)