**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

IN RE HAIN CELESTIAL HEAVY
METALS BABY FOOD LITIGATION

Case No. 2:21-cv-00678-NRM-AYS

The Honorable Nina Morrison

---

**JOINT STIPULATION TO SET DISCOVERY SCHEDULE**

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty
Carol C. Villegas
Melissa H. Nafash
Danielle Izzo
Gloria J. Medina
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
cvillegas@labaton.com
mnafash@labaton.com
dizzo@labaton.com
gmedina@labaton.com

*Appointed Interim Counsel for Plaintiffs*
*and the Proposed Class*

**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2765
Facsimile: (312) 527-0484
dpanos@jenner.com

*Attorneys for Defendant*
*The Hain Celestial Group, Inc.*

Plaintiffs and Defendant in the above captioned action (the "Parties"), hereby stipulate to enter into a discovery schedule.

On December 27, 2024, the Court issued an order granting in part and denying in part Defendant's Motion to Dismiss. ECF No. 213.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Parties will engage in discovery in accordance with the following schedule:

| Date | Deadline |
|---|---|
| June 20, 2025 | Parties' Substantial Completion of Document Discovery |
| September 12, 2025 | Close of Fact Discovery |
| September 26, 2025 | Plaintiffs to file letter motion requesting leave to file a motion for class certification |

If the Court grants Plaintiffs leave to file a motion for class certification, the Parties further agree to engage in expert discovery in accordance with the briefing schedule for the motion for class certification.

For the reasons stated herein, the Parties respectfully submit the above-stipulated schedule for the Court's approval.

Date: January 15, 2025

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

*/s/ Michael P. Canty*
Michael P. Canty
Carol C. Villegas
Melissa H. Nafash
Danielle Izzo
Gloria J. Medina
140 Broadway

New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
cvillegas@labaton.com
mnafash@labaton.com
dizzo@labaton.com
gmedina@labaton.com

*Appointed Interim Counsel for Plaintiffs and the Proposed Class*

**JENNER & BLOCK LLP**

*/s/Dean N. Panos*
Dean N. Panos (*pro hac vice*)
Kate T. Spelman (*pro hac vice*)
Alexander M. Smith (*pro hac vice*)
dpanos@jenner.com
kspelman@jenner.com
asmith@jenner.com
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 923-2765
Fax: (312) 527-0484

*Attorneys for Defendant The Hain Celestial Group, Inc.*

2

| | |
|---|---|
| Rosemary M. Rivas (*pro hac vice*)<br>Mark Troutman (*pro hac vice*)<br>Rosanne L. Mah (*pro hac vice*)<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 110<br>Oakland, California 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>rmr@classlawgroup.com<br>RLM@classlawgroup.com<br>mht@classlawgroup.com<br><br>*Additional Counsel for Plaintiff Myjorie Philippe* | Adam Pollock<br>Anna Menkova<br>**POLLOCK COHEN LLP**<br>111 Broadway, Suite 1804<br>New York, NY 10006<br>Telephone: (212) 337-5361<br>adam@pollockcohen.com<br>anna@pollockcohen.com<br><br>*Additional Counsel for Plaintiffs Jessie McNaughton, Helen Howard, and Cassie Isza* |
| Janine Pollack<br>**CALCATERRA POLLACK LLP**<br>1140 Avenue of the Americas, 9th Floor<br>New York, NY 10036<br>Telephone: (212) 899-1765<br>Facsimile: (332) 206-2073<br>jpollack@calcaterrapollack.com<br><br>Lori G. Feldman<br>**GEORGE GESTEN MCDONALD, PLLC**<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, NY 10520<br>Telephone: (833) 346-3587<br>lfeldman@4-justice.com<br><br>*Additional Counsel for Plaintiffs Lisa Gans and Zeynep Senturk Mannix* | Courtney E. Maccarone<br>Mark Reich<br>**LEVI & KORSINSKY LLP**<br>55 Broadway, 10th Floor<br>New York, NY 10006<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171<br>cmaccarone@zlk.com<br>mreich@zlk.com<br><br>*Additional Counsel for Plaintiffs Shahalis Wilson and Jade Huguenot* |
| Carl Malmstrom<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, New York 10016<br>Telephone: (212) 545-4600<br>Facsimile: (212) 686-0114<br>malmstrom@whafh.com<br><br>*Additional Counsel for Rebecca Bromberg* | |