UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION | Case No. 2:21-cv-00678-NM-AYS<br><br>The Honorable Nina Morrison |

**JOINT STIPULATION TO MODIFY DISCOVERY SCHEDULE**

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty
Carol C. Villegas
Danielle Izzo
Michael Hotz
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
cvillegas@labaton.com
dizzo@labaton.com
mhotz@labaton.com

*Appointed Interim Counsel for Plaintiffs and the Proposed Class*

**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2765
Facsimile: (312) 527-0484
dpanos@jenner.com

*Attorneys for Defendant The Hain Celestial Group, Inc.*

WHEREAS:

1.  On December 27, 2024, the Court issued an order granting in part and denying in part Defendant The Hain Celestial Group, Inc.'s ("Hain Celestial's") motion to dismiss. ECF No. 213.

2.  On January 15, 2025, Plaintiffs and Hain Celestial (the "Parties") jointly stipulated to the entry of a discovery schedule, which contemplated the substantial completion of document discovery by June 20, 2025.

3.  The Parties have worked cooperatively to resolve their disagreements over discovery issues, and Hain Celestial has commenced its rolling production of documents. The Parties nonetheless agree that the current deadline of June 20, 2025 for the substantial completion of document discovery is not realistic given the volume of documents left to produce and the parties' outstanding disagreements regarding various discovery issues. The Parties believe that a continuance of the discovery schedule will give Hain Celestial adequate time to complete its rolling production of documents and for the parties to resolve any outstanding discovery disputes.

4.  The Parties therefore stipulate to modify the discovery schedule to continue the deadline for the substantial completion of document discovery by approximately nine weeks until August 23, 2025. The Parties have also agreed to continue the remaining deadlines in the discovery schedule by the same period of time, such that fact discovery will close on October 31, 2025 and Plaintiffs' deadline to file a letter requesting leave to file a motion for class certification will be November 21, 2025.

5.  This is the Parties' first request for a modification of the discovery schedule, and the requested modification will not affect any other deadlines set by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the discovery schedule be modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Parties' Substantial Completion of Document Discovery | June 20, 2025 | August 23, 2025 |
| Close of Fact Discovery | August 29, 2025 | October 31, 2025 |
| Plaintiffs to file letter motion requesting leave to file a motion for class certification | September 19, 2025 | November 21, 2025 |

Date: June 20, 2025

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

*/s/ Danielle Izzo (with permission)*
Michael P. Canty
Carol C. Villegas
Danielle Izzo
Michael Hotz
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
cvillegas@labaton.com
dizzo@labaton.com
mhotz@labaton.com

*Appointed Interim Counsel for Plaintiffs and the Proposed Class*

**JENNER & BLOCK LLP**

*/s/ Dean N. Panos*
Dean N. Panos
Jenner & Block LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2765
Facsimile: (312) 527-0484
dpanos@jenner.com

Kate T. Spelman
Alexander M. Smith
Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
kspelman@jenner.com
asmith@jenner.com

*Counsel for Defendant*
*The Hain Celestial Group, Inc.*

2

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on June 20, 2025 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated:  June 20, 2025                              By:  _____/s/ Dean N. Panos_____
                                                                        Dean N. Panos