**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION | Case No. 2:21-cv-00678-NRM-AYS<br><br>The Honorable Nina Morrison |

**JOINT STIPULATION TO MODIFY DISCOVERY SCHEDULE**

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty
Carol C. Villegas
Danielle Izzo Mazzeo
Gloria J. Medina
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
cvillegas@labaton.com
mnafash@labaton.com
dimazzeo@labaton.com
gmedina@labaton.com

*Appointed Interim Counsel for Plaintiffs*
*and the Proposed Class*

**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2765
Facsimile: (312) 527-0484
dpanos@jenner.com

*Attorneys for Defendant*
*The Hain Celestial Group, Inc.*

WHEREAS:

1.      On December 27, 2024, the Court issued an order granting in part and denying in part Defendant The Hain Celestial Group, Inc.'s ("Hain Celestial's") motion to dismiss.  ECF No. 213.

2.      On January 15, 2025, Plaintiffs and Hain Celestial (the "Parties") jointly stipulated to the entry of a discovery schedule, which contemplated the substantial completion of document discovery by June 20, 2025.  ECF No. 215.  On June 20, 2025, the Parties subsequently stipulated to extend that deadline to August 23, 2025.  ECF No. 220.  On August 22, 2025, the Parties again stipulated to an extension until September 22, 2025, with the corresponding close of fact discovery set to take place on December 1, 2025, and the deadline for Plaintiffs to file letter motion requesting leave to file a motion for class certification set to take place on December 8, 2025.  ECF No. 221.  Finally, on November 25, 2025 the Parties stipulated to the latest extension of the discovery schedule with the close of fact discovery set to end on March 2, 2026 and the deadline for Plaintiffs to file a letter motion requesting leave to file a motion for class certification set to March 9th. ECF No. 222.  This latest schedule was so-ordered on December 1, 2025.

3.      As of today's date, Plaintiffs' Motion to Compel Discovery (ECF No. 223) is still pending before Magistrate Judge Shields.  Supplemental briefing on the Motion to Compel Discovery (ECF Nos. 228-29) was completed on January 26, 2026.  In light of the unresolved issues in discovery, the Parties hereby request an extension of the discovery schedule.

4.      The Parties stipulate to the modifications outlined in the chart below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the Parties will engage in discovery in accordance with the following schedule:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Substantial Completion of Merits Document Discovery (per Court's ruling on pending Motion to Compel) | September 22, 2025 | May 3, 2026 |
| Start of Damages Discovery | N/A | May 3, 2026 |
| Close of Fact Discovery | March 2, 2026 | July 15, 2026 |
| Plaintiffs to file letter motion requesting leave to file a motion for class certification | March 9, 2026 | August 14, 2026 |

Date: February 6, 2026

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

*/s/ Michael P. Canty*
Michael P. Canty
Carol C. Villegas
Danielle Izzo Mazzeo
Gloria J. Medina
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
cvillegas@labaton.com
dimazzeo@labaton.com
gmedina@labaton.com

*Appointed Interim Counsel for Plaintiffs and the Proposed Class*

**JENNER & BLOCK LLP**

*/s/ Dean N. Panos*
Dean N. Panos (*pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 923-2765
Fax: (312) 527-0484
dpanos@jenner.com

Kate T. Spelman (*pro hac vice*)
Alexander M. Smith (*pro hac vice*)
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
kspelman@jenner.com
asmith@jenner.com

*Counsel for Defendant The Hain Celestial Group, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on February 6, 2026 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated:  February 6, 2026                                    By:              /s/ *Danielle Izzo Mazzeo*
                                                                                              Danielle Izzo Mazzeo