**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HAIN CELESTIAL HEAVY METALS BABY FOOD LITIGATION | Case No. 2:21-cv-00678-NRM-AYS<br><br>The Honorable Nina R. Morrison |

**JOINT STIPULATION OF DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs[1] and Defendant The Hain Celestial Group, Inc., by and through their undersigned counsel, hereby stipulate to dismiss Plaintiffs' individual claims against Defendant with prejudice and to dismiss Plaintiffs' claims on behalf of putative class members without prejudice.

Dated: September 25, 2026

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

*/s/ Michael P. Canty*
Michael P. Canty
Carol C. Villegas
Danielle Izzo
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com

[1] Plaintiffs are individuals: Asyia Andrews, Lisa Gans, Shahalis Wilson, Myjorie Philippe, Zeynep Senturk Mannix, Monica Hazelwood, Carolyn Leary, Bethany Nickerson, Lizette Romero Ortiz, Amanda Roman, Cassie Caldwell, Cassie Isza, Helen Howard, Jade Huguenot, Stephanie Weimer, Jessie McNaughton, and Tanya Motsay. Ms. Elena Thormahlen is omitted from this list for the reasons set forth in the concurrently filed motion to remove Ms. Thormahlen.

cvillegas@labaton.com
dimazzeo@labaton.com

*Appointed Interim Lead Counsel for Plaintiffs and the Proposed Class*

Dated: September 25, 2026

**JENNER & BLOCK LLP**

By: */s/ Dean N. Panos*
Dean N. Panos
353 North Clark Street
Chicago, IL 60654
T: (312) 927-2765
F: (312) 527-0484
dpanos@jenner.com

Alexander M. Smith
2029 Century Park East, Suite 1450
Los Angeles, CA 90067
T: (213) 239-2262
F: (213) 239-5199
asmith@jenner.com

Attorneys for Defendant
The Hain Celestial Group, Inc.